## UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
P. O. Box 11877
Federal Building
**Harrisburg, PA 17108-1877**

William W. Caldwell
Judge

May 21, 2014

Re: Suarez v. Holder, *et al*.
No. 1:14-CV-968

The above action has been assigned to me. If service of the initial pleading is not made within the time allowed by the rules of procedure, a status report should be submitted addressing the reasons for the delay and the course of action being pursued.

About two months after a case is filed, I will set a time and date for a conference, as required by Rule 16 of the Federal Rules of Civil Procedure. The purpose of the conference is to establish a schedule for the management of this case. The order scheduling the conference will inform you in more detail of what is required in preparation. Accordingly, it is important that the answer (or other responsive pleading and motions) be filed in the time provided for in the federal rules for civil procedure. To this end, counsel and pro se litigants are notified not to enter into agreements for extension of time without also seeking court approval. Such agreements, unless approved, are not permitted by the Rules of Civil Procedure and cannot be honored. In the event any motion is filed prior to the scheduling conference, briefs concerning the motion shall not exceed fifteen (15) pages. Please notify defense counsel of this limitation when an appearance is known.

William W. Caldwell
United States District Judge

cc: Douglas T. Gould, Esquire
file