# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

JULIO SUAREZ

*Plaintiff*

v.

ERIC H. HOLDER JR., ET AL.

*Defendant*

Civil Action No.:
**1:14-CV-00968-WWC**
Hon. William W. Caldwell

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    SEE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

    Douglas T. Gould
    The Law Offices of Douglas T. Gould, PC
    925 Glenbrook Avenue
    Bryn Mawr, PA 19010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**GARY L. HOLLINGER**
*ACTING CLERK OF COURT*

**s/ – Anita Arledge**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2014-05-20 16:17:38.0, Clerk USDC MDPA

Civil Action No.: **1:14-CV-00968-WWC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) B. Todd Jones, Director of ATF and Eric H. Holder, Jr. Attorney General of the United States

was received by me on (date) 5/20/2014.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individuals last known address; or

☒☒ I served the summons on (name of individual) Susan Nelender, who is designated by law to accept service of process on behalf of (name of organization) United States Attorney's Office- M.D. Pennsylvania on (date) 8/1/2014 ; or *Return Receipt Attached*

☐ I returned the summons unexecuted because _____ ; or

☒☒ Other (specify): Return Receipts Attached
I served B. Todd Jones, Director of ATF via certified mail on 5/28/2014
I served Eric H. Holder, Jr., U.S. Attorney General, via certified mail on 5/27/2014 via certified mail

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

8/5/14
Date

*Server's Signature*

Douglas T. Gould, Esq.
*Printed name and title*

925 Glenbrook Ave.
Bryn Mawr, PA 19010
*Server's Address*

Additional information regarding attempted service, etc:

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *J. Magruder* ☐ Agent ☐ Addressee
B. Received by (Printed Name): *[illegible] Jessie Only*
C. Date of Delivery: 5/28/14
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

   B. Todd Jones
   Bureau of ATF
   99 New York Ave., N.E.
   Washington, D.C.
   20226

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7013 2250 0001 6200 6582

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-154

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X ☐ Agent ☐ Addressee
B. Received by (Printed Name): *[illegible]*
C. Date of Delivery: MAY 27 2014
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

   Eric H. Holder, Jr.
   United States Dep. of Justice
   950 Pennsylvania Avenue
   Washington, D.C.
   20530-0001

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7013 2250 0001 6200 6599

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box -

Douglas Gould
925 Glenbrook Avenue
Bryn Mawr, PA 19010

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box -

Douglas Gould
925 Glenbrook Ave
Bryn Mawr, PA 19010

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>Susan Mellender  8·1·14 |
| 1. Article Addressed to:<br>Civil-Process Clerk<br>U.S. Attorney's Office, M.D. Pa.<br>228 Walnut Street<br>Suite 220<br>Harrisburg, PA 17101 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7013 2250 0001 6200 6612 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE | First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Douglas Gould
925 Glenbrook Avenue
Bryn Mawr, PA 19010