**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Hon. William W. Caldwell |
| | : | |
| ERIC H. HOLDER, JR., | : | |
| Attorney General of the United | : | |
| States; and B. TODD JONES, | : | |
| Director of the Bureau of | : | |
| Alcohol, Tobacco, Firearms and | : | |
| Explosives, | : | |
| | : | |
| Defendants. | : | Electronically Filed |

## APPEARANCE OF COUNSEL

Please enter the appearance of Daniel Riess, Trial Attorney, U.S. Department

of Justice, as counsel for Defendants.

Dated:   September 11, 2014          Respectfully submitted,

Of Counsel                          STUART F. DELERY
                                    Assistant Attorney General

PETER SMITH
United States Attorney
                                       __/s/ Daniel Riess_____
                                    DIANE KELLEHER
                                    Assistant Branch Director
JOANNE M. HOFFMAN                   DANIEL RIESS
Special Assistant United States Attorney   Trial Attorney
228 Walnut Street                   U.S. Department of Justice
Suite 220                           Civil Division, Rm. 6122
Ronald Reagan Federal Building

1

Harrisburg, Pennsylvania 17108
Telephone: (717) 221-4482
Fax: (717) 221-4493
Email: Joanne.Hoffman@usdoj.gov

20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Hon. William W. Caldwell |
| | : | |
| ERIC H. HOLDER, JR., | : | |
| Attorney General of the United | : | |
| States; and B. TODD JONES, | : | |
| Director of the Bureau of | : | |
| Alcohol, Tobacco, Firearms and | : | |
| Explosives, | : | |
| | : | |
| Defendants. | : | Electronically Filed |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee of the Civil Division of the U.S. Department of Justice and is a person of such age and discretion as to be competent to serve papers.

That on September 11, 2014, she served copies of the attached

## ENTRY OF APPEARANCE

by placing said copies in postpaid envelopes addressed to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelopes and contents in the United States Mail at Washington, D.C.

Addressees:

Alan Gura
Gura & Possessky, PLLC

3

105 Oronoco Street, Suite 305
Alexandria, Virginia 22314

Douglas Gould (PA Bar No. 78357)
Law Offices of Douglas T. Gould, P.C.
925 Glenbrook Avenue
Bryn Mawr, Pennsylvania 19010

        /s/ Debra Herbert
Debra Herbert
Administrative Assistant