**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| Plaintiff | : | |
| v. | : | Hon. William W. Caldwell |
| ERIC H. HOLDER, JR., Attorney General of the United States; and B. TODD JONES, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, | : | |
| Defendants. | : | Electronically Filed |

## **O R D E R**

NOW, this ____ day of _____, 2014, upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, IT IS HEREBY ORDERED that the motion is granted. Defendants shall file their response to Plaintiff's complaint on or before October 20, 2014.

                                                             JUDGE WILLIAM W. CALDWELL
                                                             United States District Court