IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Hon. William W. Caldwell |
| | : | |
| ERIC H. HOLDER, JR., | : | |
| Attorney General of the United | : | |
| States; and B. TODD JONES, | : | |
| Director of the Bureau of | : | |
| Alcohol, Tobacco, Firearms and | : | |
| Explosives, | : | |
| | : | |
| Defendants. | : | Electronically Filed |

## ORDER

NOW, this 15th day of Sept, 2014, upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, IT IS HEREBY ORDERED that the motion is granted. Defendants shall file their response to Plaintiff's complaint on or before October 20, 2014.

_[signature]_
JUDGE WILLIAM W. CALDWELL
United States District Court

FILED
HARRISBURG, PA

SEP 1 5 2014