# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Hon. William W. Caldwell |
| | : | |
| ERIC H. HOLDER, JR., | : | |
| Attorney General of the United | : | |
| States; and B. TODD JONES, | : | |
| Director of the Bureau of | : | |
| Alcohol, Tobacco, Firearms and | : | |
| Explosives, | : | |
| | : | |
| Defendants. | : | Electronically Filed |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE AND WORD LIMITS

Defendants hereby request the Court to permit them to exceed the page and word limit as provided in M.D. Pa. Local Rule 7.8 in filing a brief in support of their motion to dismiss and for summary judgment. Defendants state the following in support thereof:

1. Defendants' response to Plaintiff's complaint is due October 20, 2014.

2. Defendants plan to respond to Plaintiff's complaint with a motion to dismiss or, in the alternative, for summary judgment.

3. Defendants respectfully request leave to file a responsive brief not exceeding 36 pages in length.

4. Counsel for Plaintiff has informed Defendants' counsel that Plaintiff does not oppose the relief sought in this motion.

WHEREFORE, Defendants request that their unopposed motion for leave to file brief in excess of the applicable page and word limits be granted. A proposed order is attached hereto in accordance with the Court's Local Rules.

| | |
|---|---|
| Of Counsel | Respectfully submitted, |
| PETER SMITH<br>United States Attorney | STUART F. DELERY<br>Assistant Attorney General |
| JOANNE M. HOFFMAN<br>Special Assistant United States Attorney<br>228 Walnut Street<br>Suite 220<br>Ronald Reagan Federal Building<br>Harrisburg, Pennsylvania 17108<br>Telephone: (717) 221-4482<br>Fax: (717) 221-4493<br>Email: Joanne.Hoffman@usdoj.gov | /s/ Daniel Riess<br>DIANE KELLEHER<br>Assistant Branch Director<br>DANIEL RIESS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Rm. 6122<br>20 Massachusetts Avenue, NW<br>Washington, D.C. 20530<br>Telephone: (202) 353-3098<br>Fax: (202) 616-8460<br>Email: Daniel.Riess@usdoj.gov<br>*Attorneys for Defendants* |

Date:   October 15, 2014

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Hon. William W. Caldwell |
| | : | |
| ERIC H. HOLDER, JR., | : | |
| Attorney General of the United | : | |
| States; and B. TODD JONES, | : | |
| Director of the Bureau of | : | |
| Alcohol, Tobacco, Firearms and | : | |
| Explosives, | : | |
| | : | |
| Defendants. | : | Electronically Filed |

## **CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that he is an employee of the Civil Division of the U.S. Department of Justice and is a person of such age and discretion as to be competent to serve papers.

That on October 15, 2014, he served copies of the attached

## **UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE AND WORD LIMITS**

via the Court's electronic case filing system to the electronic mail addresses stated below:

Addressees:

Alan Gura
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, Virginia 22314

alan@gurapossessky.com


Douglas Gould (PA Bar No. 78357)
Law Offices of Douglas T. Gould, P.C.
925 Glenbrook Avenue
Bryn Mawr, Pennsylvania 19010
dgould@gouldlawpa.com


                                                           /s/ Daniel Riess
                                                           Daniel Riess