# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| Plaintiff | : | |
| v. | : | Hon. William W. Caldwell |
| ERIC H. HOLDER, JR., Attorney General of the United States; and B. TODD JONES, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, | : | |
| Defendants. | : | Electronically Filed |

## **O R D E R**

NOW, this ____ day of _____, 2014, upon consideration of Defendants' Unopposed Motion for Leave to File Brief in Excess of Page and Word Limits, IT IS HEREBY ORDERED that the motion is granted. Defendants' responsive brief to Plaintiff's complaint shall not exceed 36 pages in length.

_____
JUDGE WILLIAM W. CALDWELL
United States District Court