# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Hon. William W. Caldwell |
| | : | |
| ERIC H. HOLDER, JR., | : | |
| Attorney General of the United | : | |
| States; and B. TODD JONES, | : | |
| Director of the Bureau of | : | |
| Alcohol, Tobacco, Firearms and | : | |
| Explosives, | : | |
| | : | |
| Defendants. | : | Electronically Filed |

## DEFENDANTS' MOTION TO DISMISS
## OR FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 12(b)(6) and 56, Defendants Eric H. Holder Jr.,

Attorney General of the United States; and B. Todd Jones, Director of the Bureau of

Alcohol, Tobacco, Firearms and Explosives, respectfully move this Court to dismiss

Plaintiff's Complaint or, in the alternative, to enter summary judgment for

Defendants.   A supporting brief, statement of undisputed material facts, and

proposed order are attached hereto in accordance with the Court's Local Rules.

| | |
|---|---|
| Of Counsel | Respectfully submitted, |
| | |
| PETER SMITH | JOYCE R. BRANDA |
| United States Attorney | Acting Assistant Attorney General |

JOANNE M. HOFFMAN
Special Assistant United States Attorney
228 Walnut Street
Suite 220
Ronald Reagan Federal Building
Harrisburg, Pennsylvania 17108
Telephone: (717) 221-4482
Fax: (717) 221-4493
Email: Joanne.Hoffman@usdoj.gov

   /s/ Daniel Riess
DIANE KELLEHER
Assistant Branch Director
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

Date:    October 20, 2014