### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Hon. William W. Caldwell |
| | : | |
| ERIC H. HOLDER, JR., | : | |
| Attorney General of the United | : | |
| States; and B. TODD JONES, | : | |
| Director of the Bureau of | : | |
| Alcohol, Tobacco, Firearms and | : | |
| Explosives, | : | |
| | : | |
| Defendants. | : | Electronically Filed |

## **O R D E R**

NOW, this ____ day of _____, 2014, upon consideration of Defendants' Motion to Dismiss or for Summary Judgment, IT IS HEREBY ORDERED that the motion is granted.  It is further ORDERED Plaintiff's complaint is DISMISSED WITH PREJUDICE.

_____
JUDGE WILLIAM W. CALDWELL
United States District Court