# EXHIBIT 1

**DRIVING WHILE INTOXICATED**
Montgomery County, Maryland
Department of Police

1. DEFENDANT'S NAME (LAST, FIRST, MIDDLE): SUAREZ, JULIO NMN
2. DST – CR NUMBER: 882 / B 90-030230
3. DEFENDANT'S ADDRESS: [redacted] SILVER SPRING MD [redacted]
4. CLASS: 2812
5A. DEFENDANT'S PLACE OF EMPLOYMENT OR SCHOOL: MR. K.'S CAFE
6. RACE: W   SEX: M   AGE: 26   HEIGHT: 5'-4"   WEIGHT: 143   HAIR: BLK   EYES: BRN   COMPLEXION: –
7. BEAT: 3-D3
5B. ADDRESS: 1800 ROCKVILLE PIKE, ROCKVILLE, MD
8. PLACE OF BIRTH: MIAMI BEACH, FLORIDA
9. DATE OF BIRTH: [redacted] / 63   PRA: 179   C/L: N/A
10. LOCATION OF ARREST: CONNECTICUT AVE AND BALTIMORE ST   DST: B
11. SOCIAL SECURITY NUMBER: [redacted]
12. OTHER IDENTIFYING NUMBERS: MCP ID [redacted]
13. ADULT: X   JUVENILE: ☐
14. HOW APPREHENDED: ☐ ACCIDENT  X TRAFFIC  ☐ CHECKPOINT
15. OTHER IDENTIFYING CHARACTERISTICS: UPPER RIGHT ARM TATOO
16. DATE ARRESTED: 02-09-90   DAY: FRI   TIME: 0145
17. ALIAS/NICKNAME(S): NONE
18. PHONE: RES [redacted]  BUS 770-3814
19. PERSON CONTACTED IN E.C.C. FOR WANTED CHECK: POI LABATT   DATE: 02-09-90   TIME: 0230
20. CHARGE SUB-SECTION: TR. ART. X A ☐ C  16-113  ☐ YES X NO ; 21-902 ☐ B ☐ D
21. ADDED TRAFFIC CHARGES: X YES ☐ NO
22. CITATION # (DWI): J193556

CODE: F – FATHER; M – MOTHER; W – WIFE; H – HUSBAND; S – SISTER; B – BROTHER
23A. NAME / CODE / ADDRESS / CITY – STATE – ZIP / RES. PHONE / BUS. PHONE
23B.
23C.

24. DEFENDANT'S VEHICLE INFORMATION: YEAR 76   MAKE PONTIAC   MODEL GRAND PRIX   TAG NUMBER [redacted]   STATE NC   OPERATOR'S LICENSE NO. [redacted]   STATE FL
25. STATUS OF DEFENDANT: ☐ SUBJECT INCARCERATED  X SUBJECT RELEASED  ☐ MONT. CT. DTN. CENTER  X PERSONAL BOND  ☐ OTHER LOCATION  ☐ TURNED OVER TO __  ☐ BOND AMOUNT SET $__

26. MCP 50 ADVISED: X YES ☐ NO   SIGNED: X YES ☐ NO   STATEMENT: X YES ☐ NO
27. DO YOU HAVE EPILEPSY? ☐ YES X NO   DIABETES? ☐ YES X NO
28. ARE YOU ILL? ☐ YES X NO   HAVE YOU BEEN TO A DOCTOR? ☐ YES X NO
IF YES, DOCTOR'S NAME:
29. ARE YOU TAKING DRUGS? ☐ YES X NO   WHAT KIND?   TIME OF LAST DOSE:

30. HAVE YOU BEEN DRINKING? X YES ☐ NO   WHAT? BEER   QUANTITY: 5   TIME OF DRINKS: FIRST 10:00 PM   LAST 11:30 PM
31. ALCOHOL IN POSSESSION: NONE
32. ATTITUDE: ☐ POLITE  X EXCITED  ☐ HILARIOUS  ☐ INSULTING  ☐ SLEEPY  ☐ COMBATIVE  X COOPERATIVE
33. FACE COLOR: ☐ NORMAL  X FLUSHED  ☐ PALE  ☐ OTHER (EXPLAIN)
34. BREATH: X ODOR OF ALCOHOL  X STRONG  ☐ MODERATE  ☐ FAINT  ☐ NONE
35. EYES: X WATERY  X BLOODSHOT  ☐ NORMAL
36. SPEECH: ☐ SLURRED  ☐ STUTTERING  ☐ INCOHERENT  X CONFUSED
37. WALK: ☐ SAGGING KNEES  ☐ WOBBLING  X SWAYING  ☐ FALLING  ☐ FAIR
38. PBT: ☐ YES X NO   RESULTS __
39. FIELD SOBRIETY TESTS: X WALK AND TURN  X ONE LEG STAND  X HORIZONTAL GAZE  X ALPHABET

