# EXHIBIT 2

## EVENT REPORT
Montgomery County, Maryland
Department of Police

**BASIC EVENT AND VICTIM DATA**

| Field | Value |
|---|---|
| 1. VICTIM (PERSON, FIRM, AGENCY) | McNEAL, JENNIFER SUZANNE |
| 2. DST — CR NUMBER | B90030030 |
| 3. ADDRESS / CITY, STATE, ZIP | [redacted] BETHESDA, MD |
| 4. R.V.O. CODE | — |
| 5A. CLASSIFICATION | 15-71 |
| 6A. VICTIM'S PLACE OF EMPLOYMENT OR SCHOOL | MCPD |
| 7. RACE — SEX — D.O.B. | 2-F-06-01-67 |
| 8. PHONE RES / BUS | 653-9200 |
| 5B. CLASSIFICATION CHANGED TO | — |
| 6B. ADDRESS | S/A #3 |
| 9. CRIME/INCIDENT | CARRYING CONCEALED WEAPON |
| 10. CONN. CR. NO. | — |
| 11. MASTER | 03 D3 179.1 |
| 12. NATURE OF INJURIES AND LOCATION ON BODY | NONE |
| 13. LOCATION OF CRIME OR INCIDENT | CONNECTICUT AVE AT BALTIMORE ST |
| 14. SOCIAL SECURITY NUMBER | [redacted] |
| 15. VICTIM TREATED | N/A |
| 16. WHEN OCCURRED | 02-07-90  0130 |
| WHEN REPORTED | 02-09-90  0130 |
| 17. ISB UNIT NOTIFIED | — |
| 18A. COMPLAINANT'S NAME | LABATT, BRIAN |
| RACE—SEX—AGE | 1-M-25 |
| 18B. COMPLAINANT'S ADDRESS | S/A #3 |
| BUS. PHONE | S/A #8 |
| 19. IDENT. DIV. NOTIFIED | — |

**WITNESS / PARENT / GUARDIAN / OTHER RELATIVE**

(blank)

**WORTHLESS DOCUMENT**

21. TYPE OF DOCUMENT: N/A

**M.O.**

| Field | Value |
|---|---|
| 22. DESCRIBE TYPE OF AREA OR PREMISES | PUBLIC STREET |
| 23. MEANS — TOOL, WEAPON USED IN CRIME | 357 MAGNUM HANDGUN |
| 24. METHOD — HOW CRIME WAS COMMITTED | CARRIED ON PERSON |
| 25. POINT OF ENTRY | N/A |
| 26. TRADEMARKS OF SUSPECT(S) | SEE NARRATIVE |

**SUSPECT/DEFENDANT**

| Field | Value |
|---|---|
| 27A. SUSPECT | SUAREZ, JULIO NMN |
| ARRESTED | X |
| WARRANT/DCS ON FILE | — |
| MCP I.D. # | [redacted] |
| ARMED WITH | 357 MAGNUM HANDGUN |
| RACE | 2 |
| SEX | M |
| AGE | 26 |
| D.O.B. | [redacted] 63 |
| HEIGHT | 5-4 |
| WEIGHT | 145 |
| EYES | BRN |
| LENGTH—COLOR OF HAIR | SHORT BRN |
| FACIAL HAIR | NONE |
| PHYSICAL/CLOTHING | BLUE JEANS, SUIT JACKET, SNEAKERS |
| ADDRESS OR POSSIBLE LOCATION | SILVER SPRING, MD [redacted] |

**VEHICLE**

| Field | Value |
|---|---|
| 28. YEAR | 76 |
| MAKE | PONT. |
| MODEL | GRAND PRE |
| BODY STYLE | 2 DOOR |
| COLOR | GRAY |
| LICENSE NO. | [redacted] |
| STATE | N.C. |
| IDENTIFYING FEATURES | TORN BODY ON RIGHT REAR; PRIMERED |

**E.C.C.**

29. E.C.C. NOTIFIED / RADIO LOOKOUT / WANT INDEX — —
30. TOTAL VALUE STOLEN: -0-
31. TOTAL VALUE RECOVERED: -0-
32. DRUG RELATED / ALCOHOL RELATED / 33. HATE VIOLENCE — —

**NARRATIVE**

ITEM NO.: FOR MORE INFORMATION SEE DCU REPORT #812 SAME CR#
24 IN PANTS, UNDER JACKET

CR NUMBER: B90030030

**STATUS**: ☒ CLOSED BY ARREST

| Field | Value |
|---|---|
| INVESTIGATING OFFICER (PRINT) | POI LABATT | I.D. # 684 |
| DATE | 02-09-90 |
| APPROVED BY (PRINT) | Sgt. Wiedmann | I.D. # 727 |
| INVESTIGATING OFFICER (PRINT) | POI McNEAL | I.D. # 362 |
| DATA SYSTEMS | CB |
| CASE TALLY | — |
| ADULT ☒ / JUVENILE ☐ | |

