# EXHIBIT 3



IN THE COURT OF COMMON PLEAS OF ADAMS COUNTY, PENNSYLVANIA
CRIMINAL

COMMONWEALTH                              : No. MD-615-2009

VS.                                       :

JULIO SUAREZ                              :

TO THE HONORABLE JUDGES OF SAID COURT:

**PETITION FOR REMOVAL OF DISQUALIFICATION FROM OWNING OR POSSESSING FIREARMS PURSUANT TO THE PROVISIONS OF 18 Pa.C.S.A. § 6105(d)(3)(ii)**

AND NOW, this 6 day of May, 2009, comes the above-named petitioner, Julio Suarez, through his attorney, Jeffery M. Cook, and files this Petition for Removal of Disqualification from Owning or Possessing Firearms Pursuant to the Provisions of 18 Pa. C.S.A. § 6105(d)(3)(ii) as follows:

1. Petitioner resides at ▓▓▓▓ Gettysburg, Adams County, Pennsylvania.

2. In 1990, the petitioner entered a guilty plea to a misdemeanor handgun violation in Montgomery County, Maryland.

3. Said conviction was a result of a search following a DUI arrest wherein petitioner's handgun was found in his vehicle. Petitioner was not licensed to carry a firearm.

4. The petitioner is gainfully employed as a technical marketing consultant for SAIC and has obtained security clearance through his employment.

5. Petitioner seeks to have the disqualification from owning or possessing firearms removed, inasmuch as, the above-described conviction is more than 10-years old.

State of Pennsylvania
County of Adams:

This is a true copy taken from and compared with the original. Witness my hand and seal at Gettysburg this 11th day of Sept. 2014.

_____
(Deputy) Clerk of Courts

My Commission Expires on the First Monday in January, 2018

6. Petitioner seeks to be able to be licensed to carry a handgun for purposes related to his employment.

**WHEREFORE**, Petitioner prays This Honorable Court will schedule a hearing on the within petition and thereafter order the removal of any disqualification from his owning or possessing firearms.

Respectfully submitted,

*Jeffery M. Cook* (signature)
Jeffery M. Cook
Attorney for Petitioner
234 Baltimore Street
Gettysburg, Pa 17325
(717) 334-8516

Service of the within pleading is hereby accepted on behalf of the Commonwealth this ___ day of March, 2009 and receipt of a copy is acknowledged. The request contained in the pleading IS/IS NOT opposed.

_____
Attorney for the Commonwealth

Comm. is opposed to motion and opposed to setting matter for a hearing.

### CERTIFICATE OF SERVICE

AND NOW, this ___6___ day of May, 2009, I, Jeffery M. Cook, hereby certify that a copy of the foregoing Petition was served upon:

> Shawn Wagner, Esquire
> Adams County District Attorney
> Adams County Courthouse
> 111-117 Baltimore Street
> Gettysburg, PA 17325

_____
Jeffery M. Cook
Attorney for Petitioner

[FILED stamps: CLERK OF COURTS 2009 MAY -6 P 4:11; CLERK OF COURTS 2009 MAY 15 P 2:26]