# EXHIBIT 4

DISTRICT COURT OF MARYLAND
Go Back

## Case Information

Court System: **DISTRICT COURT FOR MONTGOMERY COUNTY - CRIMINAL SYSTEM**
Case Number:    **00030141Z6**    Tracking No: **0000030141Z6**
Case Type:      **CRIMINAL**
District Code:  **06**   Location Code: **01**
Document Type:  **STATEMENT OF CHARGES**   Issued Date: **02/09/1990**
Case Status:    **CLOSED**   Case Disposition: **TRIAL**

## Defendant Information

Defendant Name: **SUAREZ, JULIO**
Race: **WHITE, CAUCASIAN, ASIATIC INDIAN, ARAB**
Sex: **M**   Height: **504**   Weight: **145**   DOB: **        1963**
Address:
City:    **SILVER SPRING**   State: **MD**   Zip Code:

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: **001**   Description: **HANDGUN ON PERSON: CARRY/WEAR**
Statute:         **27.36B.(b)**   Description: **HANDGUN ON PERSON**
Amended Date:    CJIS Code: **1 5212**   MO/PLL:   Probable Cause:
Incident Date From:   To:   Victim Age:

*Disposition*

Plea:
Disposition:        **GUILTY**   Disposition Date: **06/26/1990**
                    Fine: **$500.00**   Court Costs: **$10.00**   CICF: **$15.00**
Amt Suspended:      Fine: **$500.00**   Court Costs: **$0.00**   CICF: **$0.00**
PBJ EndDate:        Probation End Date: **06/26/1991**   Restitution Amount: **$0.00**
Jail Term:          Yrs: **00**   Mos: **00**   Days: **180**
Suspended Term:     Yrs: **00**   Mos: **00**   Days: **180**
Credit Time Served:

## Related Person Information

*(Each Person related to the case other than the Defendant is shown)*

Name:
Connection: **COMPLAINANT/POLICE OFFICER**
Agency Code: **MCP**   Agency Sub-Code: **B15**   Officer ID: **0684**

## Event History Information

| Event | Date | Comment |
|---|---|---|
| DOCI | 02/19/1990 | SC ISSUED 900209 |
| BALR | 02/19/1990 | 900209;00000000.00;ROR ; ; ; |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*