# EXHIBIT 7

State of Connecticut
Office of Policy and Management and the CT Statistical Analysis Center (SAC)

**August 2010**

# Criminal Justice Policy & Planning Division
# Recidivism & Weapons



RESEARCH, ANALYSIS & EVALUATION — WWW.CT.GOV/OPM/CriminalJustice/Research

## Findings

- Of 16,241 sentenced offenders released or discharged from prison in 2005: 4,991 had been arrested on a weapons charge and 2,449 had a prior conviction for a weapons offense. 1,911 had served time in prison for weapons either during their last sentence or during an earlier incarceration.

- Offenders with a history of weapons charges who were released or discharged from Connecticut prisons in 2005 had higher recidivism rates than offenders who have not been sentenced for similar charges.

- Seventy-five percent (75%) of male offenders, who had ever served a prison sentence for weapons, were rearrested within three years of their release or discharge from prison. Among males without sentence histories involving weapons, only 67% were rearrested.

- 87% of offenders who had a sentence history involving weapons also had been incarcerated for other serious crimes including violent felonies, drug or property crimes. 65% of weapons offenders had also served a prison sentence for a drug offense.

*This report was produced at the request of Robert Farr, Chairman of the Connecticut Board of Pardons and Paroles. The CT Statistical Analysis Center at OPM will consider requests for specialized criminal justice research from agencies that participate in the Criminal Justice Policy Advisory Commission (CJPAC).*

## Sentences for weapons charges

This study is based on analysis of the complete, adult criminal histories of 16,241 sentenced offenders who were released of discharged from a state prison in 2005[1]. Approximately 12% of these offenders (1,911 adults) served their last prison sentence, or a prior prison sentence, in Connecticut for a crime involving the illegal use, or possession, of a weapon.

Three weapons offenses (29-035, 29-038 and 53-206) accounted for almost 51% of all weapons-related charges that resulted in prison sentences.

Male offenders were much more likely to have served a prison sentence on a weapons charge. Among males, 13% had a sentence history involving at least one of the charges listed in Table 1. Among females, only 3% had ever been sentenced to prison for any of these offenses.

**Table 1. Weapons offenses resulting in a prison term**

| Statute | Offense | Freq. |
|---|---|---|
| 29-035 | CARRYING OF WEAPONS WITHOUT PERMIT | 543 |
| 29-038 | CARRYING WEAPON IN A MOTOR VEHICLE | 403 |
| 53-206 | CARRYING OR SALE OF DANGEROUS WEAPON | 380 |
| 53A217 | CRIM POSS FIREARM/ELEC WEAP | 246 |
| 29-035A | CARRY PIST/RVOLV W/O PERMIT | 235 |
| 53A212 | STEALING A FIREARM | 212 |
| 53A217C | CR POSS PIS/REVOLVER | 141 |
| 53A174A | POSS OF A WEAPON IN A CCI | 120 |
| 53A060A | ASSAULT 2ND DEGREE WITH A FIREARM | 47 |
| 53A211 | POSSESSION OF SHOTGUN/SILENCERDF | 46 |
| 53A134A2 | ROBBERY 1 | 44 |
| 53-203 | UNLAWFUL DISCHARGE OF FIREARMS M | 31 |
| 53-202C | POSS OF ASSAULT WEAPON PROHIBITED | 21 |
| 53A055A | MANSLAUGHTER 1ST, FIREARM | 18 |
| 29-036 | ALTERING OR REMOVING IDENT NUMBER | 17 |
| 53A092A | KIDNAPPING, 1ST DEGREE W/FIREARM | 16 |
| 29-033 | ILL/TRANSFER/PISTOL/REVOLVER | 11 |
| 53-206C | SALE,CARRY & BRAND FACSIMILE | 11 |
| 53A103A | BURGLARY 3RD W/FIREARM | 11 |
|  | 17 OTHER WEAPONS OFFENSES | 59 |
|  | **TOTAL** | **2,612** |

## Weapons offenses and offender risk

Low-risk offenders were considerably less likely to have ever served a prison sentence for a weapons offense than higher risk offenders. The Connecticut Department of Correction currently uses a risk assessment instrument called the Treatment Program Assessment Instrument (TPAI) to assign risk scores to offenders in its custody. The score is based on several criteria including the offender's age and the character and extensiveness of the offender's criminal history.

Among the 2,798 male offenders with the lowest, TPAI-risk scores (1 to 3) only 2% had ever been sentenced to prison for a weapons offense. Among 1,625 higher-risk male offenders, those with TPAI scores of 7 or 8, 36% had served a prison sentence for one or more weapons charges prior to 2005.

