# EXHIBIT
# 8
# (PART 1 OF 2)

# Recidivism Among Iowa Probationers

*Prepared by:*

*The Iowa Division of Criminal and Juvenile Justice Planning*

*July, 2005*

This report and other CJJP publications can be found at:



http://www.state.ia.us/dhr/cjjp/recpub.html

# Recidivism Among Iowa Probationers

*The Iowa Division of Criminal and Juvenile Justice Planning*

*Richard G. Moore, Administrator*

Paul Stageberg, Ph.D., Analyst, Principal Investigator
Bonnie Wilson, Statistical Analyst

*July, 2005*

This report has been supported in part by grant #04C2-1956 from the Governor's Office of Drug Control Policy (ODCP).  Findings here do not necessarily represent the official policies of OCDP or the U.S. Department of Justice.

# Table of Contents

Executive Summary...................................................................................................... 1

Introduction................................................................................................................... 3

Methodology ................................................................................................................. 3

Cohort Demography ...................................................................................................... 6
    **Probation Status**...............................................................................................**6**
        Table 1: Disposition Status of Probationers...............................................6
        Table 2: Disposition Status, by Judicial District........................................6
        Table 3: Seriousness of Lead Offense, by Judicial District ........................7
        Table 4: Disposition Status, by Lead Offense Seriousness.........................8
        Table 5: Offense Type of Lead Offense, by Judicial District .....................9
        Table 6: Lead Probation Offenses, by Judicial District ............................10
        Table 7: Comparison: Iowa and National Probation Offense Types .........11
        Table 8: Comparison: Adults Leaving Probation ......................................12
    **Comparisons of Prisoners and Probationers**.................................................**14**
        Table 9: Sex of Entries to Prison and Probation, First Quarter FY2002 ....14
        Table 10: Sex of Felony Entries to Prison and Probation, First Quarter FY2002 .......14
        Table 11: Race of Entries to Prison and Probation First Quarter FY2002 .................15
        Table 12: Age of Entries to Prison and Probation First Quarter FY2002...................15
        Table 13: Offense Type of Entries to Prison and Probation First Quarter FY2002.....16
        Table 14: Offense Class of Entries to Prison and Probation First Quarter FY2002 ....16
        Table 15: Admissions to Probation and Prison, by District and Offense Level ..........17

Probation Outcome.................................................................................................... 18
        Table 16: Discharge Type, by Sex and Offense Level ..............................18
        Table 17: Discharge Type, by Race and Offense Level ............................19
        Table 18: Discharge Type, by Age ..........................................................20
        Table 19: Discharge Type, by Probation Arrests and Status .....................21
        Table 20: Discharge Type, by Offense Class............................................22
        Table 21: Discharge Type, by Offense Type ............................................23
        Table 22: Discharge Type, by Sentence Type ..........................................23
        Table 23: Discharge Type, by District and Offense Seriousness................24

Recidivism ................................................................................................................. 25
        Table 24: Rate of Any New Arrest During First Year After Release, By Offense Class............25
        Table 25: Arrests on Probation, by Offense Class....................................26
    **Basic Measures of Recidivism: New Arrests and Convictions** ....................**27**
        Table 26: Basic Measures of Recidivism: Arrest Rates.............................27
        Table 27: Basic Measures of Recidivism: Conviction Rates......................28
        Table 28: Imprisonment Rates.................................................................29
        Table 29: Recidivism Rates, by Sex ........................................................30
        Table 30: Recidivism Rates of Total Cohort, by Sex ...............................31
    **Recidivism Rates by Race** ...........................................................................**33**
        Table 31: Rate of Any New Arrest, by Race ...........................................33
        Table 32: Rate of New Felony Arrest, by Race .......................................34
        Table 33: Rate of New Violent Arrest, by Race .......................................35

Table 34: Rate of New Violent Felony Arrest, by Race ..............................................36
Table 35: Rate of Any New Imprisonment, by Race ...............................................37
**Recidivism by Age** ...............................................................................................**38**
Table 36: Rate of Any New Arrest, by Age ...........................................................38
Table 37: Rate of New Felony Arrest, by Age .......................................................39
Table 38: Rate of New Violent Arrest, by Age .......................................................40
Table 39: Rate of New Violent Felony Arrest, by Age ...........................................41
Table 40: Rate of Any New Imprisonment, by Age ...............................................42
**Prisoner and Probationer Recidivism Rates by Offense Class** ...........................**43**
Table 41: Rate of Any New Arrest, Prisoners and Probationers, by Offense Class ....43
Table 42: Rate of New Felony Arrest, Prisoners and Probationers, by Offense Class ....45
Table 43: Rate of New Violent Arrest, Prisoners and Probationers, by Offense Class ....47
Table 44: Rate of New Violent Felony Arrest, Prisoners and Probationers, by Offense Class ...49
Table 45: Rate of Any New Imprisonment, Prisoners and Probationers, by Offense Class ....51
**Prisoner and Probationer Recidivism Rates by Offense Type** ...........................**53**
Table 46: Rate of Any New Arrest, Prisoners and Probationers, by Offense Type .......53
Table 47: Rate of New Felony Arrest, Prisoners and Probationers, by Offense Type ...........54
Table 48: Rate of New Violent Arrest, Prisoners and Probationers, by Offense Type ...........55
Table 49: Rate of New Violent Felony Arrest, Prisoners and Probationers, by Offense Type ...56
Table 50: Rate of Any New Imprisonment, Prisoners and Probationers, by Offense Type ........57
**Probationer Recidivism Rates by Sentence Type** ..............................................**58**
Table 51: Recidivism of Total Cohort, by Sentence Type .........................................59
Table 52: Recidivism of Felon Cohort, by Sentence Type ........................................60
**Recidivism Rates by Judicial District** ..............................................................**61**
Table 53: Rate of Any New Arrest, by Judicial District ............................................62
Table 54: Rate of New Felony Arrest, by Judicial District .........................................63
Table 55: Rate of New Violent Arrest, by Judicial District .........................................64
Table 56: Rate of New Violent Felony Arrest, by Judicial District ...............................65
Table 57: Rate of Any New Imprisonment, by Judicial District ...................................66
# Appendix I: Type of Discharge from Probation ........................................ 67
Discharge Type, by Offense Class and Type ........................................................67
Discharge Type, by Offense ...............................................................................68
# Appendix II: Comparison of Prisoner and Probationer Rates by Offense .......... 74
Rate of Any New Arrest, Prisoners and Probationers, by Offense .............................74
Rate of New Felony Arrest, Prisoners and Probationers, by Offense ..........................75
Rate of New Violent Arrest, Prisoners and Probationers, by Offense .........................76
Rate of New Violent Felony Arrest, Prisoners and Probationers, by Offense ................77
Rate of Any New Imprisonment, Prisoners and Probationers, by Offense ...................78
# Appendix III: Rates of Re-arrest During Probation ............................. 79
Arrests on Probation, by Offense Class and Type ..................................................79
Arrests on Probation, by Offense Type .................................................................79
Arrests on Probation, by Offense ........................................................................80
Arrests on Probation, by Offense Type .................................................................81
Arrests on Probation, by District and Offense Level ...............................................82

## Executive Summary

A study was conducted examining recidivism of offenders released to probation in Iowa between July 1, 2001 and September 30, 2001 (i.e., the first quarter of State FY2002).  These offenders were tracked for varying periods of time due to differing times of release; the average time at risk for the cohort was 967 days.

The study used multiple definitions of recidivism, including the following:
- new arrests;
- new felony arrests;
- new arrests for violent crimes;
- new arrests for  violent felonies;
- new imprisonments;
- new arrests for crimes of specific types (e.g., sex offenses, drug offenses, etc.).

The study found the following:

**Population characteristics**
- Most probationers (63 percent) entered probation as the result of suspended sentences, although there was considerable variation from one judicial district to another.
- Most probationers (73.2 percent) entered probation as the result of misdemeanor offenses, although there was considerable variation among the judicial districts.
- The largest percentage of probationers entered probation as the result of OWI, although in two judicial districts OWI's accounted for less than 10 percent of probationers.  Statewide, drug offenders and property offenders constituted the two next-largest groups of probationers, respectively.
- Most probationers received "standard" probation supervision while on probation, although nearly half of all misdemeanant probationers were on low-risk caseloads.

**Probation outcome**
- Of the probationers completing probation during the tracking period, 73 percent were discharged successfully, compared to 59 percent nationally.  .  A slightly higher percentage of Iowa probationers (19 percent) were revoked to incarceration, however, than was true nationally (16%).
- 29.2 percent of probationers were re-arrested for new offenses while still under probation supervision during the tracking period.  Felons tended to be arrested more frequently than misdemeanants.

**General recidivism**
- 23.1 percent of releases were re-arrested within one year of being placed on probation, with an additional 15.6 percent being arrested within three years.  Generally, the risk of recidivism was highest during the first year after admission to probation.  Some groups, however, tended to show the highest rates of return to prison during the second year after release.
- Those entering probation as the result of "shock" probation or suspended sentences showed higher rates of recidivism than those receiving deferred judgments.  Shock probationers were by far the most likely to be sent to prison within three years (42.6 percent, vs. 17.8 percent for suspended sentences and 4.5 percent for deferred judgments).

1

- Comparisons between probationers and prison releases showed the latter to exhibit higher rates of recidivism regardless of the criterion used and the length of tracking.

**Recidivism and demography**

- Men exhibited higher rates of recidivism than women regardless of the criterion. For every woman arrested during the tracking period, 1.6 men were arrested. Men were also twice as likely as women to be imprisoned.
- Native Americans and African-Americans exhibited the highest rates of re-arrest. Although their numbers were few (n=21), the highest rate of new arrests was found for Native American misdemeanants, 71 percent of whom were re-arrested within three years. These same two groups tended to show high rates on the other recidivism measures, as well.
- As released prisoners and probationers age, they tend to exhibit lower rates of recidivism, although released prisoners had three-year rates of re-arrest over 40 percent through age 49, and probationers showed rates over 35 percent through age 44. The highest rates of recidivism (regardless of definition) were found among the youngest offenders.
- There was considerable variation in recidivism rates among Iowa's judicial districts, with much of the variation attributable to differences in the types and seriousness of offenders placed on probation in the districts. While the Sixth Judicial District showed the lowest rate of new arrests after three years, for example (29.9 percent), its felons showed the highest rate (51 percent), along with the second-highest rate of new felony arrests (20 percent).

**Recidivism and offense types**

- While previous studies of prison releases in Iowa have shown higher rates of re-arrest among misdemeanants, felony probationers exhibited higher rates of re-arrest than misdemeanants (42 percent vs. 37 percent after three years). Among the larger offender groups, however, those convicted of aggravated misdemeanors showed the highest rate of re-arrest.
- Although there were few weapons offenders in the probation cohort, their rate of new arrests during the tracking period was higher than other offender groups, followed by probationers sentenced for public order and property crimes. Sex offenders showed the lowest rate of new arrests, followed by OWI offenders.
- There was a tendency for probationers to be re-arrested for and convicted of the same type of offense that resulted in their being on probation. Drug offenders, for example, showed the highest rate of new drug offenses, and violent offenders the highest rate of new violent offenses. Overall, the largest percentage of probationers was arrested for new drug offenses. About one probationer in eight (12 percent) was re-arrested for new violent crimes. Only 0.5 percent of the releases were arrested for new sex crimes.
- About one probationer in six was arrested for a new felony during the tracking period. New violent felony arrests were very rare, with only about one probationer in 38 re-arrested for such offenses.
- After three years, the offense with the highest rate of re-arrest among probationers was prostitution. Nearly 82 percent of the 18 offenders sentenced for prostitution were arrested within three years of release. Among offenses involving larger groups of offenders, 56.6 percent of the 455 burglars were re-arrested within three years. Conversely, the offenses with the lowest rate of re-arrest were robbery (16.7 percent) and sex offenses (19.6 percent).
- Those convicted of forgery/fraud (28.1 percent) and prostitution (27.3 percent) showed the highest rates of *felony* re-arrest, while those convicted of OWI (7.5 percent) and sex offenses (8.9 percent) showed the lowest rates.

2

## Introduction

In 2003 the Division of Criminal and Juvenile Justice Planning, relying on funds from the Office of Drug Control Policy (ODCP) and the Department of Corrections (DOC), began a correctional policy project to study correctional outcomes and recidivism in Iowa.  The ultimate goal of the project is to permit the DOC, the eight Departments of Correctional Services, and the Board of Parole to make more effective use of state resources by permitting analyses of offender populations and the impact of policy on rates of probation and imprisonment.  This research follows four years of research on prisoners and prison releases.  The new study involves examination of sentencing data, criminal histories, offender supervision and treatment histories, and recidivism of probationers, for whom such data had not been collected in Iowa for more than a decade.

The main focus of the research to date has been the collection of recidivism data on all offenders who entered probation in Iowa during the first quarter of State FY02 (July 1, 2001 – September 30, 2001). This has occurred in two phases.  Collection of detailed criminal history and recidivism data from Iowa's computerized criminal history system (CCH), the Interstate Identification Index (III), Iowa's traffic records system, the Iowa Courts Information System (ICIS), and the Iowa Corrections Offender Network (ICON) started shortly after the research was begun.  Collection of this detailed information is continuing.

To provide a useful but somewhat less comprehensive look at recidivism, the second phase of the project has involved extracting recidivism data only from CCH, III, and ICON.  The methodology used here is similar to that used in previous studies of recidivism following imprisonment in Iowa.  This phase of the study has provided information on the characteristics of offenders entering probation in Iowa in addition to probation completion and recidivism data.  This is the first report resulting from the study's second phase.

