# EXHIBIT 13



**TRAFFIC SAFETY FACTS**
Research Note

www.nhtsa.gov

DOT HS 811 654                                             August 2012

# Prevalence of High BAC in Alcohol-Impaired-Driving Fatal Crashes

## Notable Findings

- For 70 percent of alcohol-impaired-driving fatalities, at least one driver in the crash had a BAC of .15 grams per deciliter or higher.

- The most frequently recorded BAC among all drinking drivers in fatal crashes in 2010 was .18 g/dL, more than twice the legal limit in every State.[1]

- One alcohol-impaired-driving fatality occurred, on average, every 51 minutes during 2010.[1]

- The age group with the highest percentage of drivers with BACs of .08 or higher was 21 to 24 years old.

- When looking at drivers by the type of vehicle, motorcycle riders had the highest percentage of alcohol-impaired drivers involved in fatal crashes.

- The rate of alcohol impairment among drivers in fatal crashes in 2010 was four times higher at night than during the day.[1]

- Sixteen percent of drivers involved in fatal crashes during the week were alcohol-impaired, compared to 31 percent on weekends.[1]

- Drivers with BACs of .08 or higher involved in fatal crashes were four times more likely to have prior DWI (driving while impaired) convictions than were drivers with no alcohol.[1]

## Fatalities in Alcohol-Impaired-Driving Crashes

Traffic fatalities in alcohol-impaired-driving crashes, defined as those in which at least one driver had a BAC of .08 or higher (see Appendix A), decreased by 4.9 percent, from 10,759 in 2009 to 10,228 in 2010. These alcohol-impaired-driving fatalities accounted for 31 percent of the total motor vehicle traffic fatalities in the United States. The alcohol-impaired-driving fatality rate per 100 million vehicle miles traveled (VMT) decreased to 0.34 in 2010, from 0.36 in 2009. In 2010, all 50 States, the District of Columbia, and Puerto Rico had laws making it illegal per se to drive with a BAC of .08 or higher. Of the 10,228 people who died in 2010 in alcohol-impaired-driving crashes, 6,627 (65%) were *drivers* with BACs of .08 or higher. The remaining fatalities consisted of 1,721 (17%) passengers riding with the alcohol-impaired drivers, 1,151 (11%) occupants (drivers and passengers) in other vehicles, and 729 (7%) non-occupants.

While the number of alcohol-impaired-driving fatalities decreased in recent years, mirroring the reduction of all traffic fatalities, the percentage of those fatalities that occurred in alcohol-impaired-driving crashes remained essentially consistent (Table 1). The last column in the table focuses on the portion of all alcohol-impaired driving fatalities (10,228 in 2010) in which a driver's BAC was at or above .15 g/dL (7,145 in 2010). When looking specifically at fatalities in alcohol-impaired-driving crashes, the percentage of those at or above .15 g/dL rose slightly over the past few years, from 67 percent in 2006 to 70 percent (7,145/10,228) in 2010. Figure 1 shows this graphically for 2010. Note that the number of fatalities in alcohol-impaired crashes is the total of those in crashes in which the highest driver BACs were between .08 and .14 and those in which the drivers' BACs were .15 or higher.

While the focus of NHTSA's alcohol-impaired driving program is on all drivers with BACs of .08 or higher, this document highlights the prevalence of those in that group with BACs at or above .15. Drivers with BACs of .15 or above are a subset of all alcohol-impaired drivers, all those with BACs of .08 or above.

