# **LIST OF EXHIBITS**

1. Driving While Intoxicated Report, Montgomery County (MD) Department of Police, No. B-90-030230 (Feb. 9, 1990) (redacted)

2. Event Report, Montgomery County (MD) Department of Police, No. B90030230 (Feb. 9, 1990) (redacted)

3. Petition for Removal of Disqualification, Commonwealth v. Suarez, No. MD-615-2009 (Adams Cnty. Ct. of Common Pleas May 6, 2009) (redacted)

4. Case Information Sheet, District Court of Montgomery County, Maryland, Case No. 00030141Z6 (redacted)

5. Mona A. Wright et al., Effectiveness of Denial of Handgun Purchase to Persons Believed to Be at High Risk for Firearm Violence, 89 Am. J. of Public Health 88 (1999)

6. Garen J. Wintemute et al., Prior Misdemeanor Convictions as a Risk Factor for Later Violent and Firearm-Related Criminal Activity Among Authorized Purchasers of Handguns, 280 J. Am. Med. Ass'n 2083 (1998)

7. State of Connecticut, Office of Policy & Mgmt. and Connecticut Statistical Analysis Center, Criminal Justice Policy & Planning Division: Recidivism & Weapons (Aug. 2010)

8. Iowa Div. of Criminal & Juvenile Justice Planning, Recidivism Among Iowa Probationers (July 2005)

9. U.S. Dep't of Justice, Bureau of Justice Statistics, Recidivism of Prisoners Released in 1994 (June 2002)

10. U.S. Dep't of Justice, Bureau of Justice Statistics, <u>Recidivism of Prisoners Released in 30 States in 2005: Patterns from 2005 to 2010</u> (April 2014)

11. Delaware Criminal Justice Council, Statistical Analysis Center, <u>Recidivism in Delaware: An Analysis of Prisoners Released in 2008 and 2009</u> (July 2013)

12. Pennsylvania Dep't of Corrections, <u>Recidivism Report 2013</u>

13. U.S. Dep't of Transportation, Nat'l Highway Traffic Safety Admin., <u>Prevalence of High BAC in Alcohol-Impaired-Driving Fatal Crashes</u> (Aug. 2012)