IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | ) | Case. No. 1:14-CV-968 |
| | ) | |
| Plaintiff, | ) | Hon William W. Caldwell |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC H. HOLDER, JR., Attorney General | ) | |
| of the United States, and B. TODD JONES, | ) | |
| Director of the Bureau of Alcohol, Tobacco, | ) | |
| Firearms and Explosives, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

[PROPOSED] ORDER

NOW, this ____ day of _____, 2014, upon consideration of Plaintiffs' unopposed motion for leave to file a combined brief in excess of word and page limits, IT IS HEREBY ORDERED that Plaintiff's motion is granted. On or before November 13, 2014, Plaintiff may file a combined brief in support of his motion for summary judgment, and in opposition to Defendants' dispositive motion, not to exceed 40 pages or 13,320 words.

                                             _____
                                             The Hon. William W. Caldwell
                                             United States District Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on October 28, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Alan Gura
Alan Gura