IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO SUAREZ,                )<br>                                            )<br>        Plaintiff,                 )<br>                                            )<br>        v.                             )<br>                                            )<br>ERIC H. HOLDER, JR., Attorney General )<br>  of the United States, and B. TODD JONES, )<br>  Director of the Bureau of Alcohol, Tobacco, )<br>  Firearms and Explosives,          )<br>                                            )<br>        Defendants.               )<br>                                            ) | Case. No. 1:14-CV-968<br><br>Hon William W. Caldwell |

ORDER

NOW, this 29th day of October, 2014, upon consideration of Plaintiffs' unopposed motion for leave to file a combined brief in excess of word and page limits, IT IS HEREBY ORDERED that Plaintiff's motion is granted. On or before November 13, 2014, Plaintiff may file a combined brief in support of his motion for summary judgment, and in opposition to Defendants' dispositive motion, not to exceed 40 pages or 13,320 words.

                                                S/William W. Caldwell
                                                United States District Judge