IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO SUAREZ, | ) Case. No. 14-CV-00968-WWC |
| Plaintiff, | ) |
| v. | ) |
| ERIC H. HOLDER, JR., et al., | ) |
| Defendants. | ) |

MOTION FOR SUMMARY JUDGMENT

Now comes Plaintiff Julio Suarez, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 56, moves this Honorable Court for Summary Judgment. The motion is made upon the brief and exhibits filed in support thereof, the record in this case, and any argument the Court may hear.

Dated: November 13, 2014                                  Respectfully submitted,

By: /s/ Douglas Gould                                     By: /s/Alan Gura
Douglas Gould (PA Bar No. 78357)                          Alan Gura
Law Offices of Douglas T. Gould, P.C.                     Gura & Possessky, PLLC
925 Glenbrook Avenue                                      105 Oronoco Street, Suite 305
Bryn Mawr, PA 19010                                       Alexandria, VA 22314
610.520.6181/Fax 610.520.6182                             703.835.9085/Fax 703.997.7665
dgould@gouldlawpa.com                                     alan@gurapossessky.com

                                                          Attorneys for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of November, 2014, I caused the foregoing to be served via electronic case filing, as follows:

DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov

    /s/ Alan Gura
    Alan Gura