IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | ) | Case. No. 1:14-CV-00968-WWC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC H. HOLDER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

[PROPOSED] <u>ORDER</u>

This matter came before the Court upon Plaintiff's Motion for Summary Judgment, and

Defendants' Motion to Dismiss or for Summary Judgment. Upon consideration, IT IS ORDERED

that Defendants' motion is DENIED, and Plaintiff's motion is GRANTED.

The Court declares that [18 U.S.C. § 922(g)(1) cannot be applied against Julio Suarez on

account of his 1990 misdemeanor conviction under Md. Ann. Code art. 27, § 36B(b) (1990)]

[application of 18 U.S.C. § 922(g)(1) against Julio Suarez, on account of his 1990 Maryland

misdemeanor conviction, violates the Second Amendment to the United States Constitution].

Defendants, their officers, agents, servants, employees, and all persons in active concert or

participation with them who receive actual notice of the injunction, are PERMANENTLY

ENJOINED from enforcing 18 U.S.C. § 922(g)(1) against Julio Suarez on the basis of his 1990

Maryland misdemeanor conviction.

The Clerk shall enter judgment in favor of Plaintiff and against Defendants.

This the _____ day of _____, 201__.


_____
The Hon. William W. Caldwell
United States District Judge