# Julio Suarez, CLP

**TECHNOLOGY TRANSFER, SALES, MARKETING AND BUSINESS DEVELOPMENT**

Entrepreneurial professional with a proven track record of success in commercial markets and federal government support. Years of experience in sales & marketing, IP licensing, event organization, business development and team management. Strong analytical and planning skills, combined with the ability to multitask and meet fixed deadlines. Self-motivator with high energy.

**Professional Experience**

- Sales and Business Development
- Event Organization & Management
- Sponsorship Program Development/Sales
- Technology Transfer/Patent Licensing
- Strategic & Market Planning
- Staff Management and Motivation
- P&L Management

**Employment History**

**Project Manager - Technology Management Advisors**   August, 2008-Present
*Leidos, Inc. (formerly SAIC) – Reston, VA*

Leads *Technology Management Advisors* unit tasked with providing technology transfer and IP management services to primarily DoD clients. Duties include: Manage a team of technology transfer and legal professionals, drive IP licensing and agreement efforts for targeted inventions, provide commercialization analysis for DoD inventions, provide strategic marketing support and materials, act as primary liaison with DoD clients and work to support a broad range of client initiatives that allows them to maximize their intellectual assets.

- Supported multiple DoD R&D laboratories, including: the Army Research Laboratory – Sensors & Electron Devices Directorate (ARL-SEDD), the Armament Research Development & Engineering Center (ARDEC) and the Naval Air Warfare Center – Aircraft Division (NAWCAD).
- Led efforts to secure multiple patent license agreements and CRADA's that resulted in several hundred thousand dollars in initial licensing revenues and are forecasted to generate millions over the lifetime of the agreements.
- Led numerous initiatives to meet clients "non-traditional" technology transfer needs, including creating targeted industry briefing events and launching a newly authorized conference attendance program in support of several hundred scientists and engineers.

**Senior Technology Transfer Specialist**   2005-2008
*TRSG, Inc. – Gaithersburg, MD*

Led TRSG's outreach and marketing activities on behalf of Aberdeen Proving Ground Business Development Office, formulated and negotiated cooperative technology transfer agreements with the public and private sector to facilitate the transfer of client research and technology.

- Secured numerous Patent License Agreements on behalf of US Army laboratory clients, including the Army Research Laboratory (ARL) and Edgewood Chemical Biological Center (ECBC), which are forecasted to generate millions of dollars in royalty payments.
- Secured several Cooperative Research and Development Agreements on behalf of US Army laboratory clients who are expected to save several thousand dollars in R&D expenses and/or lead to licensing agreements.
- Developed and led the direct marketing effort for the 2006 & 2007 APG Technology Showcase resulting in a 175% increase in attendance in and a 21% increase in attendance in the 2007 event.

**Vice President**   2003-2005
*Airport Marketing Income/Opus Solutions – Beaverton, OR*
*Independence Day Productions – Lake Oswego, OR*

Participated in the launch of sister start-up companies focused in the area of event marketing. *Independence Day Productions* worked on the development and production of regional for-profit tradeshows. *Airport Marketing Income* focused on the concept and creation of non-traditional and experiential airport marketing programs catering to larger, national brand leaders.

- Developed and organized Biz² Expo & Conference events and the Oregon Economic & Business Forum.
- First to sell major national marketers, such as Dunkin Donuts and Yahoo!, on the concept of non-traditional airport marketing.
- Surpassed initial sales goals by achieving 146% of forecasted goal.
- Supervised team of 7 Event Managers and Operations personnel.

**Regional Director**                                                                                   1999 - 2003
*Imark Communications – Portland, OR*

Overall P&L responsibility for the company's West Coast Region of Information Technology events (9 tradeshows in 2001).

- Earned "Productivity Award" for producing the company's largest revenue generating event in 1999.
- Drove record-breaking sponsorship revenues (over $140,000) and attendance (over 8500 attendees) in the region's flagship event, the 2001 Seattle ITEC.
- Managed and trained a staff of 21 salespeople, resulting in over $3.7M in revenue in 2001.
- Designated the "Motivation Captain" for the entire tradeshow division (over 60 Event Managers).

**Vice President**                                                                                       1992 - 1999
*ISOA/ISOA International, Division of Penton Media – Hunt Valley, MD*

Overall P&L responsibility and supervision of company's international tradeshow group (4 shows in 1999); including management of company's Monterrey, Mexico office and associated sales/operations personnel.

- Grew division revenues from $360K in 1996 to revenues of $2.6M in 1999; representing 40% of parent company profitability.
- Launched and managed new tradeshows in the fields of industrial equipment, HVAC&R, metalworking & fabricating and international beverages which resulted in over $2M increase in sales for the company.
- Winner of the "Eventus Award" for "Best Tradeshow" and/or "Best Tradeshow Organizer" 4 out of 5 years at the CINTERMEX Exhibition Center in Monterrey, Mexico.

**EDUCATION/CERTIFICATIONS**

- Graduated Cum Laude from Towson University - BS in Economics; Minor in Political Science.
- Beta Gamma Sigma & Alpha Sigma Lambda National Honor Societies.
- Certified Licensing Professional – (CLP).

**MILITARY EXPERIENCE**

- 11th Special Forces Group, ABN - FT. Meade, MD (US Army Reserves)
    - Served as Squad Leader and company NBC NCO.
- 101st Chemical Company - FT. Bragg, NC – (US Army)
    - Served as Squad Leader for Decontamination and Reconnaissance Squad.

**LANGUAGE/COMPUTER SKILLS**

- Complete fluency in Spanish.
- Proficiency with MS Office Suite of products.

**CLEARANCE/REFERENCES**
- Clearance: SECRET.
- References available upon request.