DISTRICT COURT OF MARYLAND FOR ...Montgomery County...
City/County

Located at ..27 Courthouse Square Rockville, MD 20850..
Court Address

STATE OF MARYLAND
OR

Case No. ..3014126..

..............................................  vs.  ..Julio Suarez..
Plaintiff                                             Defendant

## CERTIFICATION

I hereby certify that I am a custodian of the records of this Court, that I am authorized to make this certification, and that the attached, consisting of ......2...... pages, is a true and exact copy taken from the records of this Court.

In witness whereof, I hereby set my hand under seal of the District Court of Maryland.

..Judy Lahurm..
Administrative Clerk/County Clerk

..3·3·09..
Date

DC 33  (Rev. 10/98)

```
MAR 02, 2009       DISTRICT COURT OF MARYLAND - HISTORY DATABASE       03/02/09
MONDAY             CRIMINAL SYSTEM INQUIRY CASE HISTORY DISPLAY         DIST: 06

CASE: 00030141Z6 CR   STATUS: C   CHG DATE: 90/07/02   CC:              DIST: 06 01
TRACKING NO: 000030141Z6          LOCAL ID:            DOC: SC   ISSUED: 90/02/09
NAME: SUAREZ, JULIO                         DOB:           HT/WT: 504 145 SEX/RACE: M2
ADDR:                                       DISP: TRL 90/06/26   CNSL: A    DEF:
                                            EVENT DATE:          TIME:
         SILVER SPRING         MD 000020906 ROOM:       TYPE:    DATE SET:
DPAY:              DUE:                     FINAL:      SID:

 TYPE   DATE    BATCH   PREP DATE/ID  C  COMMENT

 DOCI  900219           900209        1  SC   ISSUED 900209
 BALR  900219           900209        1  900209;00000000.00;ROR ;   ;    ;
 D001  900626           900626        1  001;G   ;        ;J,0000180;S,0000180;910626
 DTRL  900702           900626           TRIAL, ALL CHARGES DISPOSED  ,JUDGE 971




 RETURN FROM HISTORY?              P/N                              PAGE 001
```

```
MAR 02, 2009        DISTRICT COURT OF MARYLAND - HISTORY DATABASE         03/02/09
MONDAY              CRIMINAL SYSTEM INQUIRY CHARGE/DISPOSITION DISPLAY    DIST: 06

CASE: 00030141Z6 CR   STATUS: C   CHG DATE: 90/07/02   CC:              DIST: 06 01
TRACKING NO: 000003014126         LOCAL ID:            DOC: SC   ISSUED: 90/02/09
NAME: SUAREZ, JULIO               DOB:                 HT/WT: 504 145 SEX/RACE: M2
ADDR:                             DISP: TRL 90/06/26   CNSL: A     DEF:
                                  EVENT DATE:          TIME:
      SILVER SPRING          MD 000020906   ROOM:      TYPE:      DATE SET:
DPAY:            DUE:             FINAL:                          SID:

-------------- CHARGE --------------    --------------- DISPOSITION ---------------
001 HANDGUN ON PERSON: CARRY/WEAR   PLEA:          DISP: G    90/06/26    ACS:
    CJIS: 1 -5212 AR: 030141Z6      FINE:  500.00  SUSP FINE:        500.00
    AMENDED:            MO/PLL:     COST:   10.00  SUSP COST:
    CAUSE:     VICTIM AGE:          CICF:   15.00  SUSP CICF:
                                    PBJ END:       PROB END: 91/06/26
    INCIDENT DATE:                  TERM: JAL 00/00/180  SUSP TERM: 00/00/180
                                    CREDIT TIME SERV:           REST:


RETURN FROM HISTORY?          P/N                              PAGE 002
```