# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO    SERGEANT JULIO SUAREZ, UNITED STATES ARMY

FOR meritorious service while assigned to the Special Troops Battalion Staff and 101st Chemical Company. During this time, Sergeant Suarez served as Squad Leader of chemical reconnaissance and decontamination squads and as a battalion schools and Skill Qualification Test noncommissioned officer. Sergeant Suarez's dedication to duty allowed him to be named soldier of the month the first month he was in the 101st Chemical Company. His selflessness and tireless effort allowed him to become the unequaled expert in all functional areas of responsibility. He has displayed the ability to learn the tough jobs and do them well. Sergeant Suarez's dedicated service reflects great credit upon himself, his unit and the United States Army.





GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 28th DAY OF April 1989

SECRETARY OF THE ARMY

THOMAS C. WAKEFIELD
COL, TC
Commanding

DA FORM 4980-14, APR 81

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL



TO  Sergeant Julio Suarez

FOR  Sergeant Julio Suarez, ~~[redacted]~~, distinguished himself by meritorious service while assigned to Signal Company, 11th Special Forces Group (Airborne), 1st Special Forces, Fort Meade, MD, on 2 December 1989. During an airborne operation conducted at the United States Naval Academy's Dairy Farm Sergeant Suarez assisted in rescuing two soldiers from drowning in a freezing manure pond located on the dairy farm. Sergeant Suarez's bravery and willingness to save the life of a fellow soldier in total disregard for his own life goes far beyond the call of duty. His actions reflects great credit upon himself, the 11th Special Forces Group (Airborne), and the United States Army.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS   17th   DAY OF   March   19 90



_Paul E. Lima_
PAUL E. LIMA
COL, IN, USAR
Commanding

_[signature]_
SECRETARY OF THE ARMY

DA FORM 4980-18, AUG 81