```
 1  IN THE COURT OF COMMON PLEAS OF ADAMS COUNTY, PENNSYLVANIA
 2                              Criminal
 3  Commonwealth                          CP-01-MD-615-2009
 4      vs.
 5  Julio Suarez
```

# ORDER OF COURT

AND NOW this 31st day of August, 2009, the Defendant's Petition For Removal of Disqualification From Owning Or Possessing Firearms pursuant to the provisions of 18 Pa.C.S.A. Section 6105 (d) (3) (ii) filed May 6, 2009, was presented for hearing. The Commonwealth has reviewed the petition and is satisfied that the Defendant is no longer disqualified pursuant to the statute. Accordingly, it is directed that Julio Suarez shall no longer be considered ineligible or disqualified from owning or possessing a firearm in the Commonwealth of Pennsylvania as a result of a 1990 conviction for a handgun violation in Montgomery County, Maryland.

A copy of this order shall be provided to the Sheriff of Adams County.

BY THE COURT,

John D. Kuhn
President Judge

Shawn C. Wagner, Esq.
Jeffery Cook, Esq.

*Alicia K. Wooters, RPR*
*Official Court Reporter*

Filed Clerk of Courts 09 Sep., 2009 14:05 Copy DA, PO, PD-InOff ACP, SHF