1               UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF PENNSYLVANIA (ALLENTOWN)
2
   DANIEL BINDERUP,                ) Case No:
3           Plaintiff,             ) 5:13-cv-06750-JKG
           vs.                     )
4  ERIC H. HOLDER, JR., Attorney   )
   General of the United States,   )
5  and B. TODD JONES, Director of )
   the Bureau of Alcohol, Tobacco,)
6  Firearms, and Explosives,       ) June 16, 2014
                Defendants.        ) 10:08 a.m.
7
                   TRANSCRIPT OF MOTIONS HEARING
8         BEFORE THE HONORABLE JAMES KNOLL GARDNER
                   UNITED STATES DISTRICT JUDGE
9
   APPEARANCES:
10
   For Plaintiff:       ALAN GURA, ESQUIRE
11                       GURA & POSSESSKY, PLLC
                         105 Oronoco Street, Suite 305
12                       Alexandria, VA 22314
                         (703) 835-9085
13                       alan@gurapossessky.com

14                       DOUGLAS T. GOULD, ESQUIRE
                         THE LAW OFFICES OF DOUGLAS GOULD
15                       925 Glenbrook Avenue
                         Bryn Mawr, PA 19010
16                       (610) 520-6181
                         dgould@gouldlawpa.com
17

18

19

20

21  (Proceedings recorded by electronic sound recording,
    transcript produced by transcription service.)
22

23          VERITEXT NATIONAL COURT REPORTING COMPANY
                      MID-ATLANTIC REGION
24          1801 Market Street - Suite 1800
                    Philadelphia, PA  19103
25                    (888) 777-6690

```
 1   APPEARANCES (continued):

 2   For Defendants:      DANIEL RIESS, ESQUIRE
                          U.S. DEPT OF JUSTICE
 3                        Room 6122
                          20 Massachusetts Avenue NW
 4                        Washington, DC 20001
                          (202) 353-3098
 5                        daniel.riess@usdoj.gov

 6                        LESLEY FARBY, ESQUIRE
                          U.S. DEPT OF JUSTICE CIVIL DIVISION
 7                        Room 7220
                          20 Massachusetts Avenue NW
 8                        Washington, DC 20530
                          (202) 514-3481
 9                        lesley.farby@usdoj.gov

10   ESR OPERATOR:        JENNIFER FITZKO

11   TRANSCRIBER:         JUDI Y. OLSEN, RPR

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              And we've looked at the docket sheet,

2    which we'd be happy to submit, if the court wishes to

3    review.  It shows no involvement of any counsel

4    except for counsel for the plaintiff.

5              So we would submit that the -- the

6    subsequent case brought by the plaintiff here

7    actually shows very little, and therefore, we would

8    disagree with plaintiff's statement that the Bond

9    case is highly -- both highly relevant here and that

10   it indicates that plaintiff should prevail.

11             THE COURT:  Thank you.

12             MR. RIESS:  Thank you, Your Honor.

13                      -  -  -

14             (Pause)

15                      -  -  -

16             THE COURT:  Mr. Riess, does your order

17   of argument, with Barton coming first and Marzzarella

18   argued as a second alternative option, reflect your

19   assessment and prediction that the Third Circuit

20   would find Barton to be controlling in plaintiff's

21   as-applied challenge here?

22             MR. RIESS:  To be honest, Your Honor,

23   we're not certain.  Our guess is that Barton would

24   because it speaks to -- to what -- it talked about,

25   to proceed on an as-applied challenge.

1           But we have conflicting panel decisions.

2   Marzzarella didn't say that it was either -- didn't

3   say that it was a facial decision, and it set forth a

4   general standard for applying the two-step test to --

5   to cases.  Also, Marzzarella actually set forth a

6   standard, whereas it's difficult to discern some sort

7   of judicially manageable standard from Barton.

8           So to answer your question, Your Honor,

9   in an abundance of caution, we did it under both.

10  Since Barton talks about, to succeed on as-applied,

11  we briefed it under that.  We think it's probably

12  Barton over Marzzarella, but we are honestly not

13  sure.

14          THE COURT:  Okay.  Well, that's honest.

15  I appreciate it.

16                      -  -  -

17                  (Pause)

18                      -  -  -

19          THE COURT:  All right.  I'm going to

20  declare a recess for deliberations of 30 minutes.

21  And then it's my intention to return to court and

22  either decide the case from the bench, if I -- the

23  argument from the bench, if I am able, or to take the

24  matter under advisement, if that's more appropriate.

25          You may declare a 30-minute recess.