# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| Plaintiff | : | |
| v. | : | Hon. William W. Caldwell |
| ERIC H. HOLDER, JR., Attorney General of the United States; and B. TODD JONES, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, | : | |
| Defendants. | : | Electronically Filed |

## **O R D E R**

NOW, this ____ day of _____, 2014, upon consideration of Defendants' Unopposed Motion for Leave to File Combined Closing Merits Brief and for Extension of Time, IT IS HEREBY ORDERED that the motion is granted. Defendants shall file a combined reply brief in support of their motion to dismiss or for summary judgment, and response to Plaintiff's cross-motion for summary judgment, on or before Monday, December 29, 2014.

_____
JUDGE WILLIAM W. CALDWELL
United States District Court