IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO SUAREZ, | : Case No. 1:14cv968 |
| Plaintiff | : |
| v. | : Hon. William W. Caldwell |
| ERIC H. HOLDER, JR., Attorney General of the United States; and B. TODD JONES, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, | : **FILED** HARRISBURG, PA NOV 25 2014 |
| Defendants. | : Electronically Filed |

## ORDER

NOW, this 25ᵗʰ day of ___Nov___, 2014, upon consideration of Defendants' Unopposed Motion for Leave to File Combined Closing Merits Brief and for Extension of Time, IT IS HEREBY ORDERED that the motion is granted. Defendants shall file a combined reply brief in support of their motion to dismiss or for summary judgment, and response to Plaintiff's cross-motion for summary judgment, on or before Monday, December 29, 2014.

_William W. Caldwell_
JUDGE WILLIAM W. CALDWELL
United States District Court