# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Hon. William W. Caldwell |
| | : | |
| ERIC H. HOLDER, JR., | : | |
| Attorney General of the United | : | |
| States; and B. TODD JONES, | : | |
| Director of the Bureau of | : | |
| Alcohol, Tobacco, Firearms and | : | |
| Explosives, | : | |
| | : | |
| Defendants. | : | Electronically Filed |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE AND WORD LIMITS

Defendants hereby request the Court to permit them to exceed the page and word limit as provided in M.D. Pa. Local Rule 7.8 in filing a combined reply brief in support of their motion to dismiss or for summary judgment, and opposition to Plaintiff's motion for summary judgment ("Defendants' brief"). Defendants state the following in support thereof:

1.   Defendants' brief is due December 29, 2014.

2.   In lieu of filing two separate briefs, Defendants will be filing a single combined brief.

3.   Defendants respectfully request leave to file a brief not exceeding 44 pages in length (in 14-point font).

4. Counsel for Plaintiff has informed Defendants' counsel that Plaintiff does not oppose the relief sought in this motion.

WHEREFORE, Defendants request that their unopposed motion for leave to file a brief in excess of the applicable page and word limits be granted. A proposed order is attached hereto in accordance with the Court's Local Rules.

| Of Counsel | Respectfully submitted, |
|---|---|
| PETER SMITH<br>United States Attorney | STUART F. DELERY<br>Assistant Attorney General |
| JOANNE M. HOFFMAN<br>Special Assistant United States Attorney<br>228 Walnut Street<br>Suite 220<br>Ronald Reagan Federal Building<br>Harrisburg, Pennsylvania 17108<br>Telephone: (717) 221-4482<br>Fax: (717) 221-4493<br>Email: Joanne.Hoffman@usdoj.gov | /s/ Daniel Riess<br>DIANE KELLEHER<br>Assistant Branch Director<br>DANIEL RIESS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Rm. 6122<br>20 Massachusetts Avenue, NW<br>Washington, D.C. 20530<br>Telephone: (202) 353-3098<br>Fax: (202) 616-8460<br>Email: Daniel.Riess@usdoj.gov<br>*Attorneys for Defendants* |

Date:   December 22, 2014

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Hon. William W. Caldwell |
| | : | |
| ERIC H. HOLDER, JR., Attorney General of the United States; and B. TODD JONES, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, | : | |
| | : | |
| Defendants. | : | Electronically Filed |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he is an employee of the Civil Division of the U.S. Department of Justice and is a person of such age and discretion as to be competent to serve papers.

That on December 22, 2014, he served copies of the attached

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF
## IN EXCESS OF PAGE AND WORD LIMITS

via the Court's electronic case filing system to the electronic mail addresses stated below:

Addressees:

Alan Gura
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, Virginia 22314
alan@gurapossessky.com

Douglas Gould (PA Bar No. 78357)
Law Offices of Douglas T. Gould, P.C.
925 Glenbrook Avenue
Bryn Mawr, Pennsylvania 19010
dgould@gouldlawpa.com

    /s/ Daniel Riess
Daniel Riess