IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| Plaintiff | : | |
| v. | : | Hon. William W. Caldwell |
| ERIC H. HOLDER, JR., Attorney General of the United States; and B. TODD JONES, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, | : | FILED<br>HARRISBURG, PA<br>DEC 2 2 2014 |
| Defendants. | : | Electronically Filed |

## ORDER

NOW, this 22nd day of Dec, 2014, upon consideration of Defendants' Unopposed Motion for Leave to File Brief in Excess of Page and Word Limits, IT IS HEREBY ORDERED that the motion is granted. On or before Monday, December 29, 2014, Defendants shall file a combined reply brief in support of their motion to dismiss or for summary judgment, and response to Plaintiff's cross-motion for summary judgment, not exceeding 44 pages in 14-point font.

/s/ William W. Caldwell
JUDGE WILLIAM W. CALDWELL
United States District Court