IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Hon. William W. Caldwell |
| | : | |
| ERIC H. HOLDER, JR., | : | |
| Attorney General of the United | : | |
| States; and B. TODD JONES, | : | |
| Director of the Bureau of | : | |
| Alcohol, Tobacco, Firearms and | : | |
| Explosives, | : | |
| | : | |
| Defendants. | : | Electronically Filed |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he is an employee of the Civil Division of the U.S. Department of Justice and is a person of such age and discretion as to be competent to serve papers.

That on December 30, 2014, he served a copy of the attached

DEFENDANTS' COMBINED REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS OR FOR SUMMARY JUDGMENT, AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

via the Court's electronic case filing system to the electronic mail addresses stated below:

Addressees:

Alan Gura
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305

Alexandria, Virginia 22314
alan@gurapossessky.com

Douglas Gould (PA Bar No. 78357)
Law Offices of Douglas T. Gould, P.C.
925 Glenbrook Avenue
Bryn Mawr, Pennsylvania 19010
dgould@gouldlawpa.com

                                    /s/ Daniel Riess
                                    Daniel Riess