IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | ) | Case. No. 14-CV-00968-WWC |
| | ) | |
| Plaintiff, | ) | (The Hon. William W. Caldwell) |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC H. HOLDER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF COMPLIANCE

I certify that Plaintiff's brief filed on November 13, 2014, Dkt. 18, complies with the Court's order of October 29, 2014, as the body of the brief (excluding the tables of contents and authorities) contains 12,106 words as counted by the WordPerfect X4 program on which it was prepared.

/s/ Alan Gura
Alan Gura

Counsel for Plaintiff