IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | ) | Case. No. 14-CV-00968-WWC |
| | ) | |
| Plaintiff, | ) | (The Hon. William W. Caldwell) |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC H. HOLDER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

[PROPOSED] ORDER

NOW, this ____ day of January, 2015, upon consideration of Plaintiff's unopposed motion to file a corrected brief and separate statement, IT IS HEREBY ORDERED that Plaintiff's motion is granted. The corrected brief and separate statement are deemed substituted.

_____
The Hon. William W. Caldwell
United States District Judge