IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO SUAREZ, | ) Case. No. 14-CV-00968-WWC |
| Plaintiff, | ) (The Hon. William W. Caldwell) |
| v. | ) |
| ERIC H. HOLDER, JR., et al., | ) **FILED** |
| Defendants. | ) HARRISBURG, PA |
| | ) JAN 2 1 2015 |

ORDER

NOW, this 21st day of January, 2015, upon consideration of Plaintiff's unopposed motion to file a corrected brief and separate statement, IT IS HEREBY ORDERED that Plaintiff's motion is granted. The corrected brief and separate statement are deemed substituted.

_____
The Hon. William W. Caldwell
United States District Judge