UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JULIO SUAREZ,
    Plaintiff

vs. : CIVIL No. 1:14-CV-968

ERIC HOLDER, JR., *et al.*,
    Defendants

## *O R D E R*

AND NOW, this 18th day of February, 2015, upon consideration of the Defendants' Motion to Dismiss and the Cross-Motions for Summary Judgment filed by the respective parties, it is ordered that:

    1. Defendants' Motion to Dismiss is GRANTED with respect to Count One.

    2. Defendants' Motion to Dismiss is DENIED with respect to Count Two.

    3. Plaintiff's Motion for Summary Judgment is DISMISSED as MOOT with respect to Count One.

    4. Plaintiff's Motion for Summary Judgment is GRANTED with respect to Count Two.

    5. Defendants' Motion for Summary Judgment is DISMISSED as MOOT with respect to Count One.

    6. Defendants' Motion for Summary Judgment is DENIED with respect to Count Two.

    7. The clerk shall close this file.

                                      /s/William W. Caldwell
                                      William W. Caldwell
                                      United States District Judge