# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| Plaintiff | : | |
| v. | : | Hon. William W. Caldwell |
| ERIC H. HOLDER, JR., Attorney General of the United States; and B. TODD JONES, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, | : | |
| Defendants. | : | Electronically Filed |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Eric Holder, Attorney General of the United States, and B. Todd Jones, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's Memorandum Opinion and Order entered on February 18, 2015 [ECF Nos. 34, 35].

Of Counsel

PETER J. SMITH
United States Attorney

JOANNE M. HOFFMAN
Special Assistant United States Attorney
228 Walnut Street
Suite 220

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

 /s/ Daniel Riess
JOHN TYLER
Assistant Branch Director

Ronald Reagan Federal Building
Harrisburg, Pennsylvania 17108
Telephone: (717) 221-4482
Fax: (717) 221-4493
Email: Joanne.Hoffman@usdoj.gov

DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

Date: April 17, 2015

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO SUAREZ, | : | Case No. 1:14cv968 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Hon. William W. Caldwell |
| | : | |
| ERIC H. HOLDER, JR., | : | |
| Attorney General of the United | : | |
| States; and B. TODD JONES, | : | |
| Director of the Bureau of | : | |
| Alcohol, Tobacco, Firearms and | : | |
| Explosives, | : | |
| | : | |
| Defendants. | : | Electronically Filed |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he is an employee of the Civil Division of the U.S. Department of Justice and is a person of such age and discretion as to be competent to serve papers.

That on April 17, 2015, he served copies of the attached

## NOTICE OF APPEAL

via the Court's electronic case filing system to the electronic mail addresses stated below:

Addressees:

Alan Gura
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, Virginia 22314
alan@gurapossessky.com
Douglas Gould (PA Bar No. 78357)

Law Offices of Douglas T. Gould, P.C.
925 Glenbrook Avenue
Bryn Mawr, Pennsylvania 19010
dgould@gouldlawpa.com

        /s/ Daniel Riess
Daniel Riess