IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO SUAREZ, | ) Case. No. 14-CV-00968-WWC |
| Plaintiff, | ) |
| v. | ) |
| ERIC H. HOLDER, JR., et al., | ) |
| Defendants. | ) |

NOTICE OF CROSS-APPEAL

PLEASE TAKE NOTICE that the Plaintiff, Julio Suarez, hereby appeals to the United States Court of Appeals for the Third Circuit from this Honorable Court's Opinion and Order entered February 18, 2015 [Dkt. Nos. 34, 35].

Dated: April 20, 2015                Respectfully submitted,

By: /s/ Alan Gura                    By: /s/ Douglas Gould
    Alan Gura*                           Douglas Gould (PA Bar No. 78357)
    Gura & Possessky, PLLC               Pizonka, Rielley, Bello & McGrory, P.C.
    105 Oronoco Street, Suite 305        144 E. DeKalb Pike, Suite 300
    Alexandria, VA 22314                 King of Prussia, PA 19406
    703.835.9085/Fax 703.997.7665        610.992.1300/610.992.1505
    alan@gurapossessky.com               dgould@pmrbm.com

    *Admitted pro hac vice               Attorneys for Plaintiff

1

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2015, I caused the foregoing documents to be served via e-mail and via electronic case filing, as follows:

DANIEL RIESS
LESLEY FARBY
Trial Attorneys
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
      Leslie.Farby@usdoj.gov

/s/ Alan Gura
Alan Gura