40. NARRATIVE – CONTINUATION OF ABOVE ITEMS:
ON 02-09-90 POI LABATT AND POI MCNEAL OBSERVED A VEHICLE FAIL TO STOP FOR A FLASHING RED TRAFFIC SIGNAL SOUTHBOUND CONNECTICUT AVE AT UNIVERSITY BLVD. POI LABATT AND POI MCNEAL

41. DWI LOG BOOK PAGE #: 457

42. CHEMICAL TEST: X ACCEPTED  ☐ REFUSED   IF TEST REFUSED, MVA FORM DR 15 FORWARDED
43. MVA RECORD REQUESTED: X YES ☐ NO
44. BLOOD: ☐ ADMINISTERED BY __  DATE __  HOURS __  LOCATION __
45. BREATH: X   OPERATOR'S NAME: PO2 JIM BARNETTE   CERTIFICATION #: 1896   DATE: 02-09-90   HOURS: 0335   RESULTS: .11   STATION: B
46. VEHICLE TOWED? X YES ☐ NO   IF YES, BY WHOM? POTOMAC TOWING   VEHICLE STORED? X YES ☐ NO   IF YES, LOCATION: 3504 ASTORIA CT, KENSINGTON
47. DEFENDANT ARMED? X YES ☐ NO   TYPE(S) OF WEAPON(S): HANDGUN
48. SIGNS OF INJURY OR ILLNESS: NONE

ARRESTING OFFICER(S) NAME, ID # (PRINT): POI BRIAN LABATT ID 684
ARRESTING OFFICER(S) NAME, ID # (PRINT): POI JENNIFER MCNEAL 862

DISTRIBUTION: GA SA YD CAP CP FM SID OTHER
APPROVED BY – NAME, ID # (PRINT): Sgt. Weissmann 727
DATA SYSTEMS: CB
REPORTING AREA: MC
RECORDS USE ONLY: DOCUMENT CODE 177   EVENT CODE 2812

M.C.P. FORM 108

RECORDS DIVISION

| CONTINUATION FORM | 1. VICTIM - PERSON, FIRM, AGENCY (LAST, FIRST, MIDDLE NAME) SUAREZ, JULIO NMN | | CR NUMBER 90-030230 |
|---|---|---|---|
| Montgomery County, Maryland Department of Police | LIST ALL PROPERTY TOGETHER IN UCR GROUPS IN 1-11 ORDER (SEE BELOW) | 3. DATE OF REPORT 02-09-90 | 4. ORIGINAL SUPP. ☒ | 5. CLASSIFICATION 2512 |

| ITEM NO. | NARRATIVE - CONTINUATION - PROPERTY DESCRIPTION | PROPERTY $ VALUE | STL | REC | UCR CLASS | MILES NCIC | ARMS |
|---|---|---|---|---|---|---|---|
| | STOPPED THE VEHICLE AT CONNECTICUT AVE AND BALTIMORE STREET. POI LABATT APPROACHED THE DRIVER, SUAREZ, AND ASKED FOR HIS DRIVERS LICENSE AND REGISTRATION. POI MCNEAL WAS STANDING ON THE PASSENGER SIDE OF SUAREZ VEHICLE. POI LABATT NOTICED A STRONG ODOR OF AN ALCOHOLIC BEVERAGE ON SUAREZ BREATH. POI LABATT ASKED SUAREZ IF HE HAD BEEN DRINKING? SUAREZ STATED YES. SUAREZ WAS ASKED TO STEP FROM HIS VEHICLE TO PERFORM A FEW FIELD SOBRIETY TESTS. | | | | | | |
| | SUAREZ STEPPED ONTO A (CLEAR, LEVEL, LIT) SIDEWALK TO PERFORM THE TESTS. HE WAS WEARING FLAT HEELED TENNIS SHOES. ON THE EYE GAZE NYSTAGMUS EACH EYE FAILED TO SMOOTHLY FOLLOW THE PEN. EACH EYE "BOUNCED" AT AND PRIOR TO MAXIMUM DEVIATION. EACH EYE "BOUNCED" AT AND PRIOR TO 45° ANGLE OF ONSET. | | | | | | |
| | ON THE 9 STEP TEST SUAREZ LEFT A 2 TO 3 INCH GAP ON STEPS 2,3,4. ON THE 9 STEPS BACK HE LEFT A 2 TO 3 INCH GAP ON STEPS 4,5. | | | | | | |
| | ON THE ONE LEG STAND THE TEST WAS PERFORMED CORRECTLY. | | | | | | |
| | ON THE ALPHABET TEST SUAREZ WAS TO START AT D AND STOP AT W. HE COUNTED TO Z. | | | | | | |