M.C.P. FORM 100

RECORDS DIVISION

| CONTINUATION FORM | 1. VICTIM... ON, FIRM, AGENCY (LAST, FIRST...NAME) McNEAL, JENNIFER SUZANNE | DST B | 2. CR NUMBER 90030230 |
|---|---|---|---|
| Montgomery County, Maryland Department of Police | LIST ALL PROPERTY TOGETHER IN UCR GROUPS IN 1-11 ORDER (SEE BELOW) | 3. DATE OF REPORT 02/09/90 | 4. ORIGINAL ☒ SUPP. ☐ | 5. CLASSIFICATION 1511 |

| ITEM NO. | NARRATIVE - CONTINUATION - PROPERTY DESCRIPTION | 7. PROPERTY $ VALUE | STL | RLC | CLA | MILES NCIC | ARMS |
|---|---|---|---|---|---|---|---|

ON THE ABOVE DATE AND TIME THE WRITERS STOPPED THE DEFENDANT FOR DRIVING THROUGH A FLASHING RED SIGNAL WITHOUT STOPPING AT THE STOP LINE. THE DEFENDANT WAS ASKED IF HE HAD BEEN DRINKING AND STATED THAT HE HAD. THE DEFENDANT WAS THEN GIVEN A FIELD SOBRIETY TEST WHICH HE FAILED.

UPON PLACING THE DEFENDANT UNDER ARREST AND HANDCUFFING HIM, THE WRITERS FOUND A GUN IN THE SMALL OF HIS BACK CONCEALED UNDER A SPORTS COAT. THE WRITERS REMOVED THE GUN (A 357 MAGNUM) AND FOUND IT TO BE LOADED. ALSO FOUND WERE TWO (2) LOADED SPEED LOADERS.

THE DEFENDANT WAS TRANSPORTED TO THE BETHESDA POLICE STATION FOR PROCESSING. THE DEFENDANT WAS THEN TAKEN BEFORE COMMISSIONER.

1. S = Currency, Coin, Negotiables.
2. J = Jewelry, precious metals of high value.
3. C = Clothing, Furs, Accessories.
4. A = Local stolen M.V. (Vehicle report only).
5. O = Office equipment - All (not furniture).
6. T = T.V., radio, stereo, all image and sound equipment.
7. F = Firearms - All (does not include BB - pellet, etc.)
8. H = Household goods - Items, fixtures, furniture.
9. G = Consumable goods - Food, fuel, medicine, etc.
10. L = Livestock - All farm animals (not pets).
11. M = Miscellaneous - All other items - EG: pets, shrubbery, trailers, cheap metal, toys, tools, BB gun, pellet gun, etc.

| 10. INVESTIGATING OFFICER - NAME, ID # - (PRINT) POI LABATT 684 | 11. OTHER INVESTIGATING OFF., NAME, ID # POI McNEAL 362 | 12. APPROVED BY - NAME, ID # | 13. | PAGE 2 OF 4 |
|---|---|---|---|---|

DST B CR NUMBER 90030230

MCP FORM NO. 102 (REVISED 8/85)

| CONTINUATION FORM Montgomery County, Maryland Department of Police | 1. VICTIM - PERSON, FIRM, AGENCY (LAST, FIRST, MIDDLE NAME) McNEAL JENNIFER SUZANNE LIST ALL PROPERTY TOGETHER IN UCR GROUPS IN 1-11 ORDER (SEE BELOW) | 3. DATE OF REPORT 02/09/90 | B | 2. CC NUMBER 90030330 4. ORIGINAL ☒ SUPP. ☐ | 5. CLASSIFICATION 1511 |
|---|---|---|---|---|---|
| F. P. NO. | NARRATIVE - CONTINUATION - PROPERTY DESCRIPTION | | 7. PROPERTY $ VALUE | STL REC 6. UCR CLASS | 9. MILES NCIC ARMS |
| | SHAPIRO AND WAS RELEASED ON | | | | |
| | PERSONAL BOND. A COURT DATE | | | | |
| | WAS SET FOR 03-15-90 AT | | | | |
| | 27 COURTHOUSE SQUARE IN ROCKVILLE | | | | |
| | NO REPORTED STOLEN THROUGH | | | | |
| | NCIC ON THE GUN. Evidence STORED IN | | | | |
| | Property room, NOTED ON Page 15 evidence Log. | | | | |

1. S = Currency, Coin, Neg... 
2. J = Jewelry, precious metals of high value.
3. C = Clothing, Furs, Accessories;
4. A = Local stolen M.V. (Vehicle report only).
5. O = Office equipment - All (not furniture).
6. T = T.V., radio, stereo, all image and sound equipment.
7. F = Firearms - All (does not include BB, pellet, etc.)
8. H = Household goods - Items, fixtures, furniture.
9. G = Consumable goods - Food, fuel, medicine, etc.
10. L = Livestock - All farm animals (not pets).
11. M = Miscellaneous - All other items; EG: pets, shrubbery, trailers, cheap metal, toys, tools, BB gun, pellet gun, etc.

| 10. INVESTIGATING OFFICER - NAME, ID # POI LABATT 654 | 11. OTHER INVESTIGATING OFF. NAME, ID # POI McNEAL 362 | 12. APPROVED BY - NAME, ID # | 13. | PAGE 3 OF 4 |
|---|---|---|---|---|

MCP FORM NO. 102 (REVISED 8/85)

RECORDS DIVISION