---

[1] *Recidivism rates for this group were analyzed in greater detail in OPM's* 2010 Annual Recidivism Report *published in February 2010.*

## Recidivism rates

Offenders who were sentenced to prison for weapons offenses recidivated at higher rates than offenders whose sentence histories contained no record of weapons-related crimes.

A much higher proportion of male offenders were incarcerated for weapons charges than female offenders. Among 14,391 male, sentenced offenders who were released or discharged from prison in 2005, approximately 13% had served time for a weapon offense.

**Table 2. Recidivsm and male offenders w/guns**

| Recidivsm type | Time frame | Without weapons charge | With weapons charge |
|---|---|---|---|
| New arrest | 12 months | 42.2% | 47.8% |
|  | 24 months | 59.5% | 67.5% |
|  | 36 months | 67.5% | 75.2% |
| Any return to prison | 12 months | 34.5% | 41.8% |
|  | 24 months | 49.3% | 59.5% |
|  | 36 months | 56.6% | 67.1% |
| New prison sentence | 12 months | 13.5% | 15.9% |
|  | 24 months | 27.9% | 34.3% |
|  | 36 months | 36.8% | 45.5% |
| Male offenders |  | 12,529 | 1,862 |

By any measure, offenders who had ever served a prison term on a weapons charge recidivated at higher rates than offenders who did not serve a sentence for weapons. Within three years, 45.5% of male weapons offenders were returned to prison to serve a new sentence. Among non-weapons offenders the rate was 36.8%.

## Offenders with weapons histories

Although only 12% of offenders released from prison in 2005 had served a prison sentence for a weapons charge, a much higher percentage of offenders had criminal histories involving weapons.

When prior state arrest and conviction records for all 16,241 offenders in the study were evaluated, the number of offenders who had been arrested or convicted on weapons charges proved to be significantly larger than the 1,911 offenders who had served a sentence for a weapons offense. In fact, 31% of offenders released in 2005 (4,991 offenders) had been arrested for a weapons offense at some point before their 2005 release.

The top three weapon-related arrest charges were identical to the three most common gun charges that resulted in prison sentences. They accounted for 46% of all weapon-related arrest charges.

Together these 4,991 offenders were arrested on a total of 12,650 weapons-related charges on 7,039 separate criminal dockets.

Approximately 80% of these offenders (4,090) were convicted for either the weapons offense or some other charge on the docket. 2,449 offenders, or 15% of the 2005-release group, were convicted of at least one prior weapon-related crime.

**Table 3. Most common weapons charges at arrest**

| Statute | Offense | Frquency | Percent |
|---|---|---|---|
| 29-38 | WPN IN MTR VEH | 2,499 | 20% |
| 29-35(a) | NO PISTOL PRMIT | 2,078 | 16% |
| 53-206(a) | CARRY DNGRS WPN | 1,414 | 11% |
| 53a-212 | STEAL FIREARM | 1,298 | 10% |
| 53a-217 | CRIM WEAPON POS | 970 | 8% |
| 53-206 | CARRY/SELL WPN | 875 | 7% |
| 53-203 | IL FIRE FIREARM | 633 | 5% |
| 53a-216 | CRIM WEAPON USE | 511 | 4% |
| 53a-217c | CR POSSESS GUN | 451 | 4% |
| ---- | 57 OTHER OFFENSES | 1,921 | 15% |
| | Total | 12,650 | 100% |

The recidivism rates of offenders who had served prison sentences for weapon charges were only slightly higher than the rates for offenders who had been arrested or convicted on weapons charges but had avoided prison for these offenses.

**Table 4. Recidivsm among males with weapons**

|  | Gun-charge arrest | Gun-charge conviction | Gun-charge sentence |
|---|---|---|---|
| Male offenders | 4,785 | 2,286 | 1,862 |
| Any return to prison |  |  |  |
| 12 months | 41% | 41% | 42% |
| 24 months | 57% | 58% | 60% |
| 36 months | 65% | 66% | 67% |

## Weapons and other crimes

Most sentenced weapons offenders also served time in prison for other crimes including felony violence (42%), drugs (65%) or property offenses (44%).

**Figure 1. Weapons offenders and other prison sentences**



Among the 1,251 sentenced weapons offenders who were also drug offenders, 302 had also been sentenced for property offenses. Another 194 had been sentenced for a violent offense. 296 weapons offenders, or 16% of the total, had served a prison sentence for violence, drugs and property crimes.