## Methodology

The recidivism research began October of 2003, when a list of those entering probation in Iowa during the first quarter of State FY 2002 was generated from the Iowa Corrections Offender Network (ICON), the state corrections database. This yielded a probation cohort of 3,573.   CJJP collected a variety of electronic data on the cohort, including demographic data and information pertaining to the current criminal charge(s). Recidivism and criminal history data were extracted from two primary sources, the Division of Criminal Investigation's Computerized Criminal History system (CCH) and the Interstate Identification Index (III).   While these were the two major sources of recidivism data, when questions arose from inspection of rapsheets or probation records, the data were supplemented by referring to ICIS and ICON.

3

Adult criminal histories were obtained for all cohort members.  When offenders had been arrested as juveniles and placed in state training schools this information was also noted.[1] For each new offense, data were collected on the date of the arrest, the arresting charge, and the seriousness (offense class) of the charge.  Conviction data included the date of conviction and the conviction offense and its seriousness.

Other data taken from rapsheets and other official sources included prior arrests and convictions and jail and prison terms. Because data collection continues in this area, this report will not address the prior criminal histories of probationers, nor will it address any treatment or interventions occurring during probation.  These topics will be addressed in future reports.

Statutory restrictions in Iowa put some limitations on recidivism research, as Iowa CCH records include only information on **convictions** and **pending charges.**  Data on arrests **not** leading to conviction must be expunged upon notice of a dismissal/acquittal or within four years if a disposition has not been reported.  Fortunately, collection of recidivism data for this report has occurred soon enough after entry to probation that nearly all new offenses occurring thereafter should still be included on rapsheets.  Further, use of III in recidivism research to some extent mitigates this problem, as the federal statute governing III allows inclusion of offenses not leading to conviction.

Nonetheless, there are problems in using III in recidivism research.  While it appears that the out-of-state arrest data obtained through III are relatively comprehensive, disposition reporting appears to be lacking.  It is probably more common to find out-of-state arrests without disposition than with disposition.  While the individuals in this probation cohort appear to be less mobile than the prison releases previously tracked by CJJP, the absence of dispositions remains a concern.

As in previous CJJP recidivism reports, the concept of "time at risk" is being employed in the current research.  Essentially, time at risk is defined as any time at liberty during the tracking period.  Since probationers are "at risk" during most time on probation because they are not in secure confinement, all time spent on probation is counted as time at risk. The only exceptions to this are when probationers are known to have been deported,[2] are incarcerated, or have died.[3]  Most of the deportees were arrested by INS early during their period of probation, and their only time at risk fell between their entry to probation and their INS arrest.

---

[1] Until recently, data on juvenile arrests and convictions have been unavailable on state rapsheets unless a commitment to a state training school resulted.  Older records on training school commitments also frequently listed "delinquency" as the committing offense rather than including a specific charge.

[2] Thirty-three members of the cohort were known to have been detained by the INS for immigration violations after entering probation.  Fifteen are known to have been deported.  Three of these are known to have been arrested after returning illegally.  As of this writing the status of another dozen cohort members arrested by the Immigration and Naturalization Service (INS) is unknown despite a request to the INS for disposition data.

[3] Fourteen members of the probation cohort are known to have died.  These individuals were counted as having time at risk from the time of probation entry until the date of death.

The potential amount of time "at risk" for probationers in this study ranged from none to 1,283 days, with an average of 967 days for the 3,570 having time at risk between entering probation and the collection of rapsheets. Average actual time at risk is less than this due to imprisonment of 519 cohort members during the tracking period. In calculating time at risk, any time spent incarcerated was subtracted from total possible time at risk if the criterion event had not occurred prior to the incarceration. For example, if a probationer were revoked to prison on a technical violation without being arrested for any other offense, was subsequently released from prison and was arrested for a new crime, the length of the imprisonment would be subtracted out of the time between the entry to probation and the arrest for the new offense.

Seven primary definitions of recidivism have been used in conducting this research:

- Any new arrest[4]
- Any new felony arrest
- Any new arrest for a violent crime
- Any new felony arrest for a violent crime
- Any new imprisonment
- Any new arrest for various specific types of offenses
- Any new arrest during the period of probation.

With the exception of the last two criteria,[5] for each of these a determination was made of the length of time elapsing between release to probation and the criterion event. In this process, notation was made of whether the criterion event occurred within the first, second, and third years of time at risk. These results were then compared to previous results for prison releases.

Because this is the first examination of probation and probationers in Iowa for some time, this report begins with an examination of probation, looking at types of probation sentences and the seriousness and types of offenses for which offenders have been placed on probation. Included is a presentation of data broken out by judicial district.

---

[4] This definition does not include traffic *violations* such as speeding, although simple and serious misdemeanor traffic convictions were counted. Arrests for "probation violation" also were not counted because they did not involve a specific new offense other than the violation of probation conditions.
[5] The incidence of new specific types of offenses (e.g., sex offenses) may be very low; analysis of the time elapsing until arrest for new offenses of a specific type doesn't necessarily yield helpful results.

## Cohort Demography

**Probation Status**

Table 1 presents the status of the probationers in the study.  Most (63 percent) were
sentenced directly to probation as the result of a suspended jail or prison sentence.  The
next largest group received deferred judgments, a situation in which successful
completion of probation results in dismissal of charges.  The only other group of any size
consisted of those entering probation after reconsideration of sentence ("shock
probation").

**Table 1: Disposition Status of Probationers**

| Disposition | N | % |
|---|---|---|
| Deferred Judgment | 1,265 | 35.4 |
| Deferred Sentence | 5 | 0.1 |
| Extension of Probation | 3 | 0.1 |
| Suspended Sentence | 2,252 | 63.0 |
| Reconsideration of Sentence | 47 | 1.3 |
| Re-sentence After Appeal | 1 | 0.0 |
| **Total** | **3,573** | **100.0** |

Table 2 breaks this same information down by judicial district, showing considerable
variation among the districts not only in the number of individuals entering probation but
also disposition status.  Deferred judgments, for example, ranged from 19.5 percent in the
Fourth Judicial District to 68.2 percent in the Sixth.

**Table 2: Disposition Status, by Judicial District**

| District | Disposition Status | | | | | | Total N |
|---|---|---|---|---|---|---|---|
| | Deferred Judgment | Deferred Sentence | Extension of Probation | Suspended Sentence | Shock Probation | Re-sentence After Appeal | |
| **First JD** | 21.5% | 0.0% | 0.0% | 76.9% | 1.6% | 0.0% | 494 |
| **Second JD** | 35.4% | 0.0% | 0.0% | 63.5% | 1.1% | 0.0% | 457 |
| **Third JD** | 22.4% | 0.2% | 0.0% | 76.4% | 1.0% | 0.0% | 415 |
| **Fourth JD** | 19.5% | 0.8% | 0.0% | 79.7% | 0.0% | 0.0% | 118 |
| **Fifth JD** | 34.4% | 0.3% | 0.2% | 63.7% | 1.5% | 0.0% | 1,175 |
| **Sixth JD** | 68.2% | 0.0% | 0.2% | 31.3% | 0.2% | 0.2% | 604 |
| **Seventh JD** | 24.6% | 0.0% | 0.0% | 71.8% | 3.5% | 0.0% | 142 |
| **Eighth JD** | 17.9% | 0.0% | 0.0% | 78.6% | 3.6% | 0.0% | 168 |
| **Total** | **35.4%** | **0.1%** | **0.1%** | **63.0%** | **1.3%** | **0.0%** | **3,573** |

Table 3 provides some insight as to why there might be so much variation in disposition types in the cohort, as there was also great variation in the seriousness of "lead"[6] offenses for which offenders entered probation. As in the previous table, there is a wide range among the districts in the composition of the probation population. The percentage of felony probationers in the cohort ranges from 16.7 percent in the Sixth District to 60.6 percent in the Seventh. Comparison of these figures with national data suggests that Iowa probationers more often tend to be misdemeanants, as figures published by the Bureau of Justice Statistics show that 49 percent of those on probation in 2003 were convicted felons.[7]

### Table 3: Seriousness of Lead Offense, by Judicial District

| District | Felony | Misd. | Total N | Felony % |
|---|---|---|---|---|
| First JD | 132 | 362 | 494 | 26.7% |
| Second JD | 151 | 306 | 457 | 33.0% |
| Third JD | 89 | 326 | 415 | 21.4% |
| Fourth JD | 47 | 71 | 118 | 39.8% |
| Fifth JD | 252 | 923 | 1,175 | 21.4% |
| Sixth JD | 101 | 503 | 604 | 16.7% |
| Seventh JD | 86 | 56 | 142 | 60.6% |
| Eighth JD | 100 | 68 | 168 | 59.5% |
| Total | 958 | 2,615 | 3,573 | 26.8% |

This information is presented graphically in Figure 1.

---

[6] The "lead" offense is the offense regarded as most serious. When individuals are placed on probation or are incarcerated for multiple offenses, a lead offense is designated, facilitating comparisons. Generally the lead offense is selected by identifying the offense with the longest potential penalty. When there are multiple offenses with the same penalty, the lead offense is selected from among them based upon harm or threat to persons or pecuniary loss.

[7] U.S. Department of Justice, Bureau of Justice Statistics, "Probation and Parole in the United States, 2003," Washington, D.C., July 2004.

**Probation Entries, by Judicial District and Offense Level**



Figure 1

The two previous tables lead one to wonder about the relationship between offense severity and disposition type.  This is shown in Table 4.  Deferred judgments and suspended sentences are the two most common disposition types for both felons and misdemeanants, although the latter are more likely to have received deferred judgments.  Not surprisingly, reconsideration of sentence – probation after a short period of imprisonment – is much more common among felons.

**Table 4: Disposition Status, by Lead Offense Seriousness**

| Disposition Status | Most Serious Offense | | Total |
|---|---|---|---|
| | **Felony** | **Misd.** | |
| **Deferred Judgment** | 27.0% | 38.5% | 35.4% |
| **Deferred Sentence** | 0.1% | 0.2% | 0.1% |
| **Extension of Probation** | 0.0% | 0.1% | 0.1% |
| **Suspended Sentence** | 68.4% | 61.1% | 63.0% |
| **Reconsideration of Sentence** | 4.5% | 0.2% | 1.3% |
| **Re-sentence After Appeal** | 0.0% | 0.0% | 0.0% |
| **Total N** | **958** | **2,615** | **3,573** |

Table 5 presents the distribution of offense types, by judicial district, and also shows considerable variation from one district to another. This is particularly true for the offense of Operating While Intoxicated (OWI), which ranges from 8.9 percent of probationers in the Eighth District to 47 percent in the Sixth.  A large spread is also seen between the Fifth and Seventh Districts in property crimes (14.9 percent to 47.9 percent, respectively). Note, more generally, that sex offenders constituted a very small percentage of offenders in every district.

### Table 5: Offense Type of Lead Offense, by Judicial District

| District | Offense Type | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | **Drug** | **OWI** | **Pro-perty** | **Public Order** | **Sex** | **Traffic** | **Violent** | **Wea-pons** | |
| **First JD** | 16.2% | 30.2% | 26.9% | 3.4% | 1.2% | 4.7% | 16.4% | 1.0% | 494 |
| **Second JD** | 27.1% | 31.7% | 21.4% | 1.5% | 2.0% | 1.3% | 13.1% | 1.8% | 457 |
| **Third JD** | 20.0% | 38.6% | 20.2% | 2.7% | 1.4% | 2.2% | 14.0% | 1.0% | 415 |
| **Fourth JD** | 24.6% | 22.9% | 24.6% | 6.8% | 1.7% | 1.7% | 15.3% | 2.5% | 118 |
| **Fifth JD** | 26.3% | 27.1% | 14.8% | 3.7% | 1.7% | 3.0% | 22.8% | 0.7% | 1,175 |
| **Sixth JD** | 22.0% | 47.0% | 16.4% | 2.2% | 0.8% | 2.0% | 9.3% | 0.3% | 604 |
| **Seventh JD** | 21.1% | 9.2% | 48.6% | 2.1% | 2.1% | 2.1% | 14.1% | 0.7% | 142 |
| **Eighth JD** | 23.8% | 8.9% | 35.7% | 3.0% | 3.0% | 7.7% | 17.3% | 0.6% | 168 |
| **Total** | **23.2%** | **31.1%** | **20.9%** | **3.0%** | **1.6%** | **2.9%** | **16.5%** | **0.9%** | **3,573** |

Figure 2 displays the distribution of the state total.



**Lead Offense Type for Entering Probationers**

Figure 2

A more detailed look at the offenses for which offenders were put on probation is found in Table 6.  Included in the table is a comparison of lead probation offenses with lead offenses of those imprisoned in Iowa during the same period (July – September, 2001). There appear to be more similarities in the table than differences, as offenses that have low percentages on probation generally also tend to have low percentages in prison. Some differences are evident, however, in drug offenses and OWI.  Not surprisingly, there are more persons on probation for drug possession than drug trafficking, while the opposite is true for prisoners.  Offenders convicted of Operating While Intoxicated are much more likely to receive probation than imprisonment, as they constitute the largest group of probationers.  It may appear surprising, but theft offenses account for a larger percentage of prison admissions than is true on probation.  This is also true for assaultive offenses, although it should be remembered that many assault offenses are misdemeanors.