Table 1
**Fatalities in Traffic Crashes by Year and Highest Driver BAC**

| Year | All Fatalities* Number | BAC=.00 Number | BAC=.00 % of All Fatalities | BAC=.01–.07 Number | BAC=.01–.07 % of All Fatalities | Fatalities in Alcohol-Impaired-Driving Crashes (BAC=.08+) Total Number | Total % of All Fatalities | BAC=.08–.14 Number | BAC=.08–.14 % of All Fatalities | BAC=.08–.14 % of Alc Imp Fatalities | BAC=.15+ Number | BAC=.15+ % of All Fatalities | BAC=.15+ % of Alc Imp Fatalities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | 42,708 | 26,633 | 62% | 2,479 | 6% | 13,491 | 32% | 4,514 | 11% | 33% | 8,977 | 21% | 67% |
| 2007 | 41,259 | 25,611 | 62% | 2,494 | 6% | 13,041 | 32% | 4,273 | 10% | 33% | 8,768 | 21% | 67% |
| 2008 | 37,423 | 23,499 | 63% | 2,115 | 6% | 11,711 | 31% | 3,703 | 10% | 32% | 8,008 | 21% | 68% |
| 2009 | 33,883 | 21,051 | 62% | 1,972 | 6% | 10,759 | 32% | 3,506 | 10% | 33% | 7,253 | 21% | 67% |
| 2010 | 32,885 | 20,838 | 63% | 1,720 | 5% | 10,228 | 31% | 3,083 | 9% | 30% | 7,145 | 22% | 70% |

Source: FARS 2006-2009 Final File & 2010 Annual Report (ARF) File
*Includes fatalities in crashes in which there was no driver present.

Figure 1
**Fatalities in Alcohol-Impaired-Driving Crashes by Highest Driver BAC Group, 2010**



BAC=.15+ 7,145 (70%)
BAC=.08-.14 3,083 (30%)

Source: FARS 2010 ARF

## Drivers Involved in Alcohol-Impaired-Driving Crashes

The percentage of drivers involved in fatal crashes who are alcohol-impaired varied substantially by age and sex. Table 2 shows the percentage of drivers at all alcohol levels by age group for 2010. Drivers 21 to 24 had the highest percent of alcohol impairment, 34% of those involved in fatal crashes. Those 25 to 34 had the next highest percentage, at 30%. Limiting to drivers who were alcohol-impaired, the percent of those who were at .15 and above was highest, at 75% (1,377 of 1,845), for drivers 35 to 44, followed by those 45 to 54, at 71%. The percent of drivers in fatal crashes who were alcohol impaired increased with age where it peaked at 21 to 24, then decreased. However, looking at the percentage of alcohol-impaired drivers in fatal crashes at or above

Table 2
**Drivers Involved in Fatal Crashes by Age and Driver BAC, 2010**

| Age | All Drivers Number | BAC=.00 Number | BAC=.00 % of All Drivers | BAC=.01–.07 Number | BAC=.01–.07 % of All Drivers | Alcohol-Impaired Drivers (BAC=.08+) Total Number | Total % of All Drivers | BAC=.08–.14 Number | BAC=.08–.14 % of All Drivers | BAC=.08–.14 % of Alc Imp Drivers | BAC=.15+ Number | BAC=.15+ % of All Drivers | BAC=.15+ % of Alc Imp Drivers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| <16 | 160 | 146 | 91% | 2 | 1% | 12 | 8% | 6 | 3% | 46% | 7 | 4% | 54% |
| 16-20 | 4,487 | 3,473 | 77% | 187 | 4% | 827 | 18% | 336 | 7% | 41% | 491 | 11% | 59% |
| 21-24 | 4,585 | 2,766 | 60% | 275 | 6% | 1,545 | 34% | 521 | 11% | 34% | 1,024 | 22% | 66% |
| 25-34 | 8,540 | 5,544 | 65% | 431 | 5% | 2,566 | 30% | 779 | 9% | 30% | 1,787 | 21% | 70% |
| 35-44 | 7,313 | 5,201 | 71% | 268 | 4% | 1,845 | 25% | 468 | 6% | 25% | 1,377 | 19% | 75% |
| 45-54 | 7,490 | 5,644 | 75% | 254 | 3% | 1,592 | 21% | 463 | 6% | 29% | 1,129 | 15% | 71% |
| 55-64 | 5,554 | 4,614 | 83% | 171 | 3% | 769 | 14% | 252 | 5% | 33% | 518 | 9% | 67% |
| 65-74 | 2,894 | 2,605 | 90% | 59 | 2% | 230 | 8% | 78 | 3% | 34% | 152 | 5% | 66% |
| 75+ | 2,666 | 2,490 | 93% | 46 | 2% | 130 | 5% | 52 | 2% | 40% | 78 | 3% | 60% |
| **Total** | **44,440** | **33,008** | **74%** | **1,739** | **4%** | **9,694** | **22%** | **3,042** | **7%** | **31%** | **6,652** | **15%** | **69%** |

Source: FARS ARF 2010
Totals include drivers of unknown age.