1. S = Currency, Coin, Negotiables.
2. J = Jewelry, precious metals of high value.
3. C = Clothing, Furs, Accessories.
4. A = Local stolen M.V. (Vehicle report only).
5. O = Office equipment - All (not furniture).
6. T = T.V., radio, stereo, all image and sound equipment.
7. F = Firearms - All (does not include BB - pellet, etc.)
8. H = Household goods - Items, fixtures, furniture.
9. G = Consumable goods - Food, fuel, medicine, etc.
10. L = Livestock - All farm animals (not pets).
11. M = Miscellaneous - All other items - EG: pets, shrubbery, trailers, cheap metal, toys, tools, BB gun, pellet gun, etc.

| 10. INVESTIGATING OFFICER - NAME, ID # (PRINT) POI BRIAN LABATT 1684 | 11. OTHER INVESTIGATING OFF., NAME, ID # POI JENNIFER MCNEAL 369 | 12. APPROVED BY - NAME, ID # | 13. PAGE 2 OF 3 |

MCP FORM NO. 102 (REVISED 2/85)

B 90-030230

| CONTINUATION FORM<br>Montgomery County, Maryland<br>Department of Police | 1. VICTIM... FIRM, AGENCY (LAST, FIRST, MIDDLE NAME)<br>SUAREZ, JULIO NMN | | 2. CR NUMBER<br>B 90-030230 |
|---|---|---|---|
| | 3. DATE OF REPORT<br>02-09-90 | 4. ORIGINAL ☒ SUPP. ☐ | 5. CLASSIFICATION<br>2S12 |

| ITEM NO. | NARRATIVE - CONTINUATION - PROPERTY DESCRIPTION | PROPERTY $ VALUE | STL | REC | UCR CLASS | MILES NCIC | ARMS |
|---|---|---|---|---|---|---|---|
| | CONSEQUENTLY SUAREZ WAS PLACED UNDER ARREST, AND TRANSPORTED TO THE BETHESDA STATION. AT THE STATION SUAREZ WAS READ A ADVISE OF RIGHTS TO A CHEMICAL TEST. HE ELECTED TO TAKE THE TEST WITH A RESULT OF .11 ETHYL ALCOHOL BY WEIGHT. SUAREZ WAS TOWED BY POTOMAC TOWING TO THEIR LOT. | | | | | | |
| | SUAREZ' WAS PROCESSED BUT NOT RELEASED BECAUSE HE WAS ALSO BEING CHARGED WITH A CRIMINAL OFFENSE. | | | | | | |
| | FOR MORE INFO SEE CARRYING CONCEALED WEAPON IS1. SAME CR NUMBER | | | | | | |

1. S = Currency, Coin, Negotiables.
2. J = Jewelry, precious metals of high value.
3. C = Clothing, Furs, Accessories.
4. A = Local stolen M.V. (Vehicle report only).
5. O = Office equipment - All (not furniture).
6. T = T.V., radio, stereo, all image and sound equipment.
7. F = Firearms - All (does not include BB - pellet, etc.)
8. H = Household goods - Items, fixtures, furniture.
9. G = Consumable goods - Food, fuel, medicine, etc.
10. L = Livestock - All farm animals (not pets).
11. M = Miscellaneous - All other items - EG: pets, shrubbery, trailers, cheap metal, toys, tools, BB gun, pellet gun, etc.

10. INVESTIGATING OFFICER - NAME, ID # (PRINT): POI BRIAN LABATT 684
11. OTHER INVESTIGATING OFF., NAME, ID #: POI JENNIFER MCNEAL 362
12. APPROVED BY - NAME, ID #:
13. PAGE 3 OF 3

MCP FORM P.D. 108 (REVISED 8/85)