### Table 6: Lead Probation Offenses, by Judicial District

| Offense Type | Judicial District | | | | | | | | Probation | | Prison | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | N | % | N | % |
| Alcohol | 9 | 3 | 5 | 0 | 12 | 4 | 1 | 3 | 37 | 1.0% | 5 | 0.6% |
| Arson | 0 | 0 | 0 | 1 | 3 | 1 | 1 | 3 | 9 | 0.3% | 1 | 0.1% |
| Assault | 69 | 48 | 48 | 18 | 252 | 44 | 18 | 23 | 520 | 14.6% | 82 | 9.7% |
| Burglary | 30 | 17 | 17 | 4 | 31 | 13 | 20 | 27 | 159 | 4.5% | 77 | 9.1% |
| Drug Possession | 53 | 58 | 72 | 9 | 214 | 115 | 9 | 5 | 535 | 15.0% | 50 | 5.9% |
| Drug Trafficking | 25 | 53 | 10 | 13 | 86 | 14 | 17 | 33 | 251 | 7.0% | 195 | 23.1% |
| Drug Other | 2 | 13 | 1 | 7 | 9 | 4 | 4 | 2 | 42 | 1.2% | 5 | 0.6% |
| Flight/Escape | 0 | 0 | 2 | 0 | 1 | 1 | 0 | 1 | 5 | 0.1% | 6 | 0.7% |
| Forgery/Fraud | 40 | 31 | 31 | 3 | 30 | 29 | 17 | 13 | 194 | 5.4% | 72 | 8.5% |
| Kidnap | 0 | 2 | 1 | 0 | 3 | 0 | 0 | 0 | 6 | 0.2% | 0 | 0.0% |
| Murder | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0% | 9 | 1.1% |
| Other vs. Person | 8 | 8 | 9 | 0 | 12 | 10 | 2 | 6 | 55 | 1.5% | 4 | 0.5% |
| OWI | 149 | 145 | 160 | 27 | 318 | 284 | 13 | 15 | 1,111 | 31.1% | 73 | 8.6% |
| Prost./Pimp | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 1 | 11 | 0.3% | 4 | 0.5% |
| Public Order | 8 | 4 | 4 | 8 | 20 | 8 | 2 | 0 | 54 | 1.5% | 25 | 3.0% |
| Robbery | 3 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 6 | 0.2% | 19 | 2.2% |
| Sex | 6 | 9 | 6 | 2 | 20 | 5 | 3 | 5 | 56 | 1.6% | 54 | 6.4% |
| Theft | 52 | 46 | 31 | 14 | 92 | 47 | 26 | 14 | 322 | 9.0% | 113 | 13.4% |
| Traffic | 23 | 6 | 9 | 2 | 35 | 12 | 3 | 13 | 103 | 2.9% | 25 | 3.0% |
| Vandalism | 12 | 4 | 5 | 7 | 19 | 10 | 5 | 3 | 65 | 1.8% | 13 | 1.5% |
| Weapons | 5 | 8 | 4 | 3 | 8 | 2 | 1 | 1 | 32 | 0.9% | 13 | 1.5% |
| Total | 494 | 457 | 415 | 118 | 1,175 | 604 | 142 | 168 | 3,573 | 100.0% | 845 | 100.0% |

A further examination of crimes types can be made by comparing Iowa figures with those published nationally by the Bureau of Justice Statistics.[8]  This comparison is found in Table 7:

**Table 7: Comparison: Iowa and National Probation Offense Types**

| Offense Type | Iowa | | Nation |
|---|---|---|---|
| | **N** | **%** | |
| Sexual Assault | 56 | 2% | 3% |
| Domestic Assault | 219 | 6% | 7% |
| Other Assaults | 314 | 9% | 9% |
| Burglary | 159 | 4% | 5% |
| Larceny/Theft | 322 | 9% | 12% |
| Fraud | 194 | 5% | 4% |
| Drug Law Violations | 828 | 23% | 25% |
| Driving while intoxicated | 1,111 | 31% | 17% |
| Other Traffic | 103 | 3% | 6% |
| Other | 267 | 8% | 12% |
| **Total** | **3,573** | **100%** | **100%** |

The most noteworthy discrepancy between Iowa figures and the 2003 national figures is in the area of driving while intoxicated, where the Iowa figures are nearly twice those of the nation's.  In nearly all other crimes Iowa's figures and the nation's are proximate, although due to the large percentage of OWI offenders the Iowa percentages for other offenses tend to be lower than the national figures.

---

[8] Ibid.

A final comparison of Iowa and national figures may be made in examining probation outcomes.  This is presented in Table 8 below for those leaving probation nationally[9] in 2003 and those in the FY2002 Iowa cohort who had been terminated prior to the end of 2004:

**Table 8: Comparison: Adults Leaving Probation**

| Completion type | Iowa | | National |
| --- | --- | --- | --- |
| | N | % | |
| Successful completions | 2,368 | 73% | 59% |
| Incarcerated | 625 | 19% | 16% |
|    With new sentence | 384 | 12% | 5% |
|    With the same sentence | 241 | 7% | 7% |
|    Unknown | 0 | 0% | 4% |
| Absconder | 52 | 2% | 4% |
| Discharge to custody or warrant | 0 | 0% | 1% |
| Other unsuccessful | 0 | 0% | 13% |
| Death | 14 | 0% | 1% |
| Other | 186 | 6% | 7% |
| **Total** | **3,245** | **100%** | **101%** |

Totals may not add to 100% due to rounding

The Iowa figures show more successful completions as well as more new incarcerations, particularly returns that involve new sentences.

---

[9] Source: Bureau of Justice Statistics, Ibid.

**Probation Completion Type**



Figure 3

**Comparisons of Prisoners and Probationers**

The tables below compare the probation cohort to the cohort entering Iowa's prisons during the same time period (July 1, 2001 – September 30, 2001).  The first two tables examine the sex of entering prisoners and probations.  The first of these shows that about 10 percent of the women in the two cohorts were sentenced to prison rather than probation, while the percentage of men entering prison was double that number.

**Table 9: Sex of Entries to Prison and Probation, First Quarter FY2002**

| Sex | Prisoners | | Probationers | | Total | |
|---|---|---|---|---|---|---|
| | N | % | N | % | N | % |
| Female | 95 | 10.5% | 814 | 89.5% | 909 | 20.6% |
| Male | 750 | 21.4% | 2,759 | 78.6% | 3,509 | 79.4% |
| **Total** | **845** | **19.1%** | **3,573** | **80.9%** | **4,418** | **100.0%** |

To control for the seriousness of the lead offense, the following table breaks down the prison and probation cohorts by the seriousness of the lead charge.  The far right column of the table presents the ratio of the men's percentage to the women's, showing, for example, that male felons are 1.9 times more likely to have been sent to prison than female felons.

**Table 10: Sex of Felony Entries to Prison and Probation, First Quarter FY2002**

| Lead Offense Class | Probationers | | | Prisoners | | | Prison Percent | | | Ratio: |
|---|---|---|---|---|---|---|---|---|---|---|
| | F | M | Total | F | M | Total | F | M | Total | M:F |
| A Felony | 0 | 0 | 0 | 0 | 1 | 1 | -- | 100.0% | 100.0% | -- |
| B Felony | 5 | 15 | 20 | 7 | 61 | 68 | 58.3% | 80.3% | 77.3% | 1.4 |
| C Felony | 52 | 153 | 205 | 30 | 165 | 195 | 36.6% | 51.9% | 48.8% | 1.4 |
| D Felony | 196 | 537 | 733 | 46 | 356 | 402 | 19.0% | 39.9% | 35.4% | 2.1 |
| O Felony[10] | 0 | 0 | 0 | 1 | 31 | 32 | 100.0% | 100.0% | 100.0% | 1.0 |
| **Total Felony** | **253** | **705** | **958** | **84** | **614** | **698** | **24.9%** | **46.6%** | **42.1%** | **1.9** |
| Agg. Misd. | 175 | 742 | 917 | 11 | 131 | 142 | 5.9% | 15.0% | 13.4% | 2.5 |
| Serious Misd. | 351 | 1,209 | 1,560 | 0 | 5 | 5 | 0.0% | 0.4% | 0.3% | -- |
| Simple Misd. | 35 | 102 | 137 | 0 | 0 | 0 | 0.0% | 0.0% | 0.0% | -- |
| **Total Misd.** | **561** | **2,053** | **2,614** | **11** | **136** | **147** | **1.9%** | **6.2%** | **5.3%** | **3.2** |
| **Total** | **814** | **2,759** | **3,573** | **95** | **750** | **845** | **10.5%** | **21.4%** | **19.1%** | **2.0** |

---

[10] "Other" felonies include those that have a wide range of possible penalties, usually 15 or more years' imprisonment.  Examples of other felonies include subsequent drug offenses (Chapter 124.411) and habitual criminal statutes (Chapter 902.8).

Table 11 illustrates that African-Americans and Native Americans tend to be over-represented in the prison population. One should be cautious in interpreting this result, however, as without further analyses (which would include criminal history data) one cannot fully explain the apparent racial disparities.

**Table 11: Race of Entries to Prison and Probation First Quarter FY2002**

| Race | Prisoners | | Probationers | | |
|---|---|---|---|---|---|
| | N | % | N | % | Prob. % |
| Asian or Pacific Islander | 8 | 0.9 | 34 | 1.0 | 81.0% |
| African-American | 157 | 18.6 | 372 | 10.4 | 70.3% |
| Hispanic | 31 | 3.7 | 188 | 5.3 | 85.8% |
| Native American | 13 | 1.5 | 27 | 0.8 | 67.5% |
| Other | 6 | 0.7 | 0 | 0.0 | 0.0% |
| White | 630 | 74.6 | 2,952 | 82.6 | 82.4% |
| **Total** | **845** | **100.0** | **3,573** | **100.0** | **80.9%** |

Table 12 shows the age distribution of the two cohorts. As expected, probationers tended to be slightly younger than prisoners. This is particularly true due to higher percentages of the probation cohort falling into the age groups between 18 and 25, although the oldest group of offenders is also over-represented in the probation cohort.

**Table 12: Age of Entries to Prison and Probation First Quarter FY2002**

| Age | Prisoners | | Probationers | | |
|---|---|---|---|---|---|
| | N | % | N | % | Prob. % |
| <18 | 10 | 1.2 | 33 | 0.9 | 76.7% |
| 18-20 | 109 | 12.9 | 727 | 20.3 | 87.0% |
| 21-25 | 164 | 19.4 | 853 | 23.9 | 83.9% |
| 26-30 | 136 | 16.1 | 481 | 13.5 | 78.0% |
| 31-35 | 142 | 16.8 | 403 | 11.3 | 73.9% |
| 36-40 | 125 | 14.8 | 459 | 12.8 | 78.6% |
| 41-45 | 86 | 10.2 | 308 | 8.6 | 78.2% |
| 46-50 | 47 | 5.6 | 175 | 4.9 | 78.8% |
| 51-55 | 16 | 1.9 | 77 | 2.2 | 82.8% |
| 56-60 | 9 | 1.1 | 36 | 1.0 | 80.0% |
| 60+ | 1 | 0.1 | 21 | 0.6 | 95.5% |
| **Total** | **845** | **100.0** | **3,573** | **100.0** | 80.9% |
| Mean | 31.4 | | 29.9 | | |
| Median | 31.0 | | 27.0 | | |

Table 13 illustrates how admissions to prison and probation during the first quarter of 2002 are distributed.  Most (80.9 percent) were sentenced to probation, and a majority within each of the offense types was sent to probation.

**Table 13: Offense Type of Entries to Prison and Probation First Quarter FY2002**

| Lead Offense Type | Prisoners | | Probationers | | |
|---|---|---|---|---|---|
| | N | % | N | % | Prob. % |
| Drug | 250 | 23.2 | 828 | 23.2 | 76.8% |
| OWI | 73 | 31.1 | 1,111 | 31.1 | 93.8% |
| Property | 276 | 21.0 | 746 | 20.9 | 73.0% |
| Public Order | 40 | 3.0 | 107 | 3.0 | 72.8% |
| Sex | 52 | 1.0 | 56 | 1.6 | 51.9% |
| Traffic | 25 | 2.9 | 103 | 2.9 | 80.5% |
| Violent | 116 | 16.9 | 590 | 16.5 | 83.6% |
| Weapons | 13 | 0.9 | 32 | 0.9 | 71.1% |
| **Total** | **845** | **100.0** | **3,573** | **100.0** | **80.9%** |

As a follow-up to Table 13, Table 14 presents the distribution of felony offense classes and misdemeanors among probationers and prison entries during the first quarter of FY2002.  Not unexpectedly, as crimes become less serious the percentage of offenders entering probation rises.

**Table 14: Offense Class of Entries to Prison and Probation First Quarter FY2002**

| Lead Offense Class | Prisoners | | Probationers | | |
|---|---|---|---|---|---|
| | N | % | N | % | Prob. % |
| A Felony | 1 | 0.1 | 0 | 0.0 | 0.0% |
| B Felony | 68 | 8.0 | 20 | 0.6 | 22.7% |
| Other Felony | 32 | 3.8 | 0 | 0.0 | 0.0% |
| C Felony | 195 | 23.1 | 205 | 5.7 | 51.3% |
| D Felony | 402 | 47.6 | 732 | 20.5 | 64.6% |
| **Total Felony** | **698** | **82.6** | **957** | **26.8** | **57.8%** |
| Agg. Misd. | 142 | 16.8 | 918 | 25.7 | 86.6% |
| Serious Misd. | 5 | 0.6 | 1,560 | 43.7 | 99.7% |
| Simple Misd. | 0 | 0.0 | 137 | 3.8 | 100.0% |
| **Total Misd.** | **147** | **17.4** | **2,615** | **73.2** | **94.7%** |
| **Total** | **845** | **100.0** | **3,572** | **100.0** | **80.9%** |

Note: one probationer received on an out-of-state sentence

The final table in this section shows admissions to prison and probation between July 1 and September 30, 2001.  As there has been variation among the judicial districts in offense

16

seriousness and types (Tables 3 and 5), this table shows a wide range in the percentage of felons and misdemeanants sentenced to prison in the districts.  This is particularly true for the misdemeanants, who show a prison percentage ranging from 0.8 percent in the Sixth district to 26.1 percent in the Eighth.  Overall, only about one in twenty misdemeanants entered prison during this time period.