BACs of .15, the percentage increased until peaking at 35 to 44, then decreased.

Table 3 separates the drivers by both age group and sex. Overall, about three-fourths of all drivers involved in fatal crashes were male, which increased to 80 percent or more for each of the alcohol groups (other than BAC=.00). While for each gender, the highest percentage of alcohol-impaired drivers (BAC at or above .08) was for the 21 to 24 age group, the percentage of alcohol-impaired female drivers in that age group (24%) was substantially lower than for males (37%). Similarly, male drivers in this age group had BACs of .15 or higher 25 percent of the time, while females 21 to 24 had BACs of .15 or higher 16 percent of the time. However, focusing only on drivers in fatal crashes who were impaired (those with BACs of .08 or higher), the portion of males who had BACs of .15 or higher was essentially equal to that of females in each age group. For example, looking at 21 to 24, there were 1,253 males with BACs of at least .08; of these, 832 (66%) had BAC of .15 or higher.

For females, 191 drivers had BACs of at least .15, of the 292 with BACs of at least .08, or 65 percent. The *numbers* for females were considerably lower, but the *percentage* of those at the higher BACs, of those who were alcohol impaired, were very similar.

Level of alcohol impairment also varied by the type of vehicle a person was driving. Motorcycle riders had the highest percentage (28%) of alcohol-impaired drivers (BAC of .08 or higher) in 2010, followed by pickup truck drivers at 25 percent (see Table 4). When looking only at those with BACs at or above .15, pickup truck drivers were slightly higher (18%) than motorcycle riders (17%), followed closely by passenger car and utility vehicle drivers, each at 16 percent. However, looking at the portion of the alcohol impaired drivers who had BACs of at least .15, the percentage of motorcycle riders (62%) was *lower* than any of the passenger vehicle driver groups (passenger cars and light trucks) by quite a bit. Drivers of buses and large trucks had the lowest occurrence of alcohol impairment at all levels.