There was more consistency among the felons, 42 percent of whom entered prison during the period.  That said, the imprisonment rate for the Fourth district (54 percent) was twice that of the Sixth (27 percent).

The table suggests that at least part of the reason for disparity in overall commitment rates to prison in Iowa is due to differential sentencing of misdemeanants.  The two districts showing the highest overall rate of commitment to prison – the Seventh and Eighth – both show high rates of misdemeanant prison commitments but felony commitment rates that are near the state average.

**Table 15: Admissions to Probation and Prison, by District and Offense Level**

| District | Felons | | | Misdemeanants | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Prob. N | Prison N | Prison % | Prob. N | Prison N | Prison % | Prob. N | Prison N | Prison % |
| First | 132 | 84 | 38.9% | 362 | 37 | 9.3% | 494 | 121 | 19.7% |
| Second | 151 | 69 | 31.4% | 306 | 20 | 6.1% | 457 | 89 | 16.3% |
| Third | 89 | 67 | 42.9% | 326 | 5 | 1.5% | 415 | 72 | 14.8% |
| Fourth | 47 | 56 | 54.4% | 71 | 5 | 6.6% | 118 | 61 | 34.1% |
| Fifth | 252 | 238 | 48.6% | 923 | 33 | 3.5% | 1,175 | 271 | 18.7% |
| Sixth | 101 | 37 | 26.8% | 503 | 4 | 0.8% | 604 | 41 | 6.4% |
| Seventh | 86 | 79 | 47.9% | 56 | 13 | 18.8% | 142 | 92 | 39.3% |
| Eighth | 100 | 74 | 42.5% | 68 | 24 | 26.1% | 168 | 98 | 36.8% |
| **Total** | **958** | **704** | **42.4%** | **2,615** | **141** | **5.1%** | **3,573** | **845** | **19.1%** |

## Probation Outcome

This section of the report offers information pertaining to the most basic of questions about probation: is the term of probation completed successfully?  This question is answered in a variety of tables that present results by sex, race, judicial district, and other variables that might influence whether offenders successfully complete probation.

The tables in this section list five types of discharges: current (active cases), death, negative (including all types of revocation as well as discharges following absconding), neutral (transfers to similar supervision), and positive (early discharge, discharge after expiration, transfer to lesser supervision status).  The far right column in the tables notes the percentage of the closed cases that were positive in nature.  **Cases still active at the end of 2004 were not considered in calculating this percentage.**

Table 16 shows discharge type by sex, illustrating that women were more likely to complete probation successfully than men, with about five out of every six women leaving probation successfully.  There is very little difference in the success rate of female felons and misdemeanants, while male misdemeanants completed probation successfully more often than the felons.  Another way to look at this is that the higher overall success rate of misdemeanants was entirely due to male misdemeanants showing higher rates of success than male felons.

### Table 16: Discharge Type, by Sex and Offense Level

| Offense Level | Sex | Total N | Not Disch. | Discharge Type | | | | % Positive |
|---|---|---|---|---|---|---|---|---|
| | | | | Death | Negative | Neutral | Positive | |
| **Felony** | Female | 253 | 71 | 3 | 22 | 0 | 157 | 86.3% |
| | Male | 705 | 143 | 2 | 159 | 1 | 400 | 71.2% |
| | **Total** | **958** | **214** | **5** | **181** | **1** | **557** | **74.9%** |
| **Misd** | Female | 561 | 13 | 0 | 75 | 0 | 473 | 86.3% |
| | Male | 2,054 | 95 | 9 | 427 | 2 | 1,521 | 77.6% |
| | **Total** | **2,615** | **108** | **9** | **502** | **2** | **1,994** | **79.5%** |
| **Total** | Female | 814 | 84 | 3 | 97 | 0 | 630 | 86.3% |
| | Male | 2,759 | 238 | 11 | 586 | 3 | 1,921 | 76.2% |
| | **Total** | **3,573** | **322** | **14** | **683** | **3** | **2,551** | **78.5%** |

Table 17 presents the same information by race, and a different picture is presented here. Like the previous table, the table breaks out the data offense level to help control for factors that may influence differences among the races.  Nonetheless, it is the African-Americans in both the felony and misdemeanor cohorts who show the lowest rates of successful probation completion.  With the exception of the African-Americans, all groups show completion rates of 75 percent or above, while the rates for African-American felons and misdemeanants both fall well below the average for their groups.  Note that the reason for the overall better completion rate of misdemeanants was solely due to white probationers, as in all the other racial groups the felons showed higher rates than misdemeanants.

**Table 17: Discharge Type, by Race and Offense Level**

| Offense Level | Race | Total N | Not Disch. | Death | Nega-tive | Neu-tral | Posi-tive | % Positive |
|---|---|---|---|---|---|---|---|---|
| **Felony** | Native American | 6 | 3 | 0 | 0 | 0 | 3 | 100.0% |
| | Asian or Pacific Islander | 10 | 2 | 0 | 0 | 0 | 8 | 100.0% |
| | African-American | 109 | 32 | 2 | 28 | 0 | 47 | 61.0% |
| | Hispanic | 52 | 8 | 0 | 7 | 0 | 37 | 84.1% |
| | White | 781 | 169 | 3 | 146 | 1 | 462 | 75.5% |
| | **Total Felony** | **958** | **214** | **5** | **181** | **1** | **557** | **74.9%** |
| **Misd.** | Native American | 21 | 0 | 0 | 5 | 0 | 16 | 76.2% |
| | Asian or Pacific Islander | 24 | 1 | 0 | 5 | 0 | 18 | 78.3% |
| | African-American | 263 | 13 | 2 | 115 | 0 | 133 | 53.2% |
| | Hispanic | 136 | 9 | 0 | 25 | 1 | 101 | 79.5% |
| | White | 2,171 | 85 | 7 | 352 | 1 | 1726 | 82.7% |
| | **Total Misdemeanor** | **2,615** | **108** | **9** | **502** | **2** | **1,994** | **79.5%** |
| **Total** | Native American | 27 | 3 | 0 | 5 | 0 | 19 | 79.2% |
| | Asian or Pacific Islander | 34 | 3 | 0 | 5 | 0 | 26 | 83.9% |
| | African-American | 372 | 45 | 4 | 143 | 0 | 180 | 55.0% |
| | Hispanic | 188 | 17 | 0 | 32 | 1 | 138 | 80.7% |
| | White | 2,952 | 254 | 10 | 498 | 2 | 2,188 | 81.1% |
| | **Total** | **3,573** | **322** | **14** | **683** | **3** | **2,551** | **78.5%** |

19

The next table breaks out completion rates by age group and illustrates a pattern that is similar to what will be seen when recidivism rates are examined: rates of successful completion tend to rise as probationers age.  The lowest rates of completion were found for probationers aged 16-20, some of whom obviously had been bound over to adult court after arrests as juveniles.  The highest completion rates were found for those aged 50-54, although all the four eldest groups showed rates over 80 percent.  One surprising figure in the table is the completion rate for the 21-24 age group, who also showed a success rate over 80 percent.

**Table 18: Discharge Type, by Age**

| Age Group | Total N | Not Disch. | Death | Negative | Neutral | Positive | % Positive |
|---|---|---|---|---|---|---|---|
| 16-20 | 760 | 69 | 3 | 185 | 1 | 502 | 72.6% |
| 21-24 | 737 | 53 | 1 | 101 | 1 | 581 | 84.9% |
| 25-29 | 506 | 50 | 1 | 95 | 1 | 359 | 78.7% |
| 30-34 | 402 | 38 | 1 | 91 | 0 | 272 | 74.7% |
| 35-39 | 465 | 40 | 2 | 107 | 0 | 316 | 74.4% |
| 40-44 | 340 | 40 | 3 | 59 | 0 | 238 | 79.3% |
| 45-49 | 204 | 15 | 1 | 34 | 0 | 154 | 81.5% |
| 50-54 | 92 | 11 | 0 | 5 | 0 | 76 | 93.8% |
| 55-59 | 40 | 5 | 1 | 4 | 0 | 30 | 85.7% |
| 60+ | 27 | 1 | 1 | 2 | 0 | 23 | 88.5% |
| **Total** | **3,573** | **322** | **14** | **683** | **3** | **2,551** | **78.5%** |

The next table shows that probationers who had no new arrests during the period of probation are much more likely to have been discharged successfully than those who have been arrested.  The table also shows, however, that there are some probationers for whom a new arrest doesn't result in unsuccessful discharge, as about half those who were terminated who had been arrested were discharged successfully.  Note, too, that most of those probationers whose cases were current at the end of the tracking period had been arrested while on probation, suggesting that their probations may have been extended due to the new arrest.

**Table 19: Discharge Type, by Probation Arrests and Status**

| | | | Discharge Type | | | | |
|---|---|---|---|---|---|---|---|
| **Probation arrests?** | **Total N** | **Not Disch.** | **Death** | **Negative** | **Neutral** | **Positive** | **% Positive** |
| No | 2,464 | 122 | 13 | 252 | 2 | 2,075 | 88.6% |
| Yes, Terminated | 909 | 0 | 1 | 431 | 1 | 476 | 52.4% |
| Current - no arrests | 65 | 65 | 0 | 0 | 0 | 0 | -- |
| Current – arrested | 135 | 135 | 0 | 0 | 0 | 0 | -- |
| **Total** | **3,573** | **322** | **14** | **683** | **3** | **2,551** | **78.5%** |

Table 20 shows discharge type by offense class, illustrating that the lowest rates of successful completion of probationers are found among Class C felons and aggravated misdemeanants. As has been seen previously, misdemeanants tend to complete probation successfully more often than felons, perhaps due to the generally shorter period of probation supervision they receive.  Note, however, that Class B felons and simple misdemeanants complete probation successfully at about the same rate, and that the overall higher rate of success of misdemeanants was due to the high rate of serious misdemeanants combined with their large numbers.  More detailed information on success rates by offense, offense class, and offense type will be found in the appendix.

In examining this table, remember that felons were more likely to remain under supervision during the end of the tracking period, so the rate of successful completion for felons may change as time passes.

**Table 20: Discharge Type, by Offense Class**

| | | | Discharge Type | | | | |
|---|---|---|---|---|---|---|---|
| **Offense Class** | **Total N** | **Not Disch.** | **Death** | **Nega-tive** | **Neu-tral** | **Posi-tive** | **% Positive** |
| B felony | 20 | 8 | 0 | 2 | 0 | 10 | 83.3% |
| C felony | 205 | 57 | 2 | 44 | 0 | 102 | 68.9% |
| D felony | 733 | 149 | 3 | 135 | 1 | 445 | 76.2% |
| **Felony Total** | **958** | **214** | **5** | **181** | **1** | **557** | **74.9%** |
| Out-of-State Misdemeanor | 1 | 0 | 0 | 0 | 1 | 0 | 0.0% |
| Aggravated Misdemeanor | 917 | 48 | 3 | 218 | 0 | 648 | 74.6% |
| Serious Misdemeanor | 1,560 | 59 | 6 | 262 | 1 | 1,232 | 82.1% |
| Simple Misdemeanor | 137 | 1 | 0 | 22 | 0 | 114 | 83.8% |
| **Misdemeanor Total** | **2615** | **108** | **9** | **502** | **2** | **1,994** | **79.5%** |
| **Total** | **3,573** | **322** | **14** | **683** | **3** | **2,551** | **78.5%** |

The next table shows that the highest rates of successful termination from probation were found among OWI offenders, about five out of every six of whom were discharged from probation successfully.  The lowest rates of success were found among (non-OWI) traffic offenders.[11]  Appendix I presents completion rates by offense, and shows that among offenses with more than ten probationers, success rates under 50% were found for domestic abuse assault with intent (40.9 percent), third offense drug possession (38.1 percent), first offense sex registry violations (37.5 percent), prostitution (36.4 percent), and burglary-2 (12.5 percent).

**Table 21: Discharge Type, by Offense Type**

| Offense Type | Total N | Not Disch. | Death | Negative | Neutral | Positive | % Positive |
|---|---|---|---|---|---|---|---|
| Drug | 828 | 93 | 1 | 176 | 0 | 558 | 75.9% |
| OWI | 1,111 | 50 | 5 | 132 | 2 | 922 | 86.9% |
| Property | 746 | 116 | 6 | 161 | 0 | 463 | 73.5% |
| Public Order | 107 | 8 | 0 | 25 | 0 | 74 | 74.7% |
| Sex | 56 | 14 | 0 | 11 | 0 | 31 | 73.8% |
| Traffic | 103 | 9 | 0 | 30 | 0 | 64 | 68.1% |
| Violent | 590 | 29 | 2 | 142 | 1 | 416 | 74.2% |
| Weapons | 32 | 3 | 0 | 6 | 0 | 23 | 79.3% |
| **Total** | **3,573** | **322** | **14** | **683** | **3** | **2,551** | **78.5%** |

Table 22 shows successful discharge rates by the type of sentence being served by probationers.  Note the wide range of success among the three major sentence types, as those receiving deferred judgments completed probation nearly 87 percent of the time, while those on "shock" probation were discharged successfully less than half the time.