Table 3
**Drivers Involved in Fatal Crashes by Sex, Age, and Driver BAC, 2010**

| Sex by Age | | All Drivers Number | BAC=.00 Number | BAC=.00 % of All Drivers | BAC=.01–.07 Number | BAC=.01–.07 % of All Drivers | Alcohol-Impaired Drivers (BAC=.08+) Total Number | Total % of All Drivers | BAC=.08–.14 Number | BAC=.08–.14 % of All Drivers | BAC=.08–.14 % of Alc Imp Drivers | BAC=.15+ Number | BAC=.15+ % of All Drivers | BAC=.15+ % of Alc Imp Drivers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Male | <16 | 113 | 101 | 89% | 2 | 2% | 10 | 9% | 5 | 4% | 45% | 5 | 5% | 55% |
| | 16-20 | 3,118 | 2,344 | 75% | 146 | 5% | 628 | 20% | 256 | 8% | 41% | 372 | 12% | 59% |
| | 21-24 | 3,362 | 1,882 | 56% | 227 | 7% | 1,253 | 37% | 421 | 13% | 34% | 832 | 25% | 66% |
| | 25-34 | 6,253 | 3,808 | 61% | 357 | 6% | 2,088 | 33% | 628 | 10% | 30% | 1,460 | 23% | 70% |
| | 35-44 | 5,378 | 3,669 | 68% | 210 | 4% | 1,499 | 28% | 372 | 7% | 25% | 1,127 | 21% | 75% |
| | 45-54 | 5,640 | 4,119 | 73% | 216 | 4% | 1,305 | 23% | 376 | 7% | 29% | 929 | 16% | 71% |
| | 55-64 | 4,182 | 3,387 | 81% | 146 | 3% | 648 | 16% | 210 | 5% | 32% | 438 | 10% | 68% |
| | 65-74 | 2,100 | 1,861 | 89% | 51 | 2% | 188 | 9% | 65 | 3% | 34% | 124 | 6% | 66% |
| | 75+ | 1,746 | 1,623 | 93% | 35 | 2% | 87 | 5% | 35 | 2% | 40% | 52 | 3% | 60% |
| | Total | 31,965 | 22,851 | 71% | 1,393 | 4% | 7,721 | 24% | 2,374 | 7% | 31% | 5,347 | 17% | 69% |
| Female | <16 | 47 | 45 | 96% | 0 | 0% | 2 | 4% | 1 | 2% | 48% | 1 | 2% | 52% |
| | 16-20 | 1,368 | 1,128 | 82% | 41 | 3% | 199 | 15% | 79 | 6% | 40% | 120 | 9% | 60% |
| | 21-24 | 1,223 | 883 | 72% | 48 | 4% | 292 | 24% | 100 | 8% | 34% | 191 | 16% | 66% |
| | 25-34 | 2,286 | 1,735 | 76% | 74 | 3% | 477 | 21% | 151 | 7% | 32% | 327 | 14% | 68% |
| | 35-44 | 1,934 | 1,532 | 79% | 58 | 3% | 345 | 18% | 96 | 5% | 28% | 249 | 13% | 72% |
| | 45-54 | 1,850 | 1,526 | 82% | 38 | 2% | 287 | 15% | 87 | 5% | 30% | 200 | 11% | 70% |
| | 55-64 | 1,372 | 1,226 | 89% | 25 | 2% | 121 | 9% | 41 | 3% | 34% | 80 | 6% | 66% |
| | 65-74 | 794 | 744 | 94% | 8 | 1% | 42 | 5% | 14 | 2% | 32% | 28 | 4% | 68% |
| | 75+ | 920 | 867 | 94% | 11 | 1% | 42 | 5% | 16 | 2% | 39% | 26 | 3% | 61% |
| | Total | 11,811 | 9,697 | 82% | 303 | 3% | 1,810 | 15% | 587 | 5% | 32% | 1,223 | 10% | 68% |

Source: FARS 2010 ARF
Totals include drivers of unknown age.

Table 4
**Drivers Involved in Fatal Crashes by Vehicle Type and Driver BAC, 2010**

|  | All Drivers | BAC=.00 | | BAC=.01–.07 | | Alcohol-Impaired Drivers (BAC=.08+) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Total | | BAC=.08–.14 | | | BAC=.15+ | | |
| Vehicle Type | Number | Number | % of All Drivers | Number | % of All Drivers | Number | % of All Drivers | Number | % of All Drivers | % of Alc Imp Drivers | Number | % of All Drivers | % of Alc Imp Drivers |
| Passenger Car | 17,623 | 12,917 | 73% | 625 | 4% | 4,082 | 23% | 1,266 | 7% | 31% | 2,815 | 16% | 69% |
| Light Truck–All | 17,322 | 12,814 | 74% | 613 | 4% | 3,895 | 22% | 1,115 | 6% | 29% | 2,780 | 16% | 71% |
| –Light Truck: Pickup | 8,171 | 5,786 | 71% | 310 | 4% | 2,075 | 25% | 583 | 7% | 28% | 1,493 | 18% | 72% |
| –Light Truck: Utility | 6,736 | 4,970 | 74% | 240 | 4% | 1,527 | 23% | 439 | 7% | 29% | 1,088 | 16% | 71% |
| –Light Truck: Van | 2,393 | 2,038 | 85% | 63 | 3% | 292 | 12% | 94 | 4% | 32% | 198 | 8% | 68% |
| –Light Truck: Other | 22 | 21 | 95% | 0 | 0% | 1 | 5% | 0 | 0% | 8% | 1 | 5% | 92% |
| Large Truck | 3,446 | 3,344 | 97% | 42 | 1% | 61 | 2% | 25 | 1% | 41% | 36 | 1% | 59% |
| Motorcycle | 4,629 | 2,962 | 64% | 382 | 8% | 1,285 | 28% | 483 | 10% | 38% | 802 | 17% | 62% |
| Bus | 248 | 239 | 96% | 3 | 1% | 7 | 3% | 4 | 2% | 58% | 3 | 1% | 42% |
| Other/Unknown Vehicle | 1,172 | 732 | 62% | 75 | 6% | 365 | 31% | 149 | 13% | 41% | 216 | 18% | 59% |
| **Total** | **44,440** | **33,008** | **74%** | **1,739** | **4%** | **9,694** | **22%** | **3,042** | **7%** | **31%** | **6,652** | **15%** | **69%** |