**Table 22: Discharge Type, by Sentence Type**

| Sentence Type | Total N | Not Disch. | Death | Negative | Neutral | Positive | % Positive |
|---|---|---|---|---|---|---|---|
| Deferred Judgment | 1,265 | 81 | 5 | 150 | 0 | 1029 | 86.9% |
| Deferred Sentence | 5 | 1 | 0 | 0 | 0 | 4 | 100.0% |
| Extension of Probation | 3 | 0 | 0 | 0 | 0 | 3 | 100.0% |
| Original Sentence | 2,252 | 228 | 9 | 515 | 3 | 1497 | 74.0% |
| Reconsideration of Sentence | 47 | 12 | 0 | 18 | 0 | 17 | 48.6% |
| Re-sentence After Appeal | 1 | 0 | 0 | 0 | 0 | 1 | 100.0% |
| **Total** | **3,573** | **322** | **14** | **683** | **3** | **2551** | **78.5%** |

---

[11] Typical traffic offenses include Driving While Barred (habitual violator) and driving under revocation or suspension.

Finally, Table 23 presents probation outcomes by offense seriousness and judicial district. The table is broken out by offense seriousness because of the wide disparity among the districts in the percentage of misdemeanants and felons handled.

The table shows wide variation among the districts, with felony success rates ranging from 60.9 percent in the Eighth Judicial District to 95.2 percent in the Fourth. The Eighth District also shows the lowest rate of positive discharges for misdemeanants (59.7 percent), while the Third District shows the highest rate (93 percent). Note that, while misdemeanants tend to be discharged positively statewide, in two districts (the Fourth and Eighth) it is felons who are discharged successfully more often.

### Table 23: Discharge Type, by District and Offense Seriousness

|  | Judicial District | Total N | Not Disch. N | Not Disch. % | Death | Discharge Type Nega-tive | Discharge Type Neu-tral | Discharge Type Posi-tive | %Posi-tive |
|---|---|---|---|---|---|---|---|---|---|
| **Felony** | First Judicial District | 132 | 44 | 33.3% | 1 | 26 | 1 | 60 | 68.2% |
|  | Second Judicial District | 151 | 40 | 26.5% | 0 | 30 | 0 | 81 | 73.0% |
|  | Third Judicial District | 89 | 17 | 19.1% | 0 | 8 | 0 | 64 | 88.9% |
|  | Fourth Judicial District | 47 | 5 | 10.6% | 0 | 2 | 0 | 40 | 95.2% |
|  | Fifth Judicial District | 252 | 46 | 18.3% | 2 | 56 | 0 | 148 | 71.8% |
|  | Sixth Judicial District | 101 | 14 | 13.9% | 1 | 18 | 0 | 68 | 78.2% |
|  | Seventh Judicial District | 86 | 12 | 14.0% | 0 | 17 | 0 | 57 | 77.0% |
|  | Eighth Judicial District | 100 | 36 | 36.0% | 1 | 24 | 0 | 39 | 60.9% |
|  | **State Total** | **958** | **214** | **22.3%** | **5** | **181** | **1** | **557** | **74.9%** |
| **Misd** | First Judicial District | 362 | 21 | 5.8% | 1 | 85 | 0 | 255 | 74.8% |
|  | Second Judicial District | 306 | 11 | 3.6% | 0 | 43 | 1 | 251 | 85.1% |
|  | Third Judicial District | 326 | 28 | 8.6% | 1 | 20 | 0 | 277 | 93.0% |
|  | Fourth Judicial District | 71 | 3 | 4.2% | 0 | 16 | 1 | 51 | 75.0% |
|  | Fifth Judicial District | 923 | 22 | 2.4% | 5 | 219 | 0 | 677 | 75.1% |
|  | Sixth Judicial District | 503 | 21 | 4.2% | 1 | 81 | 0 | 400 | 83.0% |
|  | Seventh Judicial District | 56 | 1 | 1.8% | 1 | 11 | 0 | 43 | 78.2% |
|  | Eighth Judicial District | 68 | 1 | 1.5% | 0 | 27 | 0 | 40 | 59.7% |
|  | **State Total** | **2,615** | **108** | **4.1%** | **9** | **502** | **2** | **1,994** | **79.5%** |
| **Total** | First Judicial District | 494 | 65 | 13.2% | 2 | 111 | 1 | 315 | 73.4% |
|  | Second Judicial District | 457 | 51 | 11.2% | 0 | 73 | 1 | 332 | 81.8% |
|  | Third Judicial District | 415 | 45 | 10.8% | 1 | 28 | 0 | 341 | 92.2% |
|  | Fourth Judicial District | 118 | 8 | 6.8% | 0 | 18 | 1 | 91 | 82.7% |
|  | Fifth Judicial District | 1,175 | 68 | 5.8% | 7 | 275 | 0 | 825 | 74.5% |
|  | Sixth Judicial District | 604 | 35 | 5.8% | 2 | 99 | 0 | 468 | 82.2% |
|  | Seventh Judicial District | 142 | 13 | 9.2% | 1 | 28 | 0 | 100 | 77.5% |
|  | Eighth Judicial District | 168 | 37 | 22.0% | 1 | 51 | 0 | 79 | 60.3% |
|  | **State Total** | **3,573** | **322** | **9.0%** | **14** | **683** | **3** | **2,551** | **78.5%** |

## Recidivism

To offer the first taste of the recidivism data collected in prison and probation studies, Table 24 shows the rates of new arrests during the first year of tracking after either release from prison or release to probation.  The prison cohort in this case was released during FY2000 (the most recent cohort for which arrest data are available):

**Table 24: Rate of Any New Arrest During First Year After Release, By Offense Class**

| Lead Offense Class | Prison Releases | | | Probationers | | |
|---|---|---|---|---|---|---|
| | Total N | Arrested | % | Total N | Arrested | % |
| B Felony | 84 | 22 | 26.2% | 20 | 1 | 5.0% |
| Other Felony | 73 | 22 | 30.1% | 0 | 0 | -- |
| C Felony | 897 | 257 | 28.7% | 205 | 44 | 21.5% |
| D Felony | 1822 | 547 | 30.0% | 726 | 201 | 27.7% |
| **Total Felony** | **2,876** | **848** | **29.5%** | **951** | **246** | **25.9%** |
| Agg. Misd | 591 | 203 | 34.3% | 918 | 260 | 28.3% |
| Serious Misd. | 39 | 17 | 43.6% | 1,559 | 294 | 18.9% |
| Simple Misd. | 0 | 0 | -- | 137 | 22 | 16.1% |
| **Total Misd.** | 630 | 220 | 34.9% | 2,614 | 576 | 22.0% |
| **Total** | **3,510** | **1,068** | **30.4%** | **3,565** | **822** | **23.1%** |

In each offense class probationers exhibit lower rates of new arrests than the released prisoners, a fact that probably relates to the less extensive criminal history of the probationers.  Note, however, that among the prisoner cohort the misdemeanants exhibit a higher rate of re-arrest than felons, while the opposite is the case for the probationers.  A more complete presentation of data by offense class will be found later in the report.

A basic question pertaining to probation and community safety pertains to whether probationers are arrested at any point during their period of supervision.  Results on the current cohort are found in Table 25, which shows considerable variation in rates of new arrests during the probation period.  The table shows that 29.2 percent of the probationers had been arrested while on probation through the end of 2004, with 65 members still under supervision without yet having been arrested.  Rates of new arrest tended to be higher for felons than misdemeanants, although those on probation for aggravated misdemeanors also showed high rates of new arrest.  Class D felons were those most likely to have been re-arrested.

### Table 25: Arrests on Probation, by Offense Class

| Lead Offense Class | Total N | Probation Arrests? | | | % Arrested |
| | | No | Yes | Still Active[12] | |
|---|---|---|---|---|---|
| B felony | 20 | 13 | 7 | 0 | 35.0% |
| C felony | 205 | 140 | 62 | 3 | 30.2% |
| D felony | 733 | 444 | 282 | 7 | 38.5% |
| **Total Felony** | **958** | **597** | **351** | **10** | **36.6%** |
| Other misdemeanor | 1 | 1 | 0 | 0 | 0.0% |
| Agg. misdemeanor | 917 | 555 | 342 | 20 | 37.3% |
| Serious misdemeanor | 1,560 | 1,198 | 328 | 34 | 21.0% |
| Simple misdemeanor | 137 | 113 | 23 | 1 | 16.8% |
| **Total Misdemeanor** | **2,615** | **1,867** | **693** | **55** | **26.5%** |
| **Total** | **3,573** | **2,464** | **1,044** | **65** | **29.2%** |

Additional tables showing rates of re-arrest during the period of probation will be found in the appendix.

---

[12] Still active but no arrests prior to the end of the tracking period.  Eighty-seven active felons and 48 active misdemeanants had been arrested during the probation period.

**Basic Measures of Recidivism: New Arrests and Convictions**

The next two tables present an overview of the most basic measures of recidivism, new arrests and convictions.  Included in the conviction table are also rates of new imprisonment of probationers either in Iowa or out-of-state.  In both tables the independent variable is the type of lead offense for which cohort members were placed on probation, providing some responses on the question of whether offenders tend to become re-involved in the justice system for the same type of offenses.  Unlike other tables in this report, these tables do not establish a specific time period within which the arrest or conviction occur; arrests and convictions here may have occurred at any time within the (average 967-day) period during which the probationers were tracked.  Because the intent of the tables is primarily to show the relationships among offense types, the time limitations imposed on the other tables was judged not so important here.

Table 26 shows various rates of re-arrest for the probation cohort.  The range of rates for any new arrest is wide, from 19.6 percent for sex offenders to 55.3 percent for traffic offenders.  Above-average arrest rates were also found for six of the offense types, with only OWI and sex offenders showing below-average rates.  Overall, nearly 40 percent of the probationers were arrested during the tracking period.

**Table 26: Basic Measures of Recidivism: Arrest Rates**

| Offense Type | Total N | New Arrest Type | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Any | Fel-ony | Drug | OWI | Pro-perty | Pub. Order | Sex | Traf-fic | Vio-lent | Viol. Fel. | Wea-pon |
| Traffic | 103 | 55.3% | 25.2% | 19.4% | 8.7% | 7.8% | 9.7% | 1.0% | 31.1% | 19.4% | 2.9% | 2.9% |
| Weapons | 32 | 53.1% | 21.9% | 21.9% | 12.5% | 3.1% | 9.4% | 0.0% | 6.3% | 15.6% | 6.3% | 3.1% |
| Property | 744 | 48.4% | 22.2% | 14.9% | 7.3% | 21.6% | 13.4% | 0.7% | 6.7% | 14.9% | 3.8% | 1.9% |
| Violent | 590 | 43.2% | 17.1% | 12.4% | 8.6% | 10.2% | 10.3% | 0.7% | 5.4% | 21.0% | 5.1% | 2.7% |
| Pub.Order | 107 | 43.0% | 17.8% | 11.2% | 13.1% | 13.1% | 14.0% | 0.9% | 4.7% | 10.3% | 3.7% | 0.9% |
| Drug | 827 | 42.2% | 17.8% | 23.8% | 7.4% | 9.3% | 7.4% | 0.5% | 5.3% | 10.9% | 1.9% | 1.0% |
| OWI | 1,111 | 27.2% | 7.5% | 5.3% | 9.6% | 4.6% | 5.7% | 0.3% | 7.7% | 7.6% | 1.1% | 0.5% |
| Sex | 56 | 19.6% | 8.9% | 0.0% | 3.6% | 0.0% | 3.6% | 1.8% | 1.8% | 5.4% | 1.8% | 3.6% |
| **Total** | **3,570** | **39.1%** | **15.5%** | **13.4%** | **8.5%** | **10.4%** | **8.8%** | **0.5%** | **7.1%** | **12.5%** | **2.7%** | **1.4%** |

Note: Persons not at risk for recidivism deleted from totals.  These generally are persons deported shortly after conviction.

In the other categories it becomes evident that probationers have a tendency to be arrested for new offenses similar to those for which they were placed on probation. This is true for traffic offenders, property offenders, drug offenders, violent offenders generally, public order offenders, and sex offenders (although the rate is very low and is based on one new arrest). The primary exceptions to this tendency are found among weapons offenders, who were most often arrested for new drug arrests.

The reader might consider it odd that the overall rates of re-arrest for new violent crimes and felonies are higher than the rate for OWI.  One must remember, however, that there is a wide range of crimes (from simple assault to homicide) that fall within the definition of violent crimes.  The range of new felonies is even broader.  Note that those entering probation for

property crimes, weapons offenses, and public order crimes show high rates of new felonies, with OWI and sex offenders showing the lowest rates.

Table 27 is similar to the previous table, but shows rates of conviction for new offenses rather than re-arrest rates.