Source: FARS 2010 ARF

## State Breakdown of Fatalities by BAC

Table 5 presents the number of fatalities by BAC for each State, the District of Columbia, and Puerto Rico. The percentage of fatalities with a driver's BAC at or above .08, in 2010, ranged from a low of 19 percent to a high of 44 percent. The range for those at BACs of at least .15 was from 12 to 38 percent. In general, these two measures went together. States that were high on one were generally high on both, while those with a low percentage in one group tended to have a low percentage in the other. When looking only at those crashes with drivers who were alcohol-impaired, having BACs of at least .08 or higher, the percentage of those having BACs of .15 or higher ranged from 50 to 85 percent. In addition, there was little association with this percentage and the percentage of drivers at either .08 or .15 BAC and above.

Table 5
**Fatalities in Traffic Crashes by State and Highest Driver BAC, 2010**

| State | All Fatalities* Number | BAC=.00 Number | % of All Fatalities | BAC=.01–.07 Number | % of All Fatalities | Fatalities in Alcohol-Impaired-Driving Crashes (BAC=.08+) Total Number | % of All Fatalities | BAC=.08–.14 Number | % of All Fatalities | % of Alc Imp Fatalities | BAC=.15+ Number | % of All Fatalities | % of Alc Imp Fatalities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 862 | 548 | 64% | 35 | 4% | 279 | 32% | 91 | 11% | 33% | 187 | 22% | 67% |
| Alaska | 56 | 39 | 69% | 1 | 3% | 16 | 28% | 5 | 8% | 30% | 11 | 20% | 70% |
| Arizona | 762 | 505 | 66% | 38 | 5% | 194 | 25% | 61 | 8% | 32% | 132 | 17% | 68% |
| Arkansas | 563 | 365 | 65% | 23 | 4% | 173 | 31% | 56 | 10% | 33% | 117 | 21% | 67% |
| California | 2,715 | 1,787 | 66% | 133 | 5% | 791 | 29% | 244 | 9% | 31% | 547 | 20% | 69% |
| Colorado | 448 | 306 | 68% | 15 | 3% | 127 | 28% | 37 | 8% | 29% | 90 | 20% | 71% |
| Connecticut | 319 | 180 | 56% | 16 | 5% | 121 | 38% | 39 | 12% | 32% | 82 | 26% | 68% |
| Delaware | 101 | 58 | 58% | 7 | 7% | 36 | 36% | 10 | 10% | 29% | 26 | 26% | 71% |
| Dist of Columbia | 24 | 16 | 65% | 4 | 15% | 5 | 20% | 1 | 5% | 22% | 4 | 16% | 78% |
| Florida | 2,445 | 1,686 | 69% | 91 | 4% | 660 | 27% | 225 | 9% | 34% | 435 | 18% | 66% |
| Georgia | 1,244 | 894 | 72% | 48 | 4% | 298 | 24% | 93 | 7% | 31% | 205 | 16% | 69% |
| Hawaii | 113 | 64 | 57% | 6 | 5% | 42 | 37% | 14 | 13% | 34% | 28 | 25% | 66% |
| Idaho | 209 | 127 | 61% | 11 | 5% | 71 | 34% | 14 | 7% | 20% | 57 | 27% | 80% |
| Illinois | 927 | 559 | 60% | 69 | 7% | 298 | 32% | 79 | 9% | 27% | 218 | 24% | 73% |
| Indiana | 754 | 533 | 71% | 25 | 3% | 195 | 26% | 57 | 8% | 29% | 138 | 18% | 71% |
| Iowa | 390 | 286 | 73% | 13 | 3% | 90 | 23% | 31 | 8% | 34% | 59 | 15% | 66% |
| Kansas | 431 | 239 | 55% | 25 | 6% | 168 | 39% | 58 | 13% | 34% | 110 | 26% | 66% |
| Kentucky | 760 | 549 | 72% | 39 | 5% | 171 | 23% | 63 | 8% | 37% | 108 | 14% | 63% |
| Louisiana | 710 | 429 | 60% | 55 | 8% | 225 | 32% | 88 | 12% | 39% | 137 | 19% | 61% |