**Table 27: Basic Measures of Recidivism: Conviction Rates**

| Offense Type | Total N | New Conviction Type | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Any | Fel-ony | Drug | OWI | Pro-perty | Pub. Order | Traf-fic | Vio-lent | Viol. Fel. | Wea-pon | Sex |
| Traffic | 103 | 46.6% | 15.5% | 10.7% | 7.8% | 5.8% | 5.8% | 24.3% | 13.6% | 1.0% | 0.0% | 1.0% |
| Property | 744 | 42.6% | 14.9% | 11.2% | 5.5% | 18.8% | 11.6% | 4.4% | 10.3% | 1.7% | 0.5% | 0.7% |
| Weapons | 32 | 37.5% | 9.4% | 15.6% | 6.3% | 3.1% | 3.1% | 3.1% | 12.5% | 0.0% | 0.0% | 0.0% |
| Pub.Order | 107 | 36.4% | 12.1% | 10.3% | 10.3% | 9.3% | 15.0% | 3.7% | 7.5% | 2.8% | 0.0% | 0.9% |
| Violent | 590 | 36.4% | 9.2% | 8.6% | 6.6% | 8.3% | 8.1% | 3.7% | 15.9% | 2.5% | 0.8% | 0.5% |
| Drug | 827 | 35.7% | 10.9% | 18.6% | 5.9% | 7.5% | 5.9% | 3.4% | 6.5% | 0.7% | 0.5% | 0.1% |
| OWI | 1,111 | 22.2% | 3.8% | 4.1% | 7.7% | 3.4% | 4.6% | 5.7% | 4.9% | 0.3% | 0.2% | 0.1% |
| Sex | 56 | 12.5% | 7.1% | 0.0% | 1.8% | 0.0% | 1.8% | 0.0% | 5.4% | 1.8% | 1.8% | 1.8% |
| **Total** | **3,570** | **33.1%** | **9.3%** | **10.1%** | **6.6%** | **8.6%** | **7.2%** | **4.9%** | **8.6%** | **1.2%** | **0.4%** | **0.4%** |

First, note the comparison between total arrest and conviction rates. The drop from 39.1 percent arrested (in the previous table) to 33.1 percent convicted (in table 27) indicates that 84.5 percent of those charged with a new crime are ultimately convicted of some new offense. Similarly, the percentage of those charged with drug offenses or OWI who were eventually convicted of drug offenses or OWI is high (75.2 percent and 78.5 percent, respectively).[13] On the other hand, rates of conviction for similar offenses for those charged with new felonies against persons or weapons offenses are quite low (43.8 percent and 32.0 percent).

More generally, the table shows that about 1/3 of the probationers followed in this study were convicted of new crimes during the tracking period, with the largest percentage of new offenses being drug offenses or new property or violent crimes. Less than ten percent were convicted of new felonies, and the percentage convicted of new violent felonies, sex crimes, or weapons offenses was very low. Offenders placed on probation for traffic and property offenses were those most likely to be convicted of new offenses.

The link between original lead offense type and the type of new conviction crimes is strong, as was the case for arrests. Offenders placed on probation for drug, property, public order, traffic, violent, and sex offenses were most likely to be convicted of new crimes of the same type. Sex offenders were most likely to be convicted of new crimes against persons (5.4 percent, but only three arrests). Weapons offenders actually showed no new convictions for weapons offenses.

---

[13] Each of these percentages was derived by dividing the percentage arrested in Table 26 by the percentage convicted in Table 27.

Table 28 shows the rate of new imprisonments for the probation cohort. The table distinguishes among the various reasons for which offenders may enter, for there is considerable variation among the probation offense types in their likelihood and type of incarceration.

Property, public order, traffic, and sex offenders were those most likely to have been imprisoned during the tracking period, with the latter offenders exhibiting a high rate despite low overall rates of arrest and conviction seen in the previous tables.  Note that among the offense types showing the highest rates of incarceration, property, public order, and traffic offenders were likely to enter prison as the result of new offenses, while the sex offenders were more likely to be revoked to prison on technical violations.

Offenders placed on probation for OWI were by far those least likely to be imprisoned, probably due to a large percentage of these offenders being on probation for first offense OWI, a serious misdemeanor.  The number of cohort members imprisoned out-of-state during the tracking period was very small.

**Table 28: Imprisonment Rates**

| Offense Type | Total N | Type of Prison Entry[14] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | None | New Conv. | Out-state | Prior | Rev-Absc. | Rev-New | Rev-Tech. | Safe-keeper | Shock | Vio-lator |
| Property | 746 | 76.4% | 2.5% | 1.2% | 0.4% | 1.1% | 11.3% | 4.2% | 0.0% | 0.1% | 2.8% |
| Pub.Order | 107 | 77.6% | 3.7% | 0.9% | 0.0% | 0.0% | 11.2% | 6.5% | 0.0% | 0.0% | 0.0% |
| Traffic | 103 | 78.6% | 1.9% | 0.0% | 1.0% | 0.0% | 16.5% | 1.0% | 0.0% | 0.0% | 1.0% |
| Sex | 56 | 80.4% | 3.6% | 0.0% | 0.0% | 1.8% | 5.4% | 7.1% | 1.8% | 0.0% | 0.0% |
| Drug | 828 | 83.3% | 3.9% | 0.6% | 0.1% | 0.1% | 6.4% | 3.0% | 0.0% | 0.0% | 2.5% |
| Weapons | 32 | 84.4% | 0.0% | 0.0% | 0.0% | 0.0% | 9.4% | 6.3% | 0.0% | 0.0% | 0.0% |
| Violent | 590 | 85.8% | 2.4% | 0.5% | 0.2% | 0.2% | 7.6% | 2.0% | 0.0% | 0.3% | 1.0% |
| OWI | 1,111 | 94.7% | 1.4% | 0.4% | 0.0% | 0.0% | 3.1% | 0.4% | 0.0% | 0.0% | 0.1% |
| **Total** | **3,573** | **85.5%** | **2.5%** | **0.6%** | **0.2%** | **0.3%** | **7.0%** | **2.4%** | **0.0%** | **0.1%** | **1.4%** |

---

[14] New conv.= new conviction.  Out-state = out-of-state commitment. Prio r= committed to prison for an offense occurring before admission to probation. Rev-Absc. = revoked due to absconding, no new conviction.  Rev-New = Revoked due to conviction on new offense. Rev-Tech = revoked due to technical violations. Safekeepe r= returned to prison as a safekeeper (no new charges or convictions). Shock = Admitted to prison as part of shock probation.  Violator= admitted  to violator program with later return to probation.

Table 29 presents various measures of recidivism, by sex, during the tracking period of this study.  Generally, the table shows that men in the cohort show recidivism rates approximately twice as high as the women.  There are several measures where this difference is even greater, particularly when violent crimes or sex crimes are the criterion for recidivism.  At minimum the table suggests that when the men in the cohort were arrested they tended to be arrested for more serious and/or more violent offenses.  Note, however, that the ratio of male arrests to female arrests for drug crimes (1.6:1) is the same as for any new arrest (1.6:1).  The reader should be aware that the rates in Table 29 may be slightly higher than in the following table because it includes arrests and convictions during the entire tracking period, not just the first three years.

### Table 29: Recidivism Rates, by Sex

| Criterion | Males 2,758 | Females 812 | Ratio M:F |
|---|---|---|---|
| Any new arrest | 42.7% | 27.1% | 1.6 |
| Any new conviction | 36.0% | 23.0% | 1.6 |
| Any arrest vs. persons | 14.5% | 6.0% | 2.4 |
| Any conviction vs. persons | 10.2% | 3.4% | 2.9 |
| Any felony arrest | 17.1% | 9.9% | 1.7 |
| Any felony conviction | 10.4% | 5.7% | 1.8 |
| Felony arrest vs. persons | 3.2% | 1.1% | 2.8 |
| Felony conviction vs. persons | 1.5% | 0.2% | 6.2 |
| Any sex crime arrest | 0.7% | 0.1% | 5.3 |
| Any sex crime conviction | 0.5% | 0.0% | -- |
| Any drug arrest | 14.7% | 9.1% | 1.6 |
| Any drug conviction | 11.3% | 6.0% | 1.9 |
| Any OWI arrest | 9.8% | 4.1% | 2.4 |
| Any OWI conviction | 7.6% | 3.3% | 2.3 |
| Any weapon arrest | 1.7% | 0.5% | 3.4 |
| Any weapon conviction | 0.5% | 0.1% | 4.4 |
| Any prison commitment | 16.4% | 8.1% | 2.0 |

A more detailed comparison of the sexes is shown below, with rates shown for each of the first three years of tracking.  As a general trend, the table suggests that about half of the recidivism occurring during the first three years occurs during the first year.  The first year rate tends to be reduced by about half during the second year, and then again by half during the third.  This is consistent with previous Iowa prison recidivism research on prisoners.  The most noteworthy exception to this trend is found for new imprisonment, which is nearly as likely to occur during the second year after entering probation as during the first (and more likely for women, with 2.5 percent in the first year and an additional 3.0 percent in the second).

**Table 30: Recidivism Rates of Total Cohort, by Sex**

| | | Cumulative Rate | | |
|---|---|---|---|---|
| **Gender** | **Criterion** | **One Year** | **Two Years** | **Three Years** |
| **Females** | Any new arrest | 14.7% | 22.6% | 26.3% |
| **(N=812)** | New felony arrest | 5.2% | 7.8% | 9.6% |
| | Arrest for violent crime | 2.6% | 4.7% | 5.7% |
| | Arrest for violent felony | 0.5% | 1.0% | 1.1% |
| | New imprisonment | 2.5% | 5.5% | 7.1% |
| **Males** | Any new arrest | 25.6% | 38.2% | 42.3% |
| **(N=2,758)** | New felony arrest | 9.0% | 14.2% | 16.9% |
| | Arrest for violent crime | 7.2% | 11.8% | 13.9% |
| | Arrest for violent felony | 1.6% | 2.4% | 3.1% |
| | New imprisonment | 6.7% | 12.4% | 15.3% |
| **Total** | Any new arrest | 23.1% | 34.6% | 38.7% |
| **(N=3,570)** | New felony arrest | 8.2% | 12.7% | 15.3% |
| | Arrest for violent crime | 6.2% | 10.2% | 12.0% |
| | Arrest for violent felony | 1.3% | 2.1% | 2.6% |
| | New imprisonment | 5.7% | 10.9% | 13.4% |

Figure 4 breaks out the basic measures of recidivism in graph form by quarter over a three-year period.  The graph shows clearly that the criterion of "any new arrest" results in the highest rates of recidivism through the period, with rates of new felony arrests, new violent arrests, and new imprisonment ranging within about three percent of each other, while new violent felony arrests are very rare.  Note that, as has been mentioned above, most of the recidivism tends to occur early during the tracking period, with the slope of the lines tending to flatten as time passes.



Figure 4

**Recidivism Rates by Race**

The next series of tables examines recidivism rates by race.  One must be cautious in interpreting these tables due to two factors: small numbers of offenders in some racial groups and the failure of the tables to control for such things as criminal history.  Because of disparities in rates between felons and misdemeanants, however, these tables break out cohort members by the seriousness of the probation offense.

Table 31 shows that felons in the cohort tend to have slightly higher rates of re-arrest than misdemeanants and that three-year rates tend to be about 60 percent higher than the one-year rates for both felons and misdemeanants.  The highest three-year rates in the tables are found among Native American misdemeanants and African-American felons and misdemeanants.  Although the number of Native American misdemeanants is relatively low, their rate of new arrests far surpasses others and contrasts markedly with the rate for Native American felons.  Note that only among Native Americans and Asians is the three-year rate for misdemeanants higher than that for felons.  Note, as well, that while 23.1 percent of the cohort was arrested during the first year, only about an additional four percent were arrested in the third year.

**Table 31: Rate of Any New Arrest, by Race**

| Offense Level | Race | Total N | Cumulative Rate | | |
|---|---|---|---|---|---|
| | | | First Year | Second Year | Third Year |
| **Felony** | Native American | 6 | 16.7% | 16.7% | 16.7% |
| | Asian or Pacific Islander | 9 | 11.1% | 11.1% | 11.1% |
| | African-American | 109 | 28.4% | 43.1% | 52.3% |
| | Hispanic | 52 | 36.5% | 42.3% | 44.2% |
| | White | 779 | 25.2% | 36.1% | 41.1% |
| | **Total** | **955** | **26.0%** | **36.9%** | **42.1%** |
| **Misd.** | Native American | 21 | 38.1% | 66.7% | 71.4% |
| | Asian or Pacific Islander | 24 | 20.8% | 29.2% | 37.5% |
| | African-American | 263 | 38.8% | 54.0% | 57.0% |
| | Hispanic | 136 | 22.8% | 33.8% | 35.3% |
| | White | 2,171 | 19.9% | 31.1% | 34.9% |
| | **Total** | **2,615** | **22.1%** | **33.8%** | **37.4%** |
| **Total** | Native American | 27 | 33.3% | 55.6% | 59.3% |
| | Asian or Pacific Islander | 33 | 18.2% | 24.2% | 30.3% |
| | African-American | 372 | 35.8% | 50.8% | 55.6% |
| | Hispanic | 188 | 26.6% | 36.2% | 37.8% |
| | White | 2,950 | 21.3% | 32.4% | 36.5% |
| | **Total** | **3,570** | **23.1%** | **34.6%** | **38.7%** |

33

Table 32 presents data on the rate of new felony arrests by race and offense seriousness. Rates here are considerably below those in the previous table, but some of the trends in Table 31 are also present here.  Native American misdemeanants again show a high rate of re-offense in this table, although it is Hispanic felons who show the highest rate after three years.  As in the previous table, felons tend to show higher rates than misdemeanants, although this is not true for Native Americans, Asians, and African-Americans.  A higher percentage of the new felony arrests take place in the second and third years after entering probation than is true for arrests in general, as the three-year rate is nearly twice that of the one-year rate for both felons and misdemeanants.  The white felons and misdemeanants and the African-American felons are largely responsible for this phenomenon, as their arrests tend to be spread out more evenly through the period than the other groups.