| Maine | 161 | 113 | 70% | 10 | 6% | 38 | 23% | 18 | 11% | 49% | 19 | 12% | 51% |
| Maryland | 493 | 303 | 62% | 34 | 7% | 154 | 31% | 50 | 10% | 32% | 104 | 21% | 68% |
| Massachusetts | 314 | 172 | 55% | 26 | 8% | 115 | 36% | 36 | 12% | 32% | 78 | 25% | 68% |
| Michigan | 942 | 653 | 69% | 55 | 6% | 230 | 24% | 62 | 7% | 27% | 168 | 18% | 73% |
| Minnesota | 411 | 276 | 67% | 8 | 2% | 127 | 31% | 26 | 6% | 21% | 100 | 24% | 79% |
| Mississippi | 641 | 383 | 60% | 23 | 4% | 236 | 37% | 87 | 14% | 37% | 149 | 23% | 63% |
| Missouri | 819 | 503 | 61% | 55 | 7% | 258 | 32% | 65 | 8% | 25% | 194 | 24% | 75% |
| Montana | 189 | 104 | 55% | 11 | 6% | 73 | 39% | 22 | 12% | 30% | 51 | 27% | 70% |
| Nebraska | 190 | 131 | 69% | 7 | 4% | 51 | 27% | 17 | 9% | 32% | 35 | 18% | 68% |
| Nevada | 257 | 172 | 67% | 17 | 7% | 69 | 27% | 20 | 8% | 29% | 48 | 19% | 71% |
| New Hampshire | 128 | 75 | 58% | 9 | 7% | 44 | 35% | 13 | 10% | 29% | 32 | 25% | 71% |
| New Jersey | 556 | 369 | 66% | 35 | 6% | 153 | 27% | 55 | 10% | 36% | 98 | 18% | 64% |
| New Mexico | 346 | 225 | 65% | 10 | 3% | 111 | 32% | 29 | 8% | 26% | 82 | 24% | 74% |
| New York | 1,200 | 768 | 64% | 64 | 5% | 364 | 30% | 131 | 11% | 36% | 234 | 19% | 64% |
| North Carolina | 1,319 | 859 | 65% | 65 | 5% | 388 | 29% | 108 | 8% | 28% | 280 | 21% | 72% |
| North Dakota | 105 | 54 | 52% | 4 | 4% | 47 | 44% | 7 | 6% | 15% | 40 | 38% | 85% |
| Ohio | 1,080 | 666 | 62% | 71 | 7% | 341 | 32% | 94 | 9% | 27% | 247 | 23% | 73% |
| Oklahoma | 668 | 420 | 63% | 29 | 4% | 220 | 33% | 59 | 9% | 27% | 161 | 24% | 73% |
| Oregon | 317 | 223 | 70% | 20 | 6% | 71 | 22% | 19 | 6% | 27% | 52 | 16% | 73% |
| Pennsylvania | 1,324 | 817 | 62% | 69 | 5% | 433 | 33% | 101 | 8% | 23% | 332 | 25% | 77% |
| Rhode Island | 66 | 36 | 55% | 4 | 6% | 25 | 38% | 7 | 10% | 27% | 19 | 28% | 73% |
| South Carolina | 810 | 400 | 49% | 53 | 7% | 357 | 44% | 106 | 13% | 30% | 251 | 31% | 70% |
| South Dakota | 140 | 93 | 66% | 9 | 7% | 37 | 26% | 13 | 9% | 34% | 24 | 17% | 66% |
| Tennessee | 1,031 | 689 | 67% | 57 | 6% | 283 | 27% | 88 | 9% | 31% | 196 | 19% | 69% |
| Texas | 2,998 | 1,540 | 51% | 190 | 6% | 1,259 | 42% | 380 | 13% | 30% | 879 | 29% | 70% |
| Utah | 236 | 187 | 79% | 5 | 2% | 44 | 19% | 17 | 7% | 38% | 27 | 12% | 62% |
| Vermont | 71 | 46 | 65% | 7 | 10% | 18 | 25% | 4 | 6% | 24% | 13 | 19% | 76% |
| Virginia | 740 | 487 | 66% | 41 | 6% | 211 | 29% | 66 | 9% | 31% | 145 | 20% | 69% |
| Washington | 458 | 263 | 57% | 25 | 5% | 170 | 37% | 42 | 9% | 25% | 128 | 28% | 75% |
| West Virginia | 315 | 214 | 68% | 13 | 4% | 88 | 28% | 20 | 6% | 23% | 67 | 21% | 77% |
| Wisconsin | 572 | 332 | 58% | 34 | 6% | 205 | 36% | 45 | 8% | 22% | 161 | 28% | 78% |
| Wyoming | 155 | 97 | 62% | 5 | 3% | 54 | 35% | 12 | 8% | 22% | 42 | 27% | 78% |
| **National** | **32,885** | **20,838** | **63%** | **1,720** | **5%** | **10,228** | **31%** | **3,083** | **9%** | **30%** | **7,145** | **22%** | **70%** |
| Puerto Rico | 340 | 219 | 64% | 23 | 7% | 97 | 29% | 36 | 11% | 37% | 61 | 18% | 63% |