**Table 32: Rate of New Felony Arrest, by Race**

| Offense Level | Race | Total N | Cumulative Rate | | |
|---|---|---|---|---|---|
| | | | First Year | Second Year | Third Year |
| **Felony** | Native American | 6 | 0.0% | 0.0% | 0.0% |
| | Asian or Pacific Islander | 9 | 0.0% | 0.0% | 0.0% |
| | African-American | 109 | 11.0% | 19.3% | 23.9% |
| | Hispanic | 52 | 28.8% | 28.8% | 28.8% |
| | White | 779 | 8.3% | 13.5% | 16.7% |
| | **Total** | **955** | **9.6%** | **14.8%** | **17.9%** |
| **Misd.** | Native American | 21 | 19.0% | 23.8% | 28.6% |
| | Asian or Pacific Islander | 24 | 8.3% | 12.5% | 12.5% |
| | African-American | 263 | 15.2% | 22.4% | 25.5% |
| | Hispanic | 136 | 13.2% | 18.4% | 20.6% |
| | White | 2,171 | 6.2% | 10.2% | 12.4% |
| | **Total** | **2,615** | **7.6%** | **12.0%** | **14.3%** |
| **Total** | Native American | 27 | 14.8% | 18.5% | 22.2% |
| | Asian or Pacific Islander | 33 | 6.1% | 9.1% | 9.1% |
| | African-American | 372 | 14.0% | 21.5% | 25.0% |
| | Hispanic | 188 | 17.6% | 21.3% | 22.9% |
| | White | 2,950 | 6.8% | 11.1% | 13.6% |
| | **Total** | **3,570** | **8.2%** | **12.7%** | **15.3%** |

34

Table 33 shows the rate of new violent arrests among the cohort.  In contrast to the previous tables, it is the misdemeanants in this table who exhibit the highest rate of new arrests after three years, with this being the case among every racial group.  The highest rates here are found for Native American and African-American misdemeanants, whose rates are twice those of whites and Hispanics.  Although three-year rates tend to be about twice those of the first year, overall only about two percent of the new violent arrests take place in the third year after assignment to probation.

**Table 33: Rate of New Violent Arrest, by Race**

| Offense Level | Race | Total N | Cumulative Rate | | |
|---|---|---|---|---|---|
| | | | First Year | Second Year | Third Year |
| **Felony** | Native American | 6 | 16.7% | 16.7% | 16.7% |
| | Asian or Pacific Islander | 9 | 0.0% | 0.0% | 0.0% |
| | African-American | 109 | 11.9% | 16.5% | 20.2% |
| | Hispanic | 52 | 5.8% | 9.6% | 9.6% |
| | White | 779 | 3.9% | 7.7% | 9.0% |
| | **Total** | **955** | **4.9%** | **8.8%** | **10.3%** |
| **Misd.** | Native American | 21 | 14.3% | 19.0% | 28.6% |
| | Asian or Pacific Islander | 24 | 4.2% | 12.5% | 20.8% |
| | African-American | 263 | 16.3% | 23.2% | 26.6% |
| | Hispanic | 136 | 8.1% | 12.5% | 13.2% |
| | White | 2,171 | 5.3% | 9.0% | 10.7% |
| | **Total** | **2,615** | **6.6%** | **10.7%** | **12.7%** |
| **Total** | Native American | 27 | 14.8% | 18.5% | 25.9% |
| | Asian or Pacific Islander | 33 | 3.0% | 9.1% | 15.2% |
| | African-American | 372 | 15.1% | 21.2% | 24.7% |
| | Hispanic | 188 | 7.4% | 11.7% | 12.2% |
| | White | 2,950 | 4.9% | 8.6% | 10.3% |
| | **Total** | **3,570** | **6.2%** | **10.2%** | **12.0%** |

Table 34 reinforces what has been seen before pertaining to new violent felony arrests: probationers tend to have very low rates of arrest for these types of crimes.  Perhaps surprisingly, it is the misdemeanants among the cohort that show the highest rates of new arrests for these crimes, with every racial group having more than six members showing a higher rate for misdemeanants.  Interestingly, while Native Americans have shown high rates of arrest in previous tables, here they show no new violent felony arrests either for felons or misdemeanants.

**Table 34: Rate of New Violent Felony Arrest, by Race**

| Offense Level | Race | Total N | Cumulative Rate | | |
|---|---|---|---|---|---|
| | | | First Year | Second Year | Third Year |
| **Felony** | Native American | 6 | 0.0% | 0.0% | 0.0% |
| | Asian or Pacific Islander | 9 | 0.0% | 0.0% | 0.0% |
| | African-American | 109 | 2.8% | 2.8% | 2.8% |
| | Hispanic | 52 | 0.0% | 1.9% | 1.9% |
| | White | 779 | 0.6% | 1.4% | 1.7% |
| | **Total** | **955** | **0.8%** | **1.6%** | **1.8%** |
| **Misd.** | Native American | 21 | 0.0% | 0.0% | 0.0% |
| | Asian or Pacific Islander | 24 | 0.0% | 4.2% | 4.2% |
| | African-American | 263 | 4.6% | 6.8% | 8.0% |
| | Hispanic | 136 | 1.5% | 3.7% | 3.7% |
| | White | 2,171 | 1.2% | 1.7% | 2.3% |
| | **Total** | **2,615** | **1.5%** | **2.3%** | **2.9%** |
| **Total** | Native American | 27 | 0.0% | 0.0% | 0.0% |
| | Asian or Pacific Islander | 33 | 0.0% | 3.0% | 3.0% |
| | African-American | 372 | 4.0% | 5.6% | 6.5% |
| | Hispanic | 188 | 1.1% | 3.2% | 3.2% |
| | White | 2,950 | 1.0% | 1.6% | 2.1% |
| | **Total** | **3,570** | **1.3%** | **2.1%** | **2.6%** |

The final table in this series presents the rate of new imprisonments for the probation cohorts. Although in previous tables we have sometimes seen higher rates of re-involvement in the justice system among the misdemeanants, it is the felons who here exhibit the highest rates of imprisonment. This is not surprising in the context of sentencing patterns in Iowa, as misdemeanants tend to be sent to prison rarely, and the misdemeanants in this cohort would be most likely to be sent to prison only upon conviction for a new offense, probably a felony. Among the felons, however, most probation revocations would automatically result in imprisonment, as those who had previously received suspended sentences would likely be sent to prison.

African-Americans tended to have the highest rates of imprisonment among the cohort, with the misdemeanant African-Americans showing nearly the rate of imprisonment as the white felons (and higher rates than Hispanics, Asians, and Native Americans). Note, too, among the African-Americans, that it is the second year after entering probation that exhibits the highest rate of new imprisonments, both for felons (17.4 percent) and misdemeanants (9.9 percent). As a result, their three-year rates are well over twice the rates after one year.

### Table 35: Rate of Any New Imprisonment, by Race

| Offense Level | Race | Total N | Cumulative Rate | | |
|---|---|---|---|---|---|
| | | | First Year | Second Year | Third Year |
| **Felony** | Native American | 6 | 16.7% | 16.7% | 16.7% |
| | Asian or Pacific Islander | 9 | 0.0% | 0.0% | 0.0% |
| | African-American | 109 | 13.8% | 31.2% | 33.9% |
| | Hispanic | 52 | 9.6% | 11.5% | 15.4% |
| | White | 779 | 11.3% | 19.5% | 23.6% |
| | **Total** | **955** | **11.4%** | **20.1%** | **24.0%** |
| **Misd.** | Native American | 21 | 0.0% | 14.3% | 14.3% |
| | Asian or Pacific Islander | 24 | 4.2% | 8.3% | 8.3% |
| | African-American | 263 | 7.2% | 17.1% | 23.2% |
| | Hispanic | 136 | 2.9% | 6.6% | 8.1% |
| | White | 2,171 | 3.3% | 6.3% | 7.9% |
| | **Total** | **2,615** | **3.6%** | **7.5%** | **9.5%** |
| **Total** | Native American | 27 | 3.7% | 14.8% | 14.8% |
| | Asian or Pacific Islander | 33 | 2.9% | 5.9% | 5.9% |
| | African-American | 372 | 9.1% | 21.2% | 26.3% |
| | Hispanic | 188 | 4.8% | 8.0% | 10.1% |
| | White | 2,950 | 5.4% | 9.8% | 12.1% |
| | **Total** | **3,570** | **5.7%** | **10.9%** | **13.4%** |

37

**Recidivism by Age**

The relationship between age and recidivism is an interesting one, with rates tending to drop as offenders age.  Previous assessments of prisoner recidivism in Iowa have suggested that offenders are tending to "burn out" at a later age than has previously been true, although rates for the youngest offenders have continued to be highest.[15]

The next series of tables provides data on probationer and prisoner recidivism, using the five standard definitions used throughout this report.  Unlike the previous section, rates for prison releases are also included here to help identify differences in the trend of recidivism as offenders age.[16]

Table 36 first shows that the rate of new arrests tends to be higher among prisoners within all three years.  By far the highest rate of new arrest was found for prisoners whose age at release fell between 16 and 20 (72.9 percent).  Among the prisoners, the rate of new arrests after three years gradually decreases from the 16-20 age group to the 50-54 age group before taking a precipitous drop.  The same sort of decreasing rate is seen among the probationers, although the largest drop occurs between the 40-44 age group and the 45-49 age group.  Also, the rate of decrease among the probationers is not nearly so steep as among the prisoners, as the former show a drop in rate of 10.7 percent between the youngest age group and 40-44, while the prisoner drop is 28.1 percent.

**Table 36: Rate of Any New Arrest, by Age**

| Age | Prisoners | | | | Probationers | | | |
|---|---|---|---|---|---|---|---|---|
| | Total N | Cumulative Rate | | | Total N | Cumulative Rate | | |
| | | First Year | Second Year | Third Year | | First Year | Second Year | Third Year |
| **16-20** | 129 | 47.3% | 67.4% | 72.9% | 758 | 28.2% | 42.5% | 47.9% |
| **21-24** | 524 | 37.4% | 59.0% | 65.8% | 737 | 21.6% | 33.2% | 36.1% |
| **25-29** | 671 | 33.2% | 55.6% | 63.2% | 506 | 25.5% | 35.4% | 39.1% |
| **30-34** | 598 | 32.4% | 53.2% | 59.9% | 402 | 23.6% | 35.6% | 39.8% |
| **35-39** | 690 | 30.1% | 49.0% | 55.2% | 465 | 23.4% | 35.5% | 39.8% |
| **40-44** | 460 | 22.2% | 40.9% | 44.8% | 339 | 20.6% | 31.9% | 37.2% |
| **45-49** | 241 | 22.0% | 37.3% | 42.3% | 204 | 15.7% | 23.5% | 26.0% |
| **50-54** | 111 | 21.6% | 32.4% | 38.7% | 92 | 12.0% | 16.3% | 19.6% |
| **55-59** | 42 | 2.4% | 4.8% | 14.3% | 40 | 15.0% | 27.5% | 27.5% |
| **60+** | 44 | 13.6% | 13.6% | 18.2% | 27 | 0.0% | 3.7% | 3.7% |
| **Total** | **3,510** | **30.4%** | **49.8%** | **56.0%** | **3,570** | **23.1%** | **34.6%** | **38.7%** |

---

[15] See, e.g., Stageberg, "Violent Offender Recidivism in Iowa," Iowa Department of Human Rights, Division of Criminal and Juvenile Justice Planning, 2004.
[16] Age of prisoners is age at release.  Age for probationers is age at entry to probation.

Another interesting feature of the table is that in the 55-59 age group probationers show a higher rate of new arrest than prisoners and, in fact, show a higher rate than the next two groups of younger probationers.

The next table presents the rate of new felony arrests. While the prisoner cohort shows higher rates of new felony arrest than the probationers, the latter exhibit a relatively consistent rate of new felonies from ages 16-20 to ages 40-44, followed by drops in the next two age groups. The largest drop among the prisoners, however, occurs between the 50-54 and 55-59 age groups, suggesting that the prisoners tend to "burn out" somewhat later when it comes to new felony arrests. While there were no new felony arrests for probationers aged 50 and older, the oldest group of prisoners actually showed a higher rate after three years (13.6 percent) than the next-younger group (4.8 percent). In fact, the oldest prisoners had about the same rate of new felony arrests after three years as probationers aged 21-24 (although this could be a function of low numbers of offenders in both of these categories).

**Table 37: Rate of New Felony Arrest, by Age**

| | Prisoners | | | | Probationers | | | |
|---|---|---|---|---|---|---|---|---|
| | | Cumulative Rate | | | | Cumulative Rate | | |
| Age | Total N | First Year | Second Year | Third Year | Total N | First Year | Second Year | Third Year |
| 16-20 | 129 | 20.9% | 34.9% | 43.4% | 758 | 9.1% | 14.8% | 18.5% |
| 21-24 | 524 | 19.3% | 31.9% | 38.7% | 737 | 8.3% | 11.5% | 13.7% |
| 25-29 | 671 | 14.8% | 27.1% | 33.4% | 506 | 10.3% | 13.6% | 15.0% |
| 30-34 | 598 | 17.4% | 30.8% | 36.8% | 402 | 8.5% | 15.2% | 17.2% |
| 35-39 | 690 | 13.3% | 23.3% | 28.7% | 465 | 8.2% | 13.8% | 15.9% |
| 40-44 | 460 | 10.9% | 19.8% | 23.0% | 339 | 8.0% | 13.9% | 17.1% |
| 45-49 | 241 | 9.5% | 17.8% | 20.7% | 204 | 3.9% | 6.9% | 10.3% |
| 50-54 | 111 | 9.9% | 14.4% | 18.9% | 92 | 2.2% | 3.3% | 6.5% |
| 55-59 | 42 | 0.0% | 2.4% | 4.8% | 40 | 0.0% | 0.0% | 0.0% |
| 60+ | 44 | 11.4% | 11.4% | 13.6% | 27 | 0.0% | 0.0% | 0.0% |
| **Total** | **3,510** | **14.6%** | **25.5%** | **30.9%** | **3,570** | **8.2%** | **12.7%** | **15.3%** |

Among the prisoners, it is evident that three-year rates for many of the groups are more than double the one-year rates. This is not nearly so common among the probationers. Thus, while the rate of new felony arrests among probationers after one year is more than half that of the prisoners, after three years this is no longer the case. While there was a third-year increase of 5.4 percent among the prisoners, the increase for probationers was only 2.6 percent.

In Table 38 it is evident that the rate of new violent arrests for prisoners drops substantially as offenders age, as the rate for those aged 35-39 after three years is slightly less than half that for those aged 16-20.  While rates among probationers tended to be much lower than those for prisoners, the drop in rates between ages 16-20 and 40-44 is much less substantial, and the latter group shows the same rate after three years as the 21-24 probationer group. Table 38 also shows that there was one group of probationers which actually showed higher rates through the tracking period than prisoners (55-59 age group in each of the three years, although low numbers of offenders in these groups compromise this finding).

**Table 38: Rate of New Violent Arrest, by Age**

| | Prisoners | | | | Probationers | | | |
|---|---|---|---|---|---|---|---|---|
| | | Cumulative Rate | | | | Cumulative Rate | | |
| Age | Total N | First Year | Second Year | Third Year | Total N | First Year | Second Year | Third Year |
| 16-20 | 129 | 17.8% | 34.1% | 35.7% | 758 | 7.7% | 12.7% | 14.5% |
| 21-24 | 524 | 12.0% | 22.3% | 27.7% | 737 | 5.7% | 9.6% | 11.8% |
| 25-29 | 671 | 14.0% | 25.3% | 30.0% | 506 | 7.1% | 11.9% | 13.0% |
| 30-34 | 598 | 10.7% | 19.4% | 22.6% | 402 | 6.7% | 10.4% | 12.4% |
| 35-39 | 690 | 7.7% | 15.5% | 17.7% | 465 | 5.4% | 9.7% | 11.6% |
| 40-44 | 460 | 6.3% | 12.8% | 14.6% | 339 | 5.9% | 9.4% | 11.8% |
| 45-49 | 241 | 2.9% | 7.9% | 11.2% | 204 | 3.4% | 5.9% | 7.8% |
| 50-54 | 111 | 3.6% | 7.2% | 9.0% | 92 | 3.3% | 3.3% | 4.3% |
| 55-59 | 42 | 0.0% | 2.4% | 7.1% | 40 | 5.0% | 7.5% | 7.5% |
| 60+ | 44 | 4.5% | 4.5% | 4.5% | 27 | 0.0% | 0.0% | 0.0% |
| **Total** | **3,510** | **9.7%** | **18.3%** | **21.6%** | **3,570** | **6.2%** | **10.2%** | **12.0%** |

Table 39 suggests significant differences between prisoners and probationers when it comes to arrests for new violent felonies.  While in previous tables it has been shown that probationers have been arrested about half as much as prisoners after three years, the ratio of new violent felony arrests for prisoners vs. probationers here is much higher.  This suggests that, in selecting candidates for probation, judges seriously consider the threat of new violence to the community.

This table is similar to a number of the others in showing a gradual drop in three-year rates among the prisoners as they become older, but little change among the probationers up to about age 44 (after which the probation rate drops to near-nothing).  Thus, if a probation officer were attempting to assess his or her clients' likelihood of new violent felonies, age would not be a very useful variable to consider.  On a parole caseload, however, age would be a much more important criterion to assess.

**Table 39: Rate of New Violent Felony Arrest, by Age**

| | Prisoners | | | | Probationers | | | |
| | | Cumulative Rate | | | | | Cumulative Rate | | |
| Age | Total N | First Year | Second Year | Third Year | Total N | First Year | Second Year | Third Year |
|---|---|---|---|---|---|---|---|---|
| 16-20 | 129 | 7.0% | 20.2% | 20.2% | 758 | 1.5% | 2.5% | 3.4% |
| 21-24 | 524 | 5.3% | 10.9% | 15.1% | 737 | 1.4% | 2.2% | 2.6% |
| 25-29 | 671 | 6.6% | 11.9% | 14.9% | 506 | 1.8% | 2.2% | 2.6% |
| 30-34 | 598 | 5.9% | 10.4% | 12.7% | 402 | 1.5% | 2.5% | 3.2% |
| 35-39 | 690 | 3.2% | 7.7% | 9.7% | 465 | 1.3% | 2.6% | 2.6% |
| 40-44 | 460 | 3.7% | 6.7% | 7.6% | 339 | 1.5% | 1.8% | 2.9% |
| 45-49 | 241 | 2.1% | 5.4% | 6.2% | 204 | 0.0% | 0.5% | 0.5% |
| 50-54 | 111 | 2.7% | 3.6% | 5.4% | 92 | 0.0% | 0.0% | 0.0% |
| 55-59 | 42 | 0.0% | 0.0% | 7.1% | 40 | 0.0% | 0.0% | 0.0% |
| 60+ | 44 | 2.3% | 2.3% | 2.3% | 27 | 0.0% | 0.0% | 0.0% |
| Total | 3,510 | 4.7% | 9.3% | 11.6% | 3,570 | 1.3% | 2.1% | 2.6% |

This is also seen in Table 40, which shows a high but generally decreasing percentage of prisoners re-incarcerated among the age groups.  Generally, the prisoners can be grouped into four categories when it comes to the likelihood of imprisonment: 16-20, 21-39, 40-54, and 55 and up.  With the probationers, however, the decrease as one ages is not so linear, as the 21-24 age group actually shows a lower rate after three years than all the other groups up to age 45.

This table is different from several of the other age-related tables in that rates after two years tend to be about double of what they were in the first year, both for prisoners and probationers.  Thus, not being imprisoned after one year on probation or after release from prison may not be a good indicator of imprisonment in the next two years.

**Table 40: Rate of Any New Imprisonment, by Age**

| Age | Prisoners | | | | Probationers | | | |
|---|---|---|---|---|---|---|---|---|
| | Total N | Cumulative Rate | | | Total N | Cumulative Rate | | |
| | | First Year | Second Year | Third Year | | First Year | Second Year | Third Year |
| **16-20** | 131 | 13.7% | 31.3% | 41.2% | 760 | 7.4% | 14.7% | 17.9% |
| **21-24** | 541 | 12.9% | 25.7% | 35.5% | 737 | 3.9% | 7.9% | 9.2% |
| **25-29** | 702 | 13.2% | 28.9% | 36.5% | 506 | 4.9% | 9.9% | 12.6% |
| **30-34** | 616 | 15.6% | 30.7% | 39.0% | 402 | 8.2% | 13.4% | 16.7% |
| **35-39** | 701 | 12.6% | 25.8% | 33.4% | 465 | 6.7% | 12.5% | 15.5% |
| **40-44** | 470 | 11.5% | 23.0% | 27.9% | 340 | 5.6% | 11.5% | 14.7% |
| **45-49** | 246 | 11.8% | 20.3% | 27.2% | 204 | 4.4% | 5.4% | 7.4% |
| **50-54** | 112 | 11.6% | 21.4% | 25.0% | 92 | 2.2% | 5.4% | 5.4% |
| **55-59** | 44 | 4.5% | 4.5% | 6.8% | 40 | 0.0% | 0.0% | 2.5% |
| **60+** | 44 | 4.5% | 6.8% | 9.1% | 27 | 0.0% | 3.7% | 3.7% |
| **Total** | **3,607** | **12.9%** | **26.1%** | **33.5%** | **3,573** | **5.7%** | **10.9%** | **13.4%** |

**Prisoner and Probationer Recidivism Rates by Offense Class**

The next table begins a series of similar tables comparing prisoner and probationer recidivism. The first group of five tables presents data on recidivism broken out by the class of the most serious offense resulting in prison or probation. This type of presentation was chosen to enable a comparison between two groups of offenders having substantial differences in some characteristics that can be reduced by, for example, breaking out the groups by offense class and/or type.

Table 41 shows the rate of any new arrest for probationers and former prisoners over a three-year period. Overall, the prisoners showed a much higher rate of re-arrest after three years (56.0 percent to 38.7 percent). Note, however, that while felony probationers showed higher rates of re-arrest than misdemeanant probationers, this was not the case for the prison releases. The explanation of this probably lies in differences in criminal history among the misdemeanants, as while misdemeanant probationers may be true "first offenders," misdemeanants sent to prison probably have extensive criminal histories or were sent to prison for multiple misdemeanor convictions. That said, the highest rate of new arrest for probationers was found for those convicted of aggravated misdemeanors. Even these probationers, however, showed a rate about 20 percent less than their prison counterparts after three years.

**Table 41: Rate of Any New Arrest, Prisoners and Probationers, by Offense Class**

| Lead Offense Class | Prisoners | | | | Probationers | | | |
|---|---|---|---|---|---|---|---|---|
| | Total N | Cumulative Rate | | | Total N | Cumulative Rate | | |
| | | One Year | Two Years | Three Years | | One Year | Two Years | Three Years |
| B felony | 84 | 26.2% | 51.2% | 57.1% | 20 | 5.0% | 40.0% | 45.0% |
| O felony | 73 | 30.1% | 56.2% | 60.3% | 0 | -- | -- | -- |
| C felony | 897 | 28.7% | 47.0% | 54.1% | 205 | 21.5% | 29.3% | 35.6% |
| D felony | 1,822 | 30.0% | 48.6% | 55.1% | 730 | 27.8% | 38.9% | 43.8% |
| **All Felonies** | **2,876** | **29.5%** | **48.4%** | **55.0%** | **955** | **26.0%** | **36.9%** | **42.1%** |
| Agg. Misd. | 591 | 34.3% | 56.0% | 60.9% | 917 | 28.4% | 42.6% | 46.6% |
| Serious Misd. | 39 | 43.6% | 64.1% | 64.1% | 1,560 | 18.9% | 29.2% | 32.7% |
| Simple Misd. | 0 | -- | -- | -- | 137 | 16.1% | 28.5% | 30.7% |
| **All Misd.** | **630** | **34.9%** | **56.5%** | **61.1%** | **2,614** | **22.1%** | **33.9%** | **37.5%** |
| **Total** | **3,510** | **30.4%** | **49.8%** | **56.0%** | **3,570** | **23.1%** | **34.6%** | **38.7%** |

Total rates are shown by quarter in Figure 5. Note that only in the first quarter after release from prison or entry to probation is the probationer rate higher than the prisoner rate. Both trend lines, however, tend to flatten as time passes, reinforcing the pattern of decreasing recidivism over time that's been seen elsewhere in this report.



Figure 5

Table 42 shows the rate of new *felony* arrests among the release populations.  This table shows even more disparity between prisoners and probationers than the previous table although some of the relationships in this table are similar.  First, note that the rate of new felony arrests was highest for Class B felons in both the prisoner cohort and the probation cohort.  Further, a comparison of tables 41 and 42 shows that the rate of new felony arrests tends to be about half that for any new arrest (30.9 percent vs. 56.0 percent for prisoners and 15.3 percent vs. 38.7 percent for probationers).  Also, misdemeanant prison releases show slightly higher rates of new felony arrest than released felons, while the opposite is true for probationers (although aggravated misdemeanants show the second-highest rate among probationers).  Note, too, that while more than half the new arrests of prisoners in Table 41 occurred during the first year, this is not the case for the prisoners in Table 42.  Even among probationers a higher percentage of the new felony arrests occurred in later years.

**Table 42: Rate of New Felony Arrest, Prisoners and Probationers, by Offense Class**

| Lead Offense Class | Prisoners | | | | Probationers | | | |
|---|---|---|---|---|---|---|---|---|
| | Total N | Cumulative Rate | | | Total N | Cumulative Rate | | |
| | | One Year | Two Years | Three Years | | One Year | Two Years | Three Years |
| B felony | 84 | 11.9% | 32.1% | 38.1% | 20 | 0.0% | 25.0% | 25.0% |
| O felony | 73 | 13.7% | 26.0% | 30.1% | 0 | -- | -- | -- |
| C felony | 897 | 15.2% | 23.2% | 29.4% | 205 | 10.2% | 13.2% | 17.1% |
| D felony | 1,823 | 13.6% | 25.0% | 30.6% | 730 | 9.7% | 14.9% | 17.9% |
| **All Felonies** | **2,877** | **14.0%** | **24.6%** | **30.4%** | **955** | **9.6%** | **14.8%** | **17.9%** |
| Agg. Misd. | 591 | 16.8% | 29.1% | 33.3% | 917 | 11.6% | 18.4% | 22.0% |
| Serious Misd. | 39 | 23.1% | 35.9% | 35.9% | 1,560 | 5.4% | 8.5% | 10.1% |
| Simple Misd. | 0 | -- | -- | -- | 137 | 6.6% | 9.5% | 10.9% |
| **All Misd.** | **630** | **17.1%** | **29.5%** | **33.5%** | **2,614** | **7.6%** | **12.0%** | **14.3%** |
| **Total** | **3,511** | **14.6%** | **25.5%** | **30.9%** | **3,570** | **8.2%** | **12.7%** | **15.3%** |

As above, total rates are shown graphically in Figure 6.  While in the previous figure it appeared that prisoner rates tended to be about 50% higher than probationer rates, here they are about 67% higher, with the misdemeanant prisoners showing a rate more than twice that of misdemeanant probationers.