Source: FARS ARF 2010

## Appendix A

Drivers are considered to be alcohol-impaired when their BACs are .08 g/dL or higher. Thus, any fatal crash involving a driver with a BAC of .08 or higher is considered to be an alcohol-impaired-driving crash, and fatalities occurring in those crashes are considered to be alcohol-impaired-driving fatalities. The term "driver" refers to the operator of any motor vehicle, including a motorcycle. Estimates of alcohol-impaired driving are derived from an imputation procedure using BAC values reported to the Fatality Analysis Reporting System and imputed BAC values when they are not reported. The estimates are rounded to the nearest whole number; however, percentages reported are calculated from the unrounded estimates and may not equal those that would be calculated from the rounded estimates. Table totals may not equal the sum of components due to rounding. The term "alcohol-impaired" does not indicate that a crash or a fatality was caused by alcohol impairment. For additional information and data on alcohol-impaired driving in fatal crashes, including a chart showing the distribution of BACs for drivers who had been drinking and were involved in fatal crashes, see *Traffic Safety Facts, 2010 Data: Alcohol-Impaired Driving*.[1]

---

[1] NHTSA. (2012, April). *Traffic Safety Facts, 2010 Data: Alcohol-Impaired Driving.* (Report No. DOT HS 811 606). Washington, DC: National Highway Traffic Safety Administration. Available at www-nrd.nhtsa.dot.gov/Pubs/811606.pdf.



**U.S. Department of Transportation**

**National Highway Traffic Safety Administration**

NHTSA'S National Center for Statistics and Analysis     1200 New Jersey Avenue SE., Washington, DC 20590

This research note and other general information on highway traffic safety may be accessed by Internet users at: www-nrd.nhtsa.dot.gov/CATS/index.aspx

8963-